UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>J.D. Isaacs</u>

    v.                                    Civil No. 12-cv-40-PB

<u>Dartmouth Hitchcock</u>
<u>Medical Center, et al.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding in this case.  The case shall be assigned to another judge.

SO ORDERED.

                                      <u>/s/Paul Barbadoro</u>
                                      Paul Barbadoro
                                      United States District Judge

February 8 2012

cc:  J.D. Isaacs, pro se