Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 FEB 15  P 12: 15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR J.D. ISAACS,<br><br>    Plaintiff, *pro se*,<br><br>    -v-<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER;<br>MARY HITCHCOCK MEMORIAL HOSPITAL;<br>TRUSTEES OF DARTMOUTH COLLEGE;<br>and JOHN DOE,<br><br>    Defendants. | Case No. 12-CV-40-JL<br><br>**PROOF OF SERVICE;**<br>**RELATED CORRESPONDENCE** |

## I. PROOF OF SERVICE; RELATED CORRESPONDENCE

*Contents:*

1) Proof of Service completed by Mr. Seldon Nason, Process Server
2) Additional information regarding in-hand Summons service, via email from Mr. Seldon Nason
3) Letter dated January 23, 2012 from Edward Kaplan declaring his representation of Defendants Dartmouth-Hitchcock Medical Center, Mary Hitchcock Memorial Hospital, & the Trustees of Dartmouth College.
4) Plaintiff's letter dated January 15, 2012, addressed to Dartmouth College General Counsel, Dartmouth-Hitchcock General Counsel, and Dartmouth College President Jim Yong Kim, MD.

Respectfully submitted, this 10th day of February, 2012.

_____J. D. Isaac_____

J. D. ISAACS

Plaintiff, *pro se*

# CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing PROOF OF SERVICE; RELATED CORRESPONDENCE was mailed to the following persons at the address specified herein:

Attorney Edward Kaplan, Sulloway & Hollis, 9 Capitol St, Concord NH

Executed on this 10th day of February, 2012.

_____

J. D. ISAACS

Plaintiff, *pro se*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dartmouth Hitchcock Medical Center et al
was received by me on *(date)* 2-6-2012  c/o Edward Kaplan, Sulloway + Hollis

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served Attorney Edward Kaplan, Sulloway + Hollis, 9 Capital Street, Concord, NH 03302 In Hand on 2/7/12 at 1:32pm

My fees are $ _____ for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 2/7/12

_____
Server's signature

Selden Nason, Process Server
Printed name and title

17 Frost Ln, Concord, NH
Server's address

Additional information regarding attempted service, etc:

3

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of New Hampshire

| | |
|---|---|
| Dr J D. Isaacs <br><br> *Plaintiff* <br> v. <br> DARTMOUTH HITCHCOCK MEDICAL CENTER; <br> MARY HITCHCOCK MEMORIAL HOSPITAL; <br> TRUSTEES OF DARTMOUTH COLLEGE <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 12-cv-40-PB <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DARTMOUTH HITCHCOCK MEDICAL CENTER;MARY HITCHCOCK MEMORIAL HOSPITAL;TRUSTEES OF DARTMOUTH COLLEGE;
c/o
Edward Kaplan
Sulloway & Hollis
9 Capital Street
Concord, NH 03302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dr Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES R STARR, Clerk

Date: 2/6/2012

By: /s/ Ann Mulyee, Deputy Clerk

Feb 06 2012

with ECF Notice attached.

4

From **Seldon**
    **Nason** nasoninvestigations@tds.net
  sender-Sent at 1:52 PM (GMT-05:00). Current time
      timethere: 1:49 PM. ⓒ
        to Jeffrey Isaacs <jdi@bakerisaacs.com>

      date Tue, Feb 7, 2012 at 1:52 PM
    subject Re: Service of Process Request
 signed-by gmail.com

Hi Jeff

Served in hand at 1:32 pm. The attorney wouldn't take at first and I showed him his letter to you [dated 1/23/12] and mentioned it was a complaint and summons in federal district court. He said he wasn't authorized to take it but took it anyways.

I will mail it out to you later today.

Don

5



# Sulloway & Hollis PLLC
### COUNSELORS AT LAW

REPLY TO: CAPITAL OFFICE
Fax number: (603) 223-2963
ekaplan@sulloway.com

January 23, 2012

FRANK J SULLOWAY
(1883-1981)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
CHARLES F. SHERIDAN, JR.
MARTIN L. GROSS
ROBERT M. LARSEN
FRED L. POTTER

MICHAEL M. LONERGAN
EDWARD M. KAPLAN
IRVIN D GORDON
MICHAEL P LEHMAN
MICHEL A. LAFOND
PETER F IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W KIRK ABBOTT, JR.
ELISE H. SALEK
MARTIN P HONIGBERG
SARAH S. MURDOUGH
PATRICK J SHEEHAN
DEREK D LICK
MELISSA M. HANLON
CHRISTOPHER J PYLES
KEVIN M. O'SHEA
BETH G CATENZA
JAY SURDUKOWSKI
NICOLE J SCHULTZ-PRICE
KATHERINE DEFOREST
MATTHEW J. SNYDER
HEATHER L. DEVINE
ROSEMARY B GUILTINAN

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA
MASSACHUSETTS, NEW YORK,
AND OTHER STATES

***VIA E-MAIL & U.S. MAIL***
Jeffrey David Isaacs, M.D.
Baker Isaacs Capital Group
477 Madison Avenue, Suite 1600
New York, NY 10022

Re:   Isaacs v. DHMC, et al.

Dear Dr. Isaacs:

Please be advised that I represent the Dartmouth Hitchcock Medical Center and the various entities that you have named as defendants in your January 15, 2012 "notice" of intention to seek some type of relief from the United States District Court. Please direct any further communication regarding the issues raised in your "notice" to me rather than any other individuals who may be at the institutions you name in your "notice."

Please direct any further requests for information to me as well and I will respond to your requests in a timely manner.

Very truly yours,

Edward M. Kaplan

EMK/jrw

cc:   Jeanine Arden-Ornt

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

{C0909492 1}   *Celebrating More Than 150 Years of Service to Clients and Community*   6



# Baker Isaacs Capital Group

477 Madison Ave
Suite #1600
New York, NY 10022
+1 212 257 0737
JDI@bakerisaacs.com

*January 15, 2012*

> **Dr. Jeffrey David Isaacs MD, MBA**
>     **PLAINTIFF**
> **v.**
> **Dartmouth Hitchcock Medical Center; Dartmouth Medical School; Mary Hitchcock Memorial Hospital; and the Trustees of Dartmouth College**
>     **DEFENDANTS**
>
> **United States District Court for the State of Vermont**

I hereby inform you of my intention to seek injunctive relief and other redress in the United States District Court. I am employed as a Resident Physician at DHMC, and also serve as CEO of the Baker Isaacs Capital Group, Inc. Please be advised of the following:

- The pending USDC Complaint will document what I describe as a most twisted scenario devised by Dartmouth Medical School psychiatry professors & DHMC attending physicians. Most egregiously, the evidence will show that Psychiatry professors taunted and manipulated a known traumatic brain injury victim (myself).

- Pursuant to the American Recovery and Reinvestment Act of 2009, Division A, Title XIII, Subtitle D, Section 13405(c) and without delay, I hereby request a certified copy of my eD-H patient audit trail. During my DHMC ED hospitalization on Friday, January 13th 2012, a Department of Psychiatry employee transmitted an email indicating a likely HIPAA breach.

- Based upon reasonable belief that I am unsafe while on Dartmouth premises, I hereby request that General Counsel assume all correspondence from this point forward between myself and the respective entities to whom I request initiate prompt case investigations. These entities include, without limitation, the ADA Disability offices (College/DMS & DHMC), GME Office, Ethics Committee, and JAHCO compliance designees. I feel unsafe on Dartmouth/DHMC