UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| J.D. Isaacs,<br>    *Plaintiff*,<br><br>   v.<br><br>Dartmouth Hitchcock Medical Center, et al.<br>    *Defendants*. | Civil Action No. 1:12-cv-00040-JL |

### AFFIDAVIT OF EDWARD M. KAPLAN, ESQUIRE

Edward M. Kaplan, Esquire, being first duly sworn, does hereby depose and say as follows:

1. I am a Member of the law firm of Sulloway & Hollis, P.L.L.C., 9 Capitol Street, P.O. Box 1256, Concord, New Hampshire 03302-1256, counsel to Dartmouth Hitchcock Medial Center and Mary Hitchcock Memorial Hospital (collectively, "Defendants").

2. Although I have represented Defendants in other litigation matters, and acted on their behalf in preliminary communications with Plaintiff, I am not, in fact, authorized to accept service on their behalf without specific authorization given to me on a case by case basis.

3. As of February 7, 2012, I was not authorized to accept service in the present action.

4. On February 7, 2012, a process server appeared at my office and attempted to serve me with a copy of Plaintiff's Summons and Complaint in the present action.

{C0917447.1 }

5. I immediately informed the process service that I could not accept service of process because I was not authorized by Defendant's to act as their agent in the present action.

6. Despite being informed that I was not authorized to accept service, and did not accept such service, the process server left a copy of the Summons and Complaint in my office.

7. After the attempted service, I contacted Defendants to inform them of the service attempt and to obtain their authorization to act on their behalf with respect to future service and/or waiver of service in the present action.

8. On February 8, 2012, I received authority to act as Defendants' agent with respect to service in this action.

9. Exhibits A, C, D, and E are true and accurate copies of the documents referenced in Defendants' Motion to Quash Service.

10. The foregoing is true and correct to the best of my knowledge and belief.


Dated February 27, 2012                     /s/ Edward M. Kaplan
                                            Edward M. Kaplan


STATE OF NEW HAMPSHIRE
MERRIMACK, SS

Personally appeared the above-named Edward M. Kaplan who took oath that the foregoing statements by him subscribed are true and correct according to the best of his information and belief.


                                            /s/ Jeanne B. Batchelder
                                            Notary Public
                                            My commission expires:

{C0917447.1 }