From **Seldon**
    **Nason** nasoninvestigations@tds.net
  sender-Sent at 1:52 PM (GMT-05:00). Current time
    timethere: 1:49 PM.
      to Jeffrey Isaacs <jdi@bakerisaacs.com>

    date Tue, Feb 7, 2012 at 1:52 PM
  subject Re: Service of Process Request
signed-by gmail.com

Hi Jeff

Served in hand at 1:32 pm. The attorney wouldn't take at first and I showed him his letter to you [dated 1/23/12] and mentioned it was a complaint and summons in federal district court. He said he wasn't authorized to take it but took it anyways.

I will mail it out to you later today.

Don