

**Sulloway & Hollis** PLLC
COUNSELORS AT LAW

REPLY TO: CAPITAL OFFICE
Fax number: (603) 223-2963
ekaplan@sulloway.com

January 23, 2012

FRANK J. SULLOWAY
(1883-1961)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
CHARLES F. SHERIDAN, JR.
MARTIN L. GROSS
ROBERT M. LARSEN
FRED L. POTTER

MICHAEL M. LONERGAN
EDWARD M. KAPLAN
IRVIN D. GORDON
MICHAEL P. LEHMAN
MICHEL A. LAFOND
PETER F. IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O. BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F. WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W. KIRK ABBOTT, JR.
ELISE H. SALEK
MARTIN P. HONIGBERG
SARAH S. MURDOUGH
PATRICK J. SHEEHAN
DEREK D. LICK
MELISSA M. HANLON
CHRISTOPHER J. PYLES
KEVIN M. O'SHEA
BETH G. CATENZA
JAY SURDUKOWSKI
NICOLE J. SCHULTZ-PRICE
KATHERINE DEFOREST
MATTHEW J. SNYDER
HEATHER L. DEVINE
ROSEMARY B. GUILTINAN

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA
MASSACHUSETTS, NEW YORK
AND OTHER STATES

*VIA E-MAIL & U.S. MAIL*
Jeffrey David Isaacs, M.D.
Baker Isaacs Capital Group
477 Madison Avenue, Suite 1600
New York, NY 10022

Re:   Isaacs v. DHMC, et al.

Dear Dr. Isaacs:

Please be advised that I represent the Dartmouth Hitchcock Medical Center and the various entities that you have named as defendants in your January 15, 2012 "notice" of intention to seek some type of relief from the United States District Court. Please direct any further communication regarding the issues raised in your "notice" to me rather than any other individuals who may be at the institutions you name in your "notice."

Please direct any further requests for information to me as well and I will respond to your requests in a timely manner.

Very truly yours,

Edward M. Kaplan

EMK/jrw

cc:   Jeanine Arden-Ornt

---

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

{C0909492.1}   *Celebrating More Than 150 Years of Service to Clients and Community*