UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Dr. J.D. Isaacs, pro se, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.:  12-cv-40-JL |
| | ) | |
| Dartmouth Hitchcock Medical Center, | ) | |
| Mary Hitchcock Memorial Hospital; | ) | |
| Trustees of Dartmouth College; and | ) | |
| John Doe, | ) | |
|     Defendants | ) | |

### MOTION OF THE TRUSTEES OF DARTMOUTH COLLEGE TO JOIN DARTMOUTH HITCHCOCK MEDICAL CENTER AND MARY HITCHCOCK MEMORIAL HOSPITAL'S MOTION TO QUASH SERVICE

NOW COME the Trustees of Dartmouth College (the "College"), by and through their attorneys, Wadleigh, Starr & Peters, P.L.L.C., and respectfully join in Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital's Motion to Quash Service and in addition thereto, state as follows:

1.  Plaintiff filed a Proof of Service with this Court on February 15, 2012, purporting to establish service on the Trustees of Dartmouth College based on an attempted service upon Attorney Edward Kaplan on February 7, 2012.

2.  Attorney Kaplan was not authorized to accept service on behalf of the College as of February 7, 2012.  See Affidavit of Kathleen C. Peahl, attached as Exhibit A.

3.  After learning of the attempted service, Undersigned Counsel promptly informed Plaintiff that service had not been properly effected on the College and offered to waive formal service.  See letter to Dr. Isaacs dated February 9, attached as Exhibit B.

4.      Plaintiff has not made any subsequent attempt to effect service on the College nor has he filed the College's proffered Waiver of Service of Summons with this Court, either of which would serve to remedy the known defects in his attempted service on the College.

5.      Given the availability of adequate remedies, there is no justification for accepting Plaintiff's invalid service on the College.

WHEREFORE, the Trustees of Dartmouth College respectfully request that this Court:

A.      Quash service on Edward Kaplan as the agent of the Trustees of Dartmouth College; and

B.      Grant such other relief as is just and equitable.

Respectfully submitted,
Trustees of Dartmouth College,
By its Attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

Kathleen C. Peahl, NH Bar #6880
95 Market Street
Manchester, NH 03101

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this 27th day of February, 2012, been mailed to J.D. Isaacs.

Kathleen C. Peahl

2