UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dr. J.D. Isaacs, pro se,<br>    Plaintiff<br><br>v.<br><br>Dartmouth Hitchcock Medical Center,<br>Mary Hitchcock Memorial Hospital;<br>Trustees of Dartmouth College; and<br>John Doe,<br>    Defendants | )<br>)<br>)<br>)   Case No.: 12-cv-40-JL<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT A**

to

**MOTION OF THE TRUSTEES OF DARTMOUTH COLLEGE
TO JOIN DARTMOUTH HITCHCOCK MEDICAL CENTER
AND MARY HITCHCOCK MEMORIAL HOSPITAL'S
MOTION TO QUASH SERVICE**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dr. J.D. Isaacs, pro se,<br>    Plaintiff<br><br>v.<br><br>Dartmouth Hitchcock Medical Center,<br>Mary Hitchcock Memorial Hospital;<br>Trustees of Dartmouth College; and<br>John Doe,<br>    Defendants | Case No.: 12-cv-40-JL |

## AFFIDAVIT OF KATHLEEN C. PEAHL

I, Kathleen C. Peahl, being duly sworn, do hereby depose and state as follows:

1. I am a Member of the law firm of Wadleigh, Starr & Peters, P.L.L.C., 95 Market Street, Manchester, New Hampshire 03101, which is counsel to the Trustees of Dartmouth College (the "College").

2. After learning of the attempted service of Plaintiff's Summons and Complaint on Attorney Edward Kaplan, I spoke with David Foster, Claims and Loss Control Manager for Dartmouth College. Mr. Foster informed me that Attorney Kaplan had not been specifically authorized to accept service of process on behalf of the College. Mr. Foster authorized me to accept service in this matter on behalf of the College.

3. On February 9, 2012, I wrote to Plaintiff and informed him that I would be representing the College and that service had not properly been effected. I offered to waive formal service and enclosed a completed Waiver of Service which Plaintiff has not filed with the Court.

4. Exhibit B is a true and accurate copy of my letter to Plaintiff.

Dated: February 27, 2012

_____
Kathleen C. Peahl

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS.

Subscribed and sworn to, before me,

_____
Justice of the Peace/Notary Public

2