| | | |
|---|---|---|
| from | **Jeffrey D. Isaacs** jdi@alum.dartmouth | Feb 10 |
| sender-time | Sent at 3:35 PM (GMT-05:00). Current time there: 1:50 AM. Ⓒ | |
| to | Seldon Nason <nasoninvestigations@tds.net>, Seldon Nason <seldonnason@gmail.com> | |
| date | Fri, Feb 10, 2012 at 3:35 PM | |
| subject | Fwd: Isaacs v. DHMC, et al. | |
| mailed-by | gmail.com | |

Hello Nason,

I'd like to ask you to serve this summons once again to Ed Kaplan. He's now saying he didnt have authorization to accept service--not sure if he can say that , but i'd rather play it safe and re-serve him. You can just give him the same summons and complaint again. I'll send a $65 payment once you confirm receipt of this email and your estimated service time.

Thanks again,

---

| | | |
|---|---|---|
| from | **Seldon Nason** nasoninvestigations@tds.net via alum.dartmouth.org | Feb 10 |
| sender-time | Sent at 3:40 PM (GMT-05:00). Current time there: 1:51 AM. Ⓒ | |
| to | "Jeffrey D. Isaacs" <jdi@alum.dartmouth.org> | |
| date | Fri, Feb 10, 2012 at 3:40 PM | |
| subject | Re: Isaacs v. DHMC, et al. | |
| | Important mainly because of the people in the conversation. | |

My professional opinion is that it wouldn't help at all and could possibly hurt your case. I gave it to him in hand and saw him take it. If I try again, he will know what it is for and refuse to touch it and that opens up problems I would think. Then the best thing we have is a drop serve to the attorney's office.

He may be referring that DHMC has a registered agent [which they don't according to the NH Secretary of State's website].

Otherwise, I think you've got a good service and it should stand up in Court (check with an attorney of course for legal advice).

Don