Case 1:12-cv-00040-LM     Document 8-3     Filed 02/28/12     Page 1 of 1

2/18/12             Profile Stats | LinkedIn

Account Type: Basic

Home   Profile   Contacts   Groups   Jobs   Inbox [9]   Companies   News   More

Are you a Business Owner? - Advertise your business for Free. 2,000 businesse

## Profile Stats

Last 9

### Who's Viewed Your Profile

**LAST THREE MONTHS**


**Someone in the Human Resources function at Epic**


**Heather Salko**
Senior Claims Counsel at United Educators Insurance
Washington D.C. Metro Area | Law Practice


**Anonymous LinkedIn User**


**Gilly Guez**
Resident, Internal Medicine at Dartmouth Hitchcock Medical Center
Greater Boston Area | Hospital & Health Care

