From: [REDACTED]
Sent: Friday, January 13, 2012 7:22 PM
To: Jeffrey D. Isaacs
Subject: Hey

Hey Jeff,
Heard through the grapevine that [redacted].  If you ever need to talk, or if you want to hang out, let me know.

Hope you're doing better now bud :)

Have a nice weekend!

[REDACTED]


-----------------------------------
[REDACTED]

Resident in Psychiatry
Dartmouth-Hitchcock Medical Center

**Unication**

wanted to check in and see how you were doing.
5:12PM 01/13/12

Alpha Gold

---

**Unication**

17:
Callback:54565 Just wanted to check in and see how you wer

Alpha Gold

**Dave Bae**
having to say you have ass burgers only makes you more socially awkward!
Like · Comment · March 3 at 4:10pm via mobile


Courtney Lawrence likes this.

Write a comment...

**Dave Bae**
my father told me he has aspergers... its pronounced "ass burgers" – Michael showalter
Like · Comment · March 3 at 4:07pm near Lebanon