| from | **Jeffrey D. Isaacs** jeffrey.isaacs.wg03@wharton.upenn.edu via gmail.com | Jan 23 |
|---|---|---|
| sender-time | Sent at 11:21 AM (GMT-05:00). Current time there: 8:02 PM. ⓘ | |
| to | ekaplan@sulloway.com | |
| date | Mon, Jan 23, 2012 at 11:21 AM | |
| subject | Re Isaacs v DHMC et al | |
| mailed-by | gmail.com | |

Dear Mr Kaplan:

I have received your letter from this morning.

Please consider the following requests:

1) L**ast week, I requested an EPIC audit trail, as I am concerned about a HIPAA violation that may have occurred during my ED hospitalization. Please advise of the status of this request.**

2) **Last week, I requested medical leave (retroactively from November 27th) in a conversation with Sonyal Kumar. Please advise of the status of this request.**

3) Likewise, **please provide written declaration of my current employment/administrative status at DHMC.**

4) Last week, **I requested a meeting with President Kim. Please advise of the status of this request. If this request has been refused, and to mitigate damages, please arrange for transmission of my written, immediate appeal to the Board of Trustees of Dartmouth College.**

5) **Please provide me an electronic copy of my entire DHMC Microsoft Outlook email history, as well as my EPIC Inbox.**


Regards,
Jeffrey Isaacs

March 13, 2012

Dear Dr Bertrand and Dr Silas,

Yesterday, I applied in earnest to the radiology GME program at DHMC. It appears that there are two unexpected vacancies the NRMP match, and these spots are likely to be filled soon. Should I be accepted to the program, I would view this as a fresh start and a great opportunity. It might also be one of Dartmouth's last chances to mitigate damages incurred by the Department of Psychiatry.

It seems clear to me that the Department of Psychiatry violated DHMC's Code of Ethics, as well as Dartmouth College President Kim's "Business Ethics" directive. I will be transmitting my full statement regarding this allegation to your office and President Kim's office in the near future. I also intend to reach out via online media to assist my claims discovery.

I would hope to spend my time studying radiology at DHMC, rather than seeking redress from the United States Court to save my medical career. I hope Dartmouth can make the ethical decision, sooner rather than later.

**I requested an ethics investigation two months ago. It strikes me as unbecoming of an institution with the standing of Dartmouth, that nobody has contacted me since January 13, when I alleged substantial unethical behaviour taking place with the Department of Psychiatry. I** possess written statements from well-respected members of the Dartmouth community, equally surprised at Dartmouth's inaction.

I look forward to your consideration of my plea.

Regards,
Jeffrey Isaacs

cc: Attorney Edward Kaplan
**President Jim Y. Kim, MD**
Dr James Weinstein, CEO

| | from | **Jeffrey Isaacs** jdi@bakerisaacs.com | Jan 19 |
|---|---|---|---|
| | sender-time | Sent at 1:16 PM (GMT-05:00). Current time there: 8:04 PM. ⓒ | |
| | to | "Miranda K. Pizinger" <Miranda.K.Pizinger@hitchcock.org> | |
| | date | Thu, Jan 19, 2012 at 1:16 PM | |
| | subject | Re: ADA application | |
| | mailed-by | bakerisaacs.com | |

Thank you Miranda. I will await their call.

I would also **like to formally request medical leave,** effective retroactively from November 27th 2011. On this evening , I informed my supervisor (adamantly & in the presence of 4 nurses) that I no longer felt safe working on patients because of a hostile environment that had taken its toll on my mental health. He pressured me to stay , which I succumbed to. The following weekday my program director told me "it's difficult to make ADA accommodations for interns." She made false accusations as well - to which I responded by leaving voicemails for a supervisor  in which I threatened a lawsuit.

Regards
Jeffrey

| | |
|---|---|
| from | **Jeffrey Isaacs** jdi@bakerisaacs.com |
| sender-time | Sent at 10:05 AM (GMT-05:00). Current time there: 8:06 PM. ⓒ |
| to | christine.fitts@hitchcock.org |
| date | Fri, Jan 20, 2012 at 10:05 AM |
| subject | Outlook account |
| mailed-by | bakerisaacs.com |

Jan 20

Ms Fitts:

I am in the process of preparing a civil complaint against DHMC, and
am unable to login to my outlook account to obtain evidence.
**I contacted the Computer Help Desk and they informed me that you have
disabled the account, which will delete the Outlook email within 30
days.**
I believe that intentional destruction of evidence (especially after
you were notified of a lawsuit) would be a felony.
Please re-enable the account, or forward me copies of my entire
Outlook history to
Jeffrey Isaacs
3553 W CHester Pk PMB 177
Newtown Square PA 19073

212-257-0737

| | | |
|---|---|---|
| from | **Jeffrey Isaacs** jdi@bakerisaacs.com | Feb 6 |
| sender-time | Sent at 1:41 PM (GMT-05:00). Current time there: 8:08 PM. ⓘ | |
| to | president's.office@dartmouth.edu,<br>jim.y.kim@dartmouth.edu | |
| cc | George Baker <cavu96@gmail.com> | |
| date | Mon, Feb 6, 2012 at 1:41 PM | |
| subject | Investigation | |
| mailed-by | bakerisaacs.com | |

Dear President Kim,

I am pleading that you help investigate a matter that is causing me
the worst distress I have ever suffered in life. As a proud alumni of
the College, it is my hope that a proper investigation will yield the
truth and clear my name. For some background, I am attaching a civil
suit filed Friday in the United States District Court. However, I
believe that Dartmouth possesses evidence which goes well beyond the
allegations in the lawsuit. Basically, [REDACTED PREVIOUS LITIGATION] six years ago.
Subsequently, I believe that I am a victim
of fraud and blackmail, perpetrated by several Dartmouth College
psychiatry professors. This is not just my belief, it is the strong
suspicion of my parents, friends, and others, whom I give you full
permission to speak to as part of any investigation ordered by
yourself or the Trustees.

I am asking the College for help on this matter
[redacted]

Please consider my request and do not hesitate to contact me for any
further information.


Regards,
Jeffrey Isaacs

**DEPARTMENT OF PSYCHIATRY**  **DARTMOUTH-HITCHCOCK PSYCHIATRIC ASSOCIATES**

# Dartmouth-Hitchcock
## MEDICAL CENTER

February 1, 2011

Jeffrey D. Isaacs

Dear Jeff,

I wanted to write and let you know that we have completed our review of January applicants and everyone was impressed by your background and thought you would be a great fit for our program. I think that your interests in neuroimaging and genetics are in line with much of what is currently going on in the department and that it would be easy for you to be matched up with mentors who would further your work in these areas.

Since our meeting, I've had the opportunity to speak to the Director of Mental Health for Partners in Health, an international aid organization. He let me know that a fellowship in international mental health will soon be available, and that Dartmouth residents will be seen as priority applicants given Dartmouth's connection to the organization. Opportunities for resident electives are also expected to develop shortly. Given you interests in international health prior to this point, I wanted you to know this updated information.

Please be in touch with me or our program coordinator, Jennifer O'Keeffe (Jennifer.M.O'Keeffe@Hitchcock.ORG) if you have any additional questions, or if you would like to schedule a second look day. We do not have specific dates set aside for second visits, but rather try to customize a day that would work well for your interests and questions.

Let me close by saying how much we would enjoy having you join us at Dartmouth. I think that this program would be a good fit for you interests and you would find it fun to be back in Hanover again. Best of luck with the remainder of your residency interviews.

Sincerely,

Christine T. Finn, MD