Case 1:12-cv-00049-jgm Document 26-1 Filed 05/03/12 Page 1 of 1



| LEBANON | CONCORD | KEENE | MANCHESTER/BEDFORD | NASHUA | CHILDREN'S HOSPITAL AT DARTMOUTH (CHAD) | NORRIS COTTON CANCER CENTER |

| PATIENTS & VISITORS | HEALTH CARE PROFESSIONALS | RESIDENTS & FELLOWS | DONORS & VOLUNTEERS | CAREERS | EMPLOYEES |

# GME Programs

Home › Residents & Fellows › GME Programs › Residency Programs › Adult Psychiatry Residency › Chairman's Message

## Chairman's Message

The Dartmouth Medical School Department of Psychiatry, based at the Dartmouth Hitchcock Medical Center (DHMC) in Lebanon, New Hampshire, is a major provider of psychiatric care in Northern New England. The Department provides direct psychiatric services at DHMC and at a number of other sites, including Hanover Psychiatry, the New Hampshire Hospital (in Concord, NH), the White River Junction VA Medical Center (in White River Junction, Vermont) and the Riverview Hospital (in Augusta, Maine). In addition, the Department has partnership arrangement with many mental health programs throughout the region to deliver specialized, evidence based

**Contact Us**



care.

As a component of Dartmouth Medical School, the Department has training programs in psychiatry and psychology, and fellowship programs in child psychiatry, geriatric psychiatry, addiction psychiatry, sleep medicine, neuropsychiatry, behavioral medicine, neuropsychology and neuroimaging. In addition, the Department is a site of cutting edge translational research: nineteen members of the Department are currently principal investigators on externally funded research grants or contracts Ð from federal, state, foundation or industry sources. These Principal Investigators, along with dozens of their collaborators locally and across the country, are engaged in cutting edge science, ranging from animal research, to neuroimaging, to proof of concept clinical trials, effectiveness studies and health services research. The major disease areas of research focus within the Department include: the Department include: schizophrenia and other serious mental illness, substance abuse, traumatic brain injury, post traumatic stress disorder, autism, ADHD, depression, Alzheimers Disease, psycho-oncology and multiple sclerosis.

I encourage you to look through our website to learn more about our work to serve those individuals within our region and beyond who have psychiatric disorders, to train new practitioner and investigators, and to advance the field by expanding new knowledge.

Alan I. Green, M.D.
Raymond Sobel Professor of Psychiatry
Professor of Pharmacology and Toxicology
Chairman, Department of Psychiatry
Dartmouth Medical School

Copyright © 2012 Dartmouth-Hitchcock. All Rights Reserved.

About This Site | Notice of Privacy Practices | Website Privacy Policy | Feedback