

LEBANON | CONCORD | KEENE | MANCHESTER/BEDFORD | NASHUA | CHILDREN'S HOSPITAL AT DARTMOUTH (CHAD) | NORRIS COTTON CANCER CENTER |

PATIENTS & VISITORS | HEALTH CARE PROFESSIONALS | **RESIDENTS & FELLOWS** | DONORS & VOLUNTEERS | CAREERS | EMPLOYEES

# GME Programs

Home ▸ Residents & Fellows ▸ GME Programs ▸ Residency Programs ▸ Adult Psychiatry Residency ▸ Program Details ▸ Training Sites

## Training Sites

**Contact Us**

### Information about Dartmouth Hitchcock Medical Center and Dartmouth Medical School

One strength of the psychiatry training program at Dartmouth is being able to work, teach, and care for patients in a world-class medical center. In addition, we have one of the oldest medical schools in the country which affords further academic opportunities for our residents. Please click links below to read more about these pre-eminent institutions.
Dartmouth Hitchcock Medical Center http://gme.dartmouth-hitchcock.org/about_dh.html
Dartmouth Medical School http://dms.dartmouth.edu/



### Mary Hitchcock Memorial Hospital

http://gme.dartmouth-hitchcock.org/about_dh.html

As the primary site for our residency training program, Mary Hitchcock Memorial Hospital (MHMH) is New Hampshire's major teaching hospital.

The 396-bed hospital is located on the DHMC campus in Lebanon, New Hampshire. On this campus, residents have the opportunity to care for psychiatric patients on two inpatient units, in a partial hospital program, intensive outpatient program substance abuse treatment, an ECT service, consultation liaison assessments of medical and surgical patients, and in the outpatient setting. Multiple outpatient subspeciality clinics are included as part of the residency training experience (substance abuse, geriatrics, neuropsychiatry, sleep medicine, women's mental health, primary care psychiatry, child and adolescent psychiatry).

A broad spectrum of psychiatric disease is seen by these services due to DHMC's strategic location as a major consultation center for New Hampshire, Vermont, Maine, and western Massachusetts.

Since DHMC moved to larger headquarters at the Lebanon, NH location in 1991, the increase in patient visits and projected demand has required another major expansion of the medical center. Our newly expanded facility opened in August 2004, and includes more clinical, conference, offices and spaces.

### New Hampshire Hospital

**http://www.dhhs.nh.gov/dcbcs/nhh/**

Located in Concord, NH the New Hampshire State Hospital was established in 1842. Numerous inpatient units and facilities are located on this 120 acre campus. On their NHH rotation, residents are able to care for patients in the inpatient setting, where the majority of patients have been committed on an involuntary basis, and typically represent the most acutely ill patients in the state. NHH works closely with the community mental health programs across New Hampshire to optimize the continuity of care for psychiatric patients. Elective experiences that take advantage of the opportunity to work with various patient populations that are cared for at the hospital are a popular component of the PGY-IV year for many of our residents.  This is also a major teaching site for our Child and Adolescent Psychiatry Fellowship.

### Veteran's Administration Hospital, White River Junction, VT

**http://www.whiteriver.va.gov/about/index.asp**

Situated on 64 acres just across the river in White River Junction, Vermont, the VA hospital is a 60 bed acute care hospital. Here, residents rotate on inpatient and consultation liaison rotations, an ECT teaching service, as well as care for patients in the outpatient setting.  Residents may also rotate through the VA's community based outpatient clinic, known as Fort Ethan Allen. The VA has an active research program where many of our residents begin their research careers, and is the location of the National Center for Post Traumatic Stress Disorder.

Copyright © 2012 Dartmouth-Hitchcock. All Rights Reserved.

About This Site | Notice of Privacy Practices | Website Privacy Policy | Feedback