

| LEBANON | CONCORD | KEENE | MANCHESTER/BEDFORD | NASHUA | CHILDREN'S HOSPITAL AT DARTMOUTH (CHAD) | NORRIS COTTON CANCER CENTER |

| PATIENTS & VISITORS | HEALTH CARE PROFESSIONALS | RESIDENTS & FELLOWS | DONORS & VOLUNTEERS | CAREERS | EMPLOYEES |

# GME Programs

Home > Residents & Fellows > GME Programs > Residency Programs > Adult Psychiatry Residency > Program Details > Additional Opportunities

## Additional Opportunities

In addition to our standard training curriculum, many psychiatry residents participate in the opportunities listed below.

**Leadership in Preventative Medicine Residency (LPMR)**
This two-year training program is a popular adjunct to the psychiatry training at DHMC. Participants earn a master's degree in public health, in a program that focuses on policy issues, outcome measures, and quality improvement related to psychiatry.

**VA Quality Scholars Program (VAQS)**
This year long fellowship program has also been utilized by psychiatry residents to gain experience in outcomes research and quality improvement for health care systems.

**The Dartmouth Institute for Health Policy and Clinical Practice (TDI)**
In addition to formal programs that may be pursued through TDI, psychiatry residents may take select courses, free of charge, on a variety of topics (e.g. Research Methodology, Microsystems).

**Dartmouth Center for Healthcare Delivery Science**
The Center for Health Care Delivery Science represents an aggressive collaboration across all the schools at Dartmouth—undergraduate and graduate—and its affiliated health system, Dartmouth-Hitchcock. The joint commitment of the College and its affiliated medical center will facilitate research, education—and very importantly, implementation in clinical practice to improve the care patients receive.

**The National Center for Post-Traumatic Stress Disorder**
This center, located at the White River Junction, Vermont, brings together expertise in research and clinical care in PTSD.

**The Center for Neuroscience**
This interdisciplinary group focuses on education and research, drawing on basic science, clinical, and cognitive behavioral neuroscience. Psychiatry residents may work in both basic science and applied research settings with outstanding mentors.

Contact Us

Copyright © 2012 Dartmouth-Hitchcock. All Rights Reserved.

About This Site | Notice of Privacy Practices | Website Privacy Policy | Feedback