

Dartmouth College Post-Doc Employee ID card with Dartmouth College ID (DID) Number.