Statement Of William L. Isaacs, D.M.D.

May 1, 2012

To whom it may concern:

My name is Dr. William Isaacs and I am writing this letter to help validate some of the claims Jeffrey Isaacs has made. My credentials are as follows; I am his father, I have been active as either an attending or the head of a hospital residency program for over thirty years, and Jeffrey consulted me on a routine basis with many questions regarding his tenure and treatment while a resident at Dartmouth. Now that I am retired I still give a yearly lecture to the residents on ethics and I feel that this case is all about ethics and thus my observations should carry equal weight when compared to the statements from the psych department.

From the first week of Jeff's employment I received calls and e-mails from him recounting incidents that seemed to me that they were designed to criticize him unfairly while other residents were given a free pass oftentimes for more egregious or dangerous actions. Examples were as minor as being one minute late while another resident was several minutes later or as major as a resident suggesting treatment that would have been wrong or dangerous and not being criticized as much as Jeff was for simple clerical mistakes. Jeff was told almost from day one that he was not up to their expectations when everyone who teaches in a residency program knows that the majority of residents have no experience and are there to learn. If they had all the answers in June there would be no need for an intern year! In fact, Jeff scored higher than the majority of residents in the national standardized tests.

Another incident occurred which I have direct knowledge of which shows the level of untruth which has taken place. On September 16 2011 I spoke with Jeff and he informed me that he had a meeting set with his supervisor to ask for a leave of absence as he felt he could not handle the pressure. I was not happy to hear this but felt relieved several hours later when he informed me that she said it was not necessary to take a leave. My son has never lied to me and I believe this meeting did take place as I remember the details he described clearly. I understand his supervisor denies this meeting took place.

I understand that Jeff's e-mail account was closed and possibly deleted. Why was this necessary if all was on the up and up? I also understand that Jeff was accused of falsifying his application but never given a forum to explain his actions. I do know that Dartmouth was aware of his stay at USC which was a case settled in Federal court and required a confidentiality agreement from both parties. Jeff's omission of USC was his following the Federal Court mandate; obviously someone on the other end was not as honest.

*William L. Isaacs, DMD*