**Have you ever resigned from a medical education program or medical practice position?**

I was employed as a preliminary surgery resident at the University of Arizona for approximately six weeks, between July - August 2010. I resigned, in good standing, from the program, and with permission from the program director. At the time, the program was under ACGME probation and I felt that the program was not a good fit with my overall career plans.  I planned to reapply to categorical programs in 2011 that would allow me to pursue my interest in the neurosciences, and succeeded in finding such a program at DHMC.

**SUPPLEMENT TO APPLICATION FOR**
**TRAINING LICENSE AS RESIDENT/FELLOW**

YOU ARE REQUIRED TO COMPLETE THE QUESTIONS BELOW:

|   | **YES** | **NO** |
|---|---|---|
| 1. Have you ever resigned from a medical education program or medical practice position? | **YES** | |
| 2. Do you now or have you ever held a license in another state? If so, please complete the following: | **YES** | |

| STATE | TYPE (Training, Full, Temporary) |
|---|---|
| **Arizona** | **Training** |
| | |

**Original verification of all prior licenses is required (whether the license is a full, training or temporary license).**

|   | YES | NO |
|---|---|---|
| 3. Have you ever been reprimanded, sanctioned, restricted or disciplined in any activities involving medical education or practice? | | **NO** |
| 4. Have you ever been convicted of a felony? | | **NO** |
| 5. Are you now, or have you been in the past, dependent on alcohol or drugs? | | **NO** |

If you answered yes to any of the above questions, please provide a complete description on the reverse side. You may attach additional sheets as necessary.

I hereby certify, under penalty of perjury, that all of the information provided in this application is complete and accurate.

NAME:     **Jeffrey David Isaacs, M.D.**

SIGNATURE: _____     DATE: _____