I hereby inform you of my intention to seek injunctive relief and other redress in the United States District Court. I am employed as a Resident Physician at DHMC, and also serve as CEO of the Baker Isaacs Capital Group, Inc. Please be advised of the following:

- The pending USDC Complaint will document what I describe as a most twisted scenario devised by Dartmouth Medical School psychiatry professors & DHMC attending physicians. Most egregiously, the evidence will show that Psychiatry professors taunted and manipulated a known traumatic brain injury victim (myself).

- Pursuant to the American Recovery and Reinvestment Act of 2009, Division A, Title XIII, Subtitle D, Section 13405(c) and without delay, I hereby request a certified copy of my eD-H patient audit trail. During my DHMC ED hospitalization on Friday, January 13th 2012, a Department of Psychiatry employee transmitted an email indicating a likely HIPAA breach.

- Based upon reasonable belief that I am unsafe while on Dartmouth premises, I hereby request that General Counsel assume all correspondence from this point forward between myself and the respective entities to whom I request initiate prompt case investigations. These entities include, without limitation, the ADA Disability offices (College/DMS & DHMC), GME Office, Ethics Committee, and JAHCO compliance designees. I feel unsafe on Dartmouth/DHMC