Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@bakerisaacs.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS | |
| Plaintiff, *pro se*, | Case No. CV-12-40-JL |
| -V- | |
| DOCTOR CHRISTINE T. FINN;<br>DOCTOR JIM YONG KIM;<br>DOCTOR DOUGLAS NOORDSY;<br>DARTMOUTH HITCHCOCK MEDICAL CENTER;<br>MARY HITCHCOCK MEMORIAL HOSPITAL;<br>TRUSTEES OF DARTMOUTH COLLEGE;<br>and JOHN DOE,<br><br>Defendants. | **PLAINTIFF'S MOTION TO RECUSE AND CHANGE VENUE TO EASTERN PENNSYLVANIA DISTRICT** |

JDI v. Dartmouth et al
Case No. CV12- 40-JL                                                                                        1

## I. MOTION TO REMOVE TO USDC EASTERN PENNSYLVANIA

For the following causes, the Plaintiff hereby requests that this Court recuse itself, and move this case to the United States District Court for the Eastern District of Pennsylvania:

-Plaintiff alleges the Defendants continue to harass him on the basis of a sealed and discharged enrollment contract at USC. They are employing legal tactics to take advantage of Plaintiff's *pro se* legal status, including evasion of summons and blatantly disregarding national ACGME accreditation standards requiring administrative leave due process. It is hard to imagine that this Court will take the unbiased steps to investigate Plaintiff's claims against Defendant Kim, or any other related Defendants.

-Defendant Kim's senior assistant at Dartmouth is Vivienne Barbadoro (Exhibit 1), who Plaintiff believes is known professionally and personally to the Court. While District Judge Barbadoro recused himself at the outset of this case, Plaintiff believes a conflict of interest remains.

-A motion is underway to remove Kim from the case, despite recent public outrage (ie Penn State Football controversy) which makes it clear that a university's senior officials have a duty to act on reports of unethical/criminal behavior.

-Plaintiff filed, last week, Exhibit 1, Report of Criminal and Ethical Violations against Dartmouth. The court clerk phoned him immediately afterwards, deleting the item from the docket, stating that he requires prior leave to file a trial exhibit.

-In its decision dated June 8th, the Court seemingly already decided a major issue in this case. Namely, the Court stated the Dartmouth may publish information about a sealed and annulled enrollment contract. Moreover, the Court stated no harm was done to Plaintiff by raising this sealed issue, despite this matter leading to his six-week inpatient psychiatric hospitalization. Moreover, the

1  Court's decision regarding the annulment is in direct contradiction to a recent action by the American
2  Academy of Medical Colleges, which agreed that raising this issue, seven years after the enrollment
3  contract was initially formed (and later canceleld), was inappropriate.
4
5  -The Court refused a motion for an injunction to merely preserve the *status quo* at time of filing,
6  partially because of Plaintiff's two month delay in requesting it, despite his medical illness.
7
8  -Plaintiff alleges that the University of Arizona and the Defendants communicated and conspired
9  with each other regards to false criticism of Plaintiff. Plaintiff will be initiating a new lawsuit in the
10 USDC Eastern Pennsylvania regarding these claims. As this is a nationwide issue between Arizona,
11 NH, and a seven-year old settlement with University of Southern California, there is no single venue
12 most convenient to all Defendants other than Pennsylvania.
13
14 -Plaintiff filed his EEOC complaint last week, and as such, this case may need to be refiled in any
15 case (in which case Plaintiff will file in Pennsylvania)
16
17 For the above reasons, Plaintiff requests that this Court recuse itself and the case be removed to
18 Eastern Pennsylvania.
19
20
21
22 Respectfully submitted, this 11th day of June, 2012.
23
24
25
26                              /s/   J. D. Isaacs
27
28                              J. D. ISAACS

1 | Plaintiff
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Plaintiff served this Motion for Recusal on all Defendants via ECF.

/s/   J. D. Isaacs

DATED: June 11, 2012.

J. D. ISAACS

Plaintiff, *pro se*