Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@bakerisaacs.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DOCTOR J. D. ISAACS ) ) ) Plaintiff, *pro se*, ) ) -V- ) ) ) DOCTOR CHRISTINE T. FINN; ) DOCTOR JIM YONG KIM; ) DOCTOR DOUGLAS NOORDSY; ) DARTMOUTH HITCHCOCK MEDICAL CENTER; ) MARY HITCHCOCK MEMORIAL HOSPITAL; ) TRUSTEES OF DARTMOUTH COLLEGE; ) and JOHN DOE, ) ) Defendants. ) ) ) _____) | Case No. CV-12-40-JL  **PLAINTIFF'S MOTION FOR DECLARATORY RELIEF** |

## I.  MOTION FOR DECLARATORY RELIEF

Two months ago, the Court held a telephone conference regarding Defendants' Motion to Quash. One issue raised during the hearing was, at Defendants request, Plaintiff cessation of communication with Dartmouth regarding any issues surrounding litigation.

The Court asked the parties to mutually agree to what Plaintiff now believes was a waiver of his First Amendment right. Specifically, Plaintiff agreed that, until further notice, he would waive his right to discuss any matters of this lawsuit within the Dartmouth community.

As a result, Plaintiff has had to relay countless requests to Dartmouth's attorneys, which have simply gone unanswered. For six months, Plaintiff has attempted to file for disability leave, but Attorney Kaplan has never responded to his requests. Likewise, requests for medical records have been ignored. Plaintiff believes Defendants recently perjured themselves in a New Hampshire Employment Security tribunal. Put simply, Plaintiff believes Dartmouth is employing aggressive and highly illegal strategic litigation practices to literally starve Plaintiff of disability , unemployment, and criminal redress rights.

One month ago, Plaintiff attempted to file a crime report against Dartmouth Psychiatry to Dartmouth Safety & Security with Attorney Peahl, but never received a response. Likewise, Plaintiff is now filing a crime report against DHMC, after having realized in yesterday's NHES hearing that this is , without a doubt in his mind, an extensive cover-up being executed by Dartmouth.

Plaintiff hereby rescinds what he believes to have been an improper voluntary waiver of his First Amendment right. The Court is hereby motioned to declare Plaintiff's right, or lack thereof, to communicate with appropriate Dartmouth personnel regarding the aforementioned matters.

Respectfully submitted, this 23rd day of June, 2012.

/s/   J. D. Isaacs

J. D. ISAACS

Plaintiff                                                                                                       2

**CERTIFICATE OF SERVICE**

Plaintiff served this Motion for Declaratory Relief on all Defendants via ECF.

/s/   J. D. Isaacs

DATED: June 23, 2012.

J. D. ISAACS

Plaintiff, *pro se*