## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

J. D. Isaacs

       v.                                  Civil No. 12-cv-40-JL

Dartmouth Hitchcock Medical Center

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Attachments to Plaintiff's Motion for Declaratory Relief in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Attachments to Motion for Declaratory Relief.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Attachments to Motion for Declaratory Relief, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

*/s/ Daniel J. Lynch*
Daniel J. Lynch
United States Magistrate Judge

Date:   June 25, 2012

cc:    J. D. Isaacs, pro se
       Edward Kaplan, Esq.
       Kathleen Peahl, Esq.
       Pierre Chabot, Esq.