# Sulloway & Hollis P.L.L.C.
### COUNSELORS AT LAW

REPLY TO: CAPITAL OFFICE
Fax number: (603) 224-2557
ekaplan@sulloway.com

June 4, 2012

FRANK J. SULLOWAY
(1883-1981)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
CHARLES F. SHERIDAN, JR.
MARTIN L. GROSS
ROBERT M. LARSEN
FRED L. POTTER

MICHAEL M. LONERGAN
EDWARD M. KAPLAN
IRVIN D. GORDON
MICHAEL P. LEHMAN
MICHEL A. LAFOND
PETER F. IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O. BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F. WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W. KIRK ABBOTT, JR.
ELISE H. SALEK
MARTIN P. HONIGBERG
SARAH S. MURDOUGH
PATRICK J. SHEEHAN
DEREK D. LICK
MELISSA M. HANLON
CHRISTOPHER J. PYLES
KEVIN M. O'SHEA
BETH G. CATENZA
JAY SURDUKOWSKI
NICOLE J. SCHULTZ-PRICE
KATHERINE DEFOREST
MATTHEW J. SNYDER
HEATHER L. DEVINE
ROSEMARY B. GUILTINAN

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA
MASSACHUSETTS, NEW YORK,
AND OTHER STATES

Jeffrey David Isaacs, M.D.
3553 West Chester Pike Unit #177
Newton Square, PA 19073

Re: <u>Dr. J.D. Isaacs v. Dartmouth Hitchcock Medical Center, et al.</u>

Dear Dr. Isaacs:

Please allow this to respond to your recent emails sent to my office and to Dr. Bertrand.

Regarding your May 30th and May 31st emails to Dr. Bertrand, we understand that you have withdrawn your request for a Fair Hearing and have requested no further contact with Dr. Bertrand. Consequently, Dr. Bertrand will notify the Fair Hearing committee members of your decision and the committee will be disbanded. In response to your comments regarding communications with DHMC and MHMH, all future contacts with the defendants Mary Hitchcock Memorial Hospital and Dartmouth Hitchcock Medical Center regarding the subject matters of the pending litigation should be made through my office.

You have requested copies of your medical records for your admission to Mary Hitchcock Memorial Hospital. Enclosed is a medical records authorization form which DHMC requires be completed by any individual requesting their records. Once you complete and return the release to me, I will forward your records.

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

*Celebrating More Than 150 Years of Service to Clients and Community*

{C0943592.1}

June 4, 2012
Page 2


Finally, you have made a number of requests for additional information (most recently your "patient chart audit record"). You have elected to bring a lawsuit against my clients and others. Accordingly, requests for materials related to your allegations must be made in accordance with the Federal Rules of Civil Procedure and will not be addressed outside of those rules.

Very truly yours,

Edward M. Kaplan

/jbb
Enc.

cc:   Kathleen Peahl, Esq.  (w/enc.)

{C0943593.1 }

# Dartmouth-Hitchcock

## AUTHORIZATION FOR USE/DISCLOSURE OF PROTECTED HEALTH INFORMATION (PHI) BY Dartmouth-Hitchcock

**Dartmouth-Hitchcock Concord**
253 Pleasant Street
Concord, NH 03301
Voice: (603) 229-5142
Fax: (603) 229-5146

**Dartmouth-Hitchcock Keene**
590 Court Street
Keene, NH 03431
Voice: (603) 354-5477
Fax: (603) 354-5478

**Dartmouth-Hitchcock Manchester**
100 Hitchcock Way
Manchester, NH 03104
Voice: (603) 695-2820
Fax: (603) 695-2536

**Dartmouth-Hitchcock Medical Center**
One Medical Center Drive
Lebanon, NH 03756
Voice: (603) 650-5000

**Dartmouth-Hitchcock Nashua**
2300 Southwood Drive
Nashua, NH 03063
Voice: (603) 577-4467
Fax: (603) 577-3441

**All sections of this form must be filled out completely or it will not be accepted.**

I hereby authorize Dartmouth-Hitchcock to use/disclose my individually identifiable health information as described below (which may include information concerning treatment for drug/alcohol abuse, mental health, HIV status, or genetic testing records, if applicable). I understand that my health care and the payment of my health care will not be affected if I do not sign this form.

I understand that if the recipient authorized to receive the information is not a covered entity, such as insurance company or health care provider the disclosed information may no longer be protected by federal and state privacy regulations.

Patient Name: _____ DOB: _____

Address: _____ Phone Number: _____

Purpose of the use and/or disclosure: _____

Description of information to be disclosed:

☐ **Inpatient** relevant dates:_____
Unless otherwise specified disclosure includes Discharge Summary, Operative Records, Laboratory Report/Test Results, Consultation Reports and Progress Notes.

**Additional/specific information needed:** _____

☐ **Outpatient** relevant dates or provider name: _____
Unless otherwise specified disclosure includes Ambulatory Care Notes, Laboratory Report/Test Results and Emergency Department Report.

**Additional/specific information needed:** _____

☐ **Itemized Billing Records** relevant dates: _____

The health information shall be disclosed to (*check only one*): ☐ Hospital ☐ Physician ☐ Patient
☐ Insurance Company ☐ Attorney ☐ Friend or Family Member ☐ Other_____

_____
Name                                          Address

_____
City                           State                      Zip Code

- I understand that I may be charged for copies of my medical records.
- I understand that this authorization will expire one year from the date of this authorization unless I otherwise specify. (Alternative date if desired): _____
- I further understand that I may revoke this authorization at any time by notifying Dartmouth-Hitchcock in writing at one of the appropriate Dartmouth-Hitchcock sites listed on this form, except to the extent it has already been relied upon.

_____
Signature of Patient or Personal Representative    Phone Number    Date

_____
Printed Name of Personal Representative    Legal Authority of Personal Representative
*At your request, we will provide you a copy of this form.*

Health Information Services Approval: 12/6/2011