

EXHIBIT 2

**Sulloway & Hollis** P.L.L.C.
COUNSELORS AT LAW

REPLY TO: CAPITAL OFFICE
Fax number: (603) 224-2557
ekaplan@sulloway.com

June 12, 2012

FRANK J. SULLOWAY
(1883-1981)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
CHARLES F. SHERIDAN, JR
MARTIN L. GROSS
ROBERT M. LARSEN
FRED L. POTTER

MICHAEL M. LONERGAN
EDWARD M. KAPLAN
IRVIN D. GORDON
MICHAEL P. LEHMAN
MICHEL A. LAFOND
PETER F. IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O. BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F. WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W. KIRK ABBOTT, JR
ELISE H. SALEK
MARTIN P. HONIGBERG
SARAH S. MURDOUGH
PATRICK J. SHEEHAN
DEREK D. LICK
MELISSA M. HANLON
CHRISTOPHER J. PYLES
KEVIN M. O'SHEA
BETH G. CATENZA
JAY SURDUKOWSKI
NICOLE J. SCHULTZ-PRICE
KATHERINE DEFOREST
MATTHEW J. SNYDER
HEATHER L. DEVINE
ROSEMARY B. GUILTINAN

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA,
MASSACHUSETTS, NEW YORK,
AND OTHER STATES

Jeffrey David Isaacs, M.D.
3553 West Chester Pike Unit #177
Newton Square, PA 19073

Re:   Dr. J.D. Isaacs v. Dartmouth Hitchcock Medical Center, et al.

Dear Dr. Isaacs:

Please allow this to respond to your June 8, 2012 email requests. As mentioned in my June 4, 2012 letter to you, as soon as you return the executed medical records authorization, a copy of your records will be provided to you. If you need another copy of the authorization, please let me know.

With regard to the other issues raised in your email, as the court ruled in its June 8th "Summary Order", the parties will have the opportunity to confer and submit a joint plan for conducting discovery and other aspects of the case after the court rules on the pending motion to dismiss. As I previously indicated in my June 4th letter, all requests for materials related to your allegations must be made in accordance with the Federal Rules of Civil Procedure and will not be addressed outside of those rules.

Very truly yours,

Edward M. Kaplan

/jbb
cc:   Kathleen Peahl, Esq.

{C0945565.1}

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

*Celebrating More Than 150 Years of Service to Clients and Community*