## Marc L. Bertrand

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs [jeffrey.isaacs.wg03@wharton.upenn.edu]
**Sent:** Wednesday, May 30, 2012 3:21 PM
**To:** Marc L. Bertrand
**Cc:** mhp; wlisaacs@aol.com; George Baker
**Subject:** Re: Fair Hearing Scheduling

Dr Bertrand:

I consider it unsafe for me to go to DHMC at this point. I am in the process of filing criminal complaints against you (personally) and the other individuals involved. This will not be tolerated. You email my 4 emails addresses, and are proceeding with a hearing to terminate me when the AAMC has already ruled I had no obligation to disclose USC. Apparently you also think it is funny to harrass me, and I hope to see you in jail for this.

Please let me know the status of my requests for a videoconference, as well as for my email evidence which I need to prepare for the fair hearing.




Please let me know the status of my request to

On Wed, May 30, 2012 at 2:58 PM, Marc L. Bertrand <Marc.L.Bertrand@hitchcock.org> wrote:

Dr. Isaacs:


We have identified two possible dates/times for your Fair Hearing based on the availability of committee members:


      Wednesday, June 13   1700-1930

      Monday, June 18     1700-1930


Please let me know as soon as possible which of these dates you would prefer. The Fair Hearing will be held at DHMC. I will follow up with the room location once the specific date has been identified.


Marc L. Bertrand, M.D

Associate Dean for Graduate Medical Education

1

Designated Institutional Official

Dartmouth Hitchcock Medical Center

One Medical Center Drive

Lebanon, NH  03756

603-650-5748

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.