

**Jeffrey Isaacs <jeffreydi@gmail.com>**

## DHMC Violation (Crime) report
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>  Sun, Jun 24, 2012 at 9:02 PM
To: Edward Kaplan <ekaplan@sulloway.com>
Cc: Kathleen Peahl <KPeahl@wadleighlaw.com>, "david.f.foster" <david.f.foster@dartmouth.edu>

Attorney Kaplan:

Please see that my crime report is directed to the appropriate
personnel at DHMC immediately, as the 1-year statute of limitations is
rapidly approaching.

Regards,
Jeffrey Isaacs



**Jeffrey Isaacs <jeffreydi@gmail.com>**

# Re: Forwarding requests
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>  Mon, Jun 4, 2012 at 10:17 AM
To: Kathleen Peahl <KPeahl@wadleighlaw.com>

> OK, please let me know if I should copy Attorney Chabot on emails to you as well.
>
> Please find attached, "Complaint against Dartmouth Psychiatry for Ethical and Criminal Violations."
>
> I hereby request that you deliver this complaint, and provide proof of receipt, to the appropriate authorities at Dartmouth College, including Safety & Security and the General Counsel.
>
> Your letter mailed in April references delivery of my Ethics complaint to Trustee Mandel. I have not released the full ethics complaint until yesterday, to clarify. I am requesting that each trustee, individually, receive the ethics/criminal report. Mandel has a close working relationship with Kim, hence it would give the impression of impropriety to only have Mandel review the matter. Moreover, my understanding is that there is a pending NH State Police investigation regarding conflict of interest between Mandel and Kim/Dartmouth College (regarding endowment issues).
>
> Regards
> Jeffrey Isaacs

STAT 01/13/2012
ISAACS, JEFFREY D
DOB
SOURCE:


At approx 10AM this morning I learned of illegal workplace behavior I had been subjected to by DHMC staff and Dartmouth College professors. After speaking with my father, I decided to initiate several administrative case investigations at DHMC + the College. Unfortunately, due to declining ability to concentrate, I went to the ED and could not work on these admin remedies. At [illegible] I asked risk mgmt / pt advocate to help me notify the appropriate authorities, which I believe they refused. These entities/authorities are for these issues:

- DHMC compliance + Disability groups
- Dartmouth College Discrimination/Disabilities off[ice]
- Dartmouth College Hostile environment
- DHMC Hostile Environment

In general, during this ED stay, risk mgmt staff have basica[lly] refused to let me elaborate on the source of m[y] complaint + distress.