

**Jeffrey Isaacs <jeffreydi@gmail.com>**

## RE: ADA application
1 message

**Miranda K. Pizinger** <Miranda.K.Pizinger@hitchcock.org>   Thu, Jun 28, 2012 at 1:51 PM
To: Jeffrey Isaacs <jdi@bakerisaacs.com>

Good Afternoon,

Per your email regarding the status of your request please be advised that we have never received a formal request for disability.

Miranda

**From:** Jeffrey Isaacs [mailto:jdi@bakerisaacs.com]
**Sent:** Wednesday, June 20, 2012 12:54 AM
**To:** Miranda K. Pizinger
**Subject:** Re: ADA application

Miranda,
After 5 months I have not heard back regarding my request for medical disability leave. Please notify me immediately the status of this request.
I have filed a complaint regarding non-compliance with the United States Department of Labor.
Jeffrey Isaacs

On Thu, Jan 19, 2012 at 1:16 PM, Jeffrey Isaacs <jdi@bakerisaacs.com> wrote:

Thank you Miranda. I will await their call.

I would also like to formally request medical leave, effective retroactively from November 27th 2011. On this evening , I informed my supervisor (adamantly & in the presence of 4 nurses) that I no longer felt safe working on patients because of a hostile environment that had taken its toll on my mental health. He pressured me to stay , which I succumbed to. The following weekday my program director told me "it's difficult to make ADA accommodations for interns." She made false accusations as well - to which I responded by leaving voicemails for a supervisor  in which I threatened a lawsuit.

Regards

Case 1:12-cv-00040-LM     Document 40-4     Filed 06/30/12     Page 2 of 3

Jeffrey

On Wed, Jan 18, 2012 at 4:41 PM, Miranda K. Pizinger <Miranda.K.Pizinger@hitchcock.org> wrote:

Good Afternoon,

Thank you for calling this afternoon, I have reached out to Employee Relations and they will be in touch with you tomorrow regarding your complaint. I have attached the application to this email for you and your provider to complete and return to my office. If you have any questions please let me know.

**Miranda Pizinger**

Supervisor, Benefits Operations

Human Resources |Benefits Administration

Colburn Hill |One Medical Center Drive|Lebanon, NH 03756

v: 603.653.1433|e- fax: 603.727.7973

www.dhmc.org

**Error! Filename not specified.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged,

Case 1:12-cv-00040-LM   Document 40-4   Filed 06/30/12   Page 3 of 3

confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.