

Home   JEFFREY'S Profile   Contact Us   |   **Logout**

Last Login: 06/29/2012 11:34 PM ET

**Start and Check Claims**    **Access Forms**

My Account > Start and Check Claims > Claim Status > Status Details

Text Size:

**Start and Check Claims**

Start a Short-term Claim

Start a Long-term Claim

Check on Claim Status

Print & Save Claim Forms

## Check Your Claim Status

**Status and History Details**

**Claimant Summary**

| Claimant Name | Coverage | Date of Disability | Claim Office Phone |
|---|---|---|---|
| JEFFREY ISAACS | Short-term Disability | 01/12/2012 | 866-945-7781 |

**Detailed Claim Status**

| Status | Effective Date of Status | Status Reason |
|---|---|---|
| Claim Received | 06/15/2012 | Employer information missing |

| **More Information** | **Your Coverage** | **U.S. Paralympics** | **Content & Features for:** | **Support** |
|---|---|---|---|---|
| About Us | Report a Claim | Founding Partner & 2009 Sponsor | Employers & Businesses | Contact Us |
|  | Estimate Coverage Needs | Athlete Stories |  | Benefits FAQ |
|  |  |  | Employees & Consumers | Site FAQ |
|  | Returning to Work | Calendar of Events |  | Feedback |
|  |  | Paralympic TV | Producers & Consultants | Glossary |

thehartford.com  |  About Us  |  News

Privacy Policy  |  Legal Notice  |  Producer Compensation  |  Security

**Follow Us On:**   facebook   twitter   linkedIn   YouTube

© Copyright 2010 The Hartford Financial Services Group, Inc. All Rights Reserved