**U.S. Department of Labor**  Employee Benefits Security Administration
Washington, D.C. 20210

June 26, 2012

Mr. Marc Betrand
Plan Administrator
Dartmouth-Hitchcock
1 Medical Center Drive
Lebanon, New Hampshire 03755

Dear Mr. Betrand:

The Employee Benefits Security Administration (EBSA) is responsible for the administration and enforcement of the Employee Retirement Income Security Act of 1974 (ERISA), which covers various types of employee benefit plans.

Mr. Jeffrey Isaacs has requested our assistance in resolving a question concerning his entitlement to disability benefits. This office is willing to assist the plan and Mr. Isaacs concerning his entitlement to disability benefits. In order to do so, we are requesting that you provide us with information on Mr. Isaacs' entitlement to disability benefits.

We request this information in an effort to informally resolve a potential benefit dispute. Please send this information within 10 days to, Mr. Jeffrey Isaacs, 8 Chase Circle, Fort Washington, Pennsylvania 19034 and to, U.S. Department of Labor, Suite 400, 200 Constitution Avenue, N.W., Washington 20210, Attn: Ms. Lesley Radcliff. Please refer to TAIS #201288-06319 in your response.

Sincerely,

Deidra Koger
Chief, Division of Technical Assistance
and Inquiries

Enclosure