**Christine T. Finn**

**From:** Jeffrey D. Isaacs
**Sent:** Friday, December 02, 2011 11:22 AM
**To:** Christine T. Finn
**Subject:** RE: list of names we discussed

Hi Dr Finn,

Thank you for the list of local providers. I was wondering if you have any time to speak before I go on educational leave next week? I just met with Dr Green about the LPMR program ; I am confused at this point about where I stand administratively and was hoping to have a clearer picture before I leave. I would appreciate it greatly.

Regards,
Jeffrey

## Christine T. Finn

**From:** Jeffrey D. Isaacs
**Sent:** Monday, December 26, 2011 12:45 PM
**To:** Douglas L. Noordsy
**Cc:** Paul E. Holtzheimer; Christine T. Finn
**Subject:** RE: Feedback on documentation

Hi Dr Noordsy,

Hope you had a Merry Christmas. I had understood that Dr Ravi started the taper on his H&P dated 12/22 at 5PM. As I was covering this patient on 12/23 until 9PM, I did not believe that any changes were necessary until 5PM on the 24th? I had replaced the AAS order on the 23rd as it was entered incorrectly, but didn't modify the Librium taper. My apologies for any issues that occurred.

Regards

Jeff

**From:** Douglas L. Noordsy
**Sent:** Monday, December 26, 2011 6:53 AM
**To:** Jeffrey D. Isaacs
**Cc:** Paul E. Holtzheimer; Christine T. Finn
**Subject:** Feedback on documentation

Jeff:

I covered rounds this past weekend. I noted that you Friday notes included many single-word HPI descriptors, as well as one patient whose billing grid was not complete. In addition, you documented a Librium taper on ~~[redacted]~~ but you did not order the taper, so he remained on high-dose chlordiazepoxide. Let's keep aiming for excellent documentation and patient care. Good enough is not good enough.

Thanks,

Doug

Douglas L. Noordsy, MD
Associate Professor of Psychiatry
Dartmouth Medical School
603-650-5805