UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Dr. J.D. Isaacs | \* | |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| -v- | \* | Case No. 1:12-cv-00040-JL |
| | \* | |
| Dartmouth-Hitchcock Medical Center, | \* | |
| Mary Hitchcock Memorial Hospital, | \* | |
| Dr. Christine T. Finn, Dr. Douglas Noordsy, | \* | Judge Joseph N. Laplante |
| Trustees of Dartmouth College, Dr. Jim Yong Kim, | \* | |
| and "John Doe," | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS TRUSTEES OF DARTMOUTH COLLEGE, DR. JIM YONG KIM, DR. CHRISTINE FINN AND DR. DOUGLAS NOORDSY'S OBJECTION TO PLAINTIFF'S "MOTION FOR DECLARATORY RELIEF."

NOW COME the Defendants, Dartmouth College, Dr. Jim Yong Kim, Dr. Christine Finn and Dr. Douglas Noordsy, and respectfully OBJECT to Plaintiff's "Motion for Declaratory Relief" (Doc. 37), and in support thereof state as follows:

1. Plaintiff's Motion should be denied for the reasons stated in the Objection (Doc. 39) filed by codefendants Mary Hitchcock Memorial Hospital and Dartmouth-Hitchcock Medical Center.

Respectfully Submitted,
**Trustees of Dartmouth College, Dr. Jim Yong Kim, Dr. Christine Finn and Dr. Douglas Noordsy**
Wadleigh, Starr & Peters, P.L.L.C.

/s/ Pierre A. Chabot
Kathleen C. Peahl, Esquire, NH Bar No. 6880
Pierre A. Chabot, Esquire, NH Bar No. 17606
95 Market Street
Manchester, NH  03101
(603) 669-4140
Kpeahl@wadleighlaw.com
pchabot@wadleighlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this 2nd day of July, 2012, been filed with the Court via ECF and served electronically on J.D. Isaacs, pro se, and Edward M. Kaplan, Esq.

/s/ Pierre A. Chabot
Pierre A. Chabot