```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

J. D. Isaacs

        v.                           Civil No. 12-cv-40-JL

Dartmouth Hitchcock Medical Center, et al.


      ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #40, Reply to Objection to Motion for Declaratory Relief, filed by Plaintiff

DATE FILED:       June 30, 2012

      The document above fails to comply with:

      LR 7.1(e)(2)   Nondispositive motion: reply memorandum is not permitted without prior leave of court.

      It is herewith ordered that the document is stricken, and must be refiled.


      SO ORDERED.

                                                  /s/ Joseph N. Laplante
                                                Joseph N. Laplante
                                                United States District Judge

June 2, 2012

cc:   J. D. Isaacs, pro se
      Edward Kaplan, Esq.
      Kathleen Peahl, Esq.
      Pierre Chabot, Esq.