AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Doctor J.D. Isaacs | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-cv-00040-JL |
| Dartmouth Hitchcock Medical Center et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Doctor J.D. Isaacs, Plaintiff .

Date: 09/29/2012

/s/ John F. Skinner, III
*Attorney's signature*

Atty. John F. Skinner, III [NH BAR 19886]
*Printed name and bar number*

530 Chestnut Street, 3rd Floor
Manchester, NH 03101
*Address*

AttorneySkinner@gmail.com
*E-mail address*

(603) 622-8100
*Telephone number*

(888) 912-1497
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

To all parties registered as of the date of filing.

Conventionally Served:

n/a

| 09/29/2012 | /s/ John F. Skinner, III |
|---|---|
| Date | Signature |