UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>J. D. Isaacs</u>

  v.                Civil Action No. 1:12-cv-40-JL

<u>Dartmouth Hitchcock Medical Center, et al</u>

<u>J. D. Isaacs</u>

  v.                Civil Action No. 1:12-cv-413-SM

<u>Dartmouth Hitchcock Medical Center, et al</u>

O R D E R

The above case 1:12-cv-413-SM, filed on October 29, 2012, references the following as related: 1:12-cv-40-JL.

After review, the clerk's office has determined that these cases might be consolidated pursuant to Fed. R. Civ. P. 42(a), LR 42.1.  **Unless counsel advises us to the contrary by December 14, 2012, these cases may be consolidated and an order of consolidation issued**. Any pleadings filed in response to this order shall be filed individually in each of the above-referenced cases that have been identified for potential consolidation.   As the court will not favorably entertain later motions to "unconsolidate" because of failure to respond, counsel should timely file an objection if such exists.

Cases will be consolidated for all purposes; former related cases will be statistically closed and all parties and counsel from related cases will be added to the main case if not already a part of that case.

A copy of this order shall be docketed individually in each of the above-referenced cases and sent to all counsel of record.

The plaintiff in the newly filed case shall include a copy of this order in service on the defendants in the new case.

By the Court,

/s/ Janice E. Boucher
Janice E. Boucher, Deputy Clerk
United States District Court

November 13, 2012

cc: John F. Skinner , III, Esq.
     Edward M. Kaplan , Esq.
     Kathleen C. Peahl, Esq.
     Pierre A. Chabot, Esq.