UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

J. D. Isaacs

   v.               Civil No. 12-cv-40-JL

Dartmouth Hitchcock Medical Center et al

J. D. Isaacs

   v.               Civil No. 12-cv-413-SM

Dartmouth Hitchcock Medical Center et al

O R D E R OF CONSOLIDATION

  Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

  Civil case number 12-cv-40-JL has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case. They shall be captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

  The former related case (12-cv-413-SM) shall be statistically closed.

  Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

               By the Court,

December 17, 2012

               /s/ Joe Laplante
               Joseph N. Laplante
               Chief Judge
               United States District Court

cc: John F. Skinner, III, Esq.
   Edward M. Kaplan, Esq.
   Pierre A. Chabot, Esq.
   Kathleen C. Peahl, Esq.