```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

J.D. Isaacs

    v.                                          Civil No. 12-cv-40-JL

The Trustees of Dartmouth
College d/b/a Dartmouth
Medical School *et al.*

## PROCEDURAL ORDER

After this court's telephone conference with counsel, the court grants the following relief by agreement of the parties:

1. The Trustees of Dartmouth College d/b/a Dartmouth Medical School are substituted for defendant Dartmouth Medical School; and

2. Any claims against Dr. Jim Yong Kim and Dr. Douglas Noordsy, who were named in the first amended complaint in this action (document no. 13), but are not named in the second amended complaint (document no. 54), are dismissed without prejudice.

The parties shall file a joint proposed discovery plan on or before **March 21, 2013**. The preliminary pretrial conference in this matter is CANCELLED. The motion to continue that conference (document no. 58) is DENIED as moot.

    **SO ORDERED.**

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Dated:  March 5, 2013

```
cc:   John F. Skinner, III, Esq.
      Keith Mathews, Esq.
      Patrick W. Rivard, Esq.
      Christopher James Pyles, Esq.
      Edward M. Kaplan, Esq.
      Kathleen Peahl, Esq.
      Pierre A. Chabot, Esq.
```