UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>DOCTOR CHRISTINE T. FINN; )<br>DOCTOR JIM YONG KIM; )<br>DOCTOR DOUGLAS NOORDSY; )<br>DARTMOUTH HITCHCOCK MEDICAL CENTER; )<br>MARY HITCHCOCK MEMORIAL HOSPITAL; )<br>TRUSTEES OF DARTMOUTH COLLEGE; )<br>and JOHN DOE, )<br> ) | Civil No.: 1:12-cv-00040 |

## NOTICE OF WITHDRAWAL

NOW COMES THE PLAINTIFF'S counsel, and hereby provides Notice of Withdrawal pursuant to Local Rule 83.6(e) and further states as follows:

1. Plaintiff and his counsel have reached divergent views on the best way to proceed in the prosecution of this case.

2. Plaintiff has requested, in no uncertain terms, to be allowed to handle his case on his own, *pro se*.

3. Counsel has afforded Plaintiff an opportunity to reflect on his decision and make an intelligent, informed decision, and plaintiff has resolved to proceed *pro se*.

4. Counsel may Withdraw as by right under the local rules where:

    a. "there are no motions pending before the court,"

    b. "the case has not been pre-tried, or "

    c. "no trial date has been set."

5. Therefore, in this case, under its current procedural posture, Plaintiff's counsel may Withdraw without leave of the Court and does so Withdraw by this Notice. See L.R. 83.6(d).

6. "As a condition of withdrawal, the attorney shall notify the clerk's office, in writing, of the client's last known address." Id. Plaintiff's last known address will be sent by electronic mail to the Clerk of the Court at: james_starr@nhd.uscourts.gov.

WHEREFORE, Plaintiff and his counsel pray that this Court recognize this Notice of Withdrawal and issue any further necessary or appropriate Orders.

Dated: 7/16/2013

                                                      Respectfully Submitted,
                                                      DOCTOR J. D. ISAACS
                                                      By His Attorneys,

                                                      /s/ John F. Skinner, III
                                                      John F. Skinner, III NHBN: 19886
                                                      Skinner Rivard Law Offices
                                                      530 Chestnut Street, Third Floor
                                                      Manchester, NH 03101
                                                      Tel: 603-622-8100
                                                      Fax:888-912-1497
                                                      AttorneySkinner@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as of the date of filing.

                                                      /s/ John F. Skinner, III
                                                      John F. Skinner, III

Dated: 7/16/2013