UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS )<br>　　Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>DOCTOR CHRISTINE T. FINN; )<br>DOCTOR JIM YONG KIM; )<br>DOCTOR DOUGLAS NOORDSY; )<br>DARTMOUTH HITCHCOCK MEDICAL CENTER; )<br>MARY HITCHCOCK MEMORIAL HOSPITAL; )<br>TRUSTEES OF DARTMOUTH COLLEGE; )<br>and JOHN DOE, )<br> ) | Civil No.: 1:12-cv-00040 |

## ASSENTED-TO MOTION TO WITHDRAW

NOW COMES THE PLAINTIFF'S counsel, and hereby Moves this Honorable Court for leave to Withdraw from this case and in support of said Motion further states as follows:

1. Defendants, though counsel, have offered their concurrence to Plaintiff's counsel's request to Withdraw from this case.

2. Plaintiff and his counsel have reached divergent views on the best way to proceed in the prosecution of this case.

3. Plaintiff has requested, in no uncertain terms, to be allowed to handle his case on his own and has contacted opposing counsel directly without the advance knowledge or consent of his attorneys.

4. Counsel has afforded Plaintiff an opportunity to reflect on his decision and make an intelligent, informed decision, and plaintiff has resolved to proceed without the guidance and assistance of this firm.

5. "As a condition of withdrawal, the attorney shall notify the clerk's office, in writing, of the client's last known address." Id. Plaintiff's last known address has been sent by electronic mail to the Clerk of the Court at: james_starr@nhd.uscourts.gov.

WHEREFORE, Plaintiff and his counsel pray that this Court allow the undersigned to Withdrawal and issue any further necessary or appropriate Orders.

Dated: 7/18/2013

                                                         Respectfully Submitted,
                                                         DOCTOR J. D. ISAACS
                                                         By His Attorneys,

                                                         /s/ Patrick W. Rivard
                                                         Patrick W. Rivard
                                                         Skinner Rivard Law Offices
                                                         530 Chestnut Street, Third Floor
                                                         Manchester, NH 03101
                                                         Tel: 603-622-8100
                                                         Fax:888-912-1497
                                                         pwrivard@skinnerrivard.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(c)

In accordance with Local Rule 7.1(c), I do hereby certify that I have conferred with Defense counsel regarding the foregoing and Atty. Peahl and Atty. Kaplan, collectively representing all Defendants, have offered their concurrence.

Dated: 7/18/2013                                          /s/ Patrick W. Rivard
                                                                   Patrick W. Rivard

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as of the date of filing.

Dated: 7/18/2013                                          /s/ Patrick W. Rivard
                                                                   Patrick W. Rivard