UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>J. D. Isaacs</u>

       v.                                   Civil No. 12-cv-40-JL

<u>Dartmouth Hitchcock Medical Center, et al.</u>

O R D E R

TO:   Plaintiff, J. D. Isaacs

      Court records indicate the withdrawal of your attorneys John Skinner, III, Keith Mathews and Patrick Rivard.

      You are herewith directed to advise this court by August 5, 2013, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel). *See* Local Rule 83.6(b) and (d). Understand that you are under no obligation to retain counsel; you may prosecute this case yourself.

      If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

                              By the Court,

                              */s/ Deb Eastman-Proulx*
                              Deb Eastman-Proulx
                              Deputy Clerk

Date: July 22, 2013

cc:     J. D. Isaacs
        Christopher James Pyles, Esq.
        Edward Kaplan, Esq.
        Kathleen Peahl, Esq.
        Pierre Chabot, Esq.