STAT 01/13/2012
ISAACS, JEFFREY D



At approx 10AM this morning I learned of illegal workplace behavior I had been subjected to by DHMC staff and Dartmouth College professors. After speaking with my father, I decided to initiate several administrative case investigations at DHMC + the College. Unfortunately, due to declining ability to concentrate, I went to the ED and could not work on these admin remedies. At Host I asked risk mgmt / pt advocate to help me notify the appropriate authorities, which I believe they refused. These entities/authorities are for these issues:

- DHMC Compliance + Disability groups
- Dartmouth College Discrimination/Disabilities of
- Dartmouth College Hostile environment
- DHMC Hostile Environment

In general, during this ED stay, risk mgmt staff have basica refused to let me elaborate on the source of m complaint + distress.