

Jeffrey Isaacs <jeffreydi@gmail.com>

## Outlook account
1 message

**Jeffrey Isaacs** <jdi@bakerisaacs.com>  Fri, Jan 20, 2012 at 10:05 AM
To: christine.fitts@hitchcock.org

Ms Fitts:

I am in the process of preparing a civil complaint against DHMC, and
am unable to login to my outlook account to obtain evidence.
I contacted the Computer Help Desk and they informed me that you have
disabled the account, which will delete the Outlook email within 30
days.
I believe that intentional destruction of evidence (especially after
you were notified of a lawsuit) would be a felony.
Please re-enable the account, or forward me copies of my entire
Outlook history to
Jeffrey Isaacs
3553 W CHester Pk PMB 177
Newtown Square PA 19073

212-257-0737