R 2170



STATE OF NEW HAMPSHIRE
BOARD OF MEDICINE
2 INDUSTRIAL PARK DRIVE, SUITE 8
CONCORD, NEW HAMPSHIRE  03301-8520

RECEIVED
MAY 1 8 2011
NH BOARD

## APPLICATION FOR TRAINING LICENSE
## RESIDENTS AND GRADUATE FELLOWS

**Please print legibly or type:**

NAME OF APPLICANT:    Jeffrey      D.      Isaacs
                     First Name  Middle Initial  Last Name

CURRENT RESIDENCE ADDRESS:   31 Hunt Valley Lane

Berwyn, PA 19312            PHONE NUMBER:  (610) 202-1460

BIRTH DATE: ▮▮▮▮▮▮▮▮   BIRTH PLACE:  Abington, PA USA
            Month Day Year            City  State  Country

SOCIAL SECURITY #: ▮▮▮▮▮▮▮    SEX:  ☒ Male    ☐ Female

MEDICAL SCHOOL(S)   American University of the Caribbean

DATES ATTENDED:   8/2006 – 5/2010   YEAR M.D. RECEIVED:  2010

CURRENT TRAINING HOSPITAL:   Mary Hitchcock Memorial Hospital at DHMC

TRAINING PROGRAM:   Psychiatry

TRAINING                          TRAINING
BEGIN DATE:  6 · 26 · 2011    FINISH DATE:  6 · 25 · 2015
             Month Day Year                  Month Day Year

USMLE STEPS 1 AND 2  (PLEASE INDICATE DATES TAKEN AND PASSED)

    STEP 1  10    2008      STEP 2  12    2009
            Month Year               Month Year

(Certification received directly from the National Board of Medical Examiners (NBME) that the applicant has taken and passed USMLE steps 1 and 2 is <u>required</u>.)
You must have this certification sent directly to the N.H. Board of Medicine.

STANDARD ECFMG Certificate Number (if applicable)  ▮▮▮▮▮▮▮

<u>FEE FOR TRAINING LICENSE IS $35.00.  PLEASE MAKE CHECK PAYABLE TO</u>
<u>TREASURER, STATE OF NEW HAMPSHIRE.</u>

Page 2

**VERIFICATION BY ACCREDITED PROGRAM**
*****************************************************************

The above named applicant will be duly enrolled in the accredited residency or graduate fellowship program designated below, and the undersigned, an authorized agent of that program, hereby certifies that all of the above information concerning the applicant is correct.

_____    _Marc L. Bertrand_    _5-10-2011_
Signature                 Director, Graduate     Date
                          Medical Education


I, _Christine Finn, M.D._, have reviewed the personal and professional qualifications of the above named applicant and hereby certify that the applicant is approved for entry into _Adult Psychiatry_ training program.

_____    _Christine T. Finn, MD_  _5/13/11_
Signature                 Program Director          Date

## SUPPLEMENT TO APPLICATION FOR
## TRAINING LICENSE AS RESIDENT/FELLOW

YOU ARE REQUIRED TO COMPLETE THE QUESTIONS BELOW:

|   | YES | NO |
|---|---|---|
| 1. Have you ever resigned from a medical education program or medical practice position? | YES | |
| 2. Do you now or have you ever held a license in another state? If so, please complete the following: | YES | |

| STATE | TYPE (Training, Full, Temporary) |
|---|---|
| Arizona | Training |

Original verification of all prior licenses is required (whether the license is a full, training or temporary license).

|   | YES | NO |
|---|---|---|
| 3. Have you ever been reprimanded, sanctioned, restricted or disciplined in any activities involving medical education or practice? | | NO |
| 4. Have you ever been convicted of a felony? | | NO |
| 5. Are you now, or have you been in the past, dependent on alcohol or drugs? | | NO |

If you answered yes to any of the above questions, please provide a complete description on the reverse side. You may attach additional sheets as necessary.

I hereby certify, under penalty of perjury, that all of the information provided in this application is complete and accurate.

NAME: Jeffrey David Isaacs, M.D.

SIGNATURE: *Jeffrey D. Isaacs*  DATE: 4/25/11

Page 4

**Have you ever resigned from a medical education program or medical practice position?**

I was employed as a preliminary surgery resident at the University of Arizona for approximately six weeks, between July - August 2010. I resigned, in good standing, from the program, and with permission from the program director. At the time, the program was under ACGME probation and I felt that the program was not a good fit with my overall career plans. I planned to reapply to categorical programs in 2011 that would allow me to pursue my interest in the neurosciences, and succeeded in finding such a program at DHMC.