

| LEBANON | CONCORD | KEENE | MANCHESTER / BEDFORD | NASHUA | SOUTHWESTERN VERMONT | CHILDREN'S HOSPITAL | CANCER CENTER |

| PATIENTS & VISITORS | HEALTH CARE PROFESSIONALS | RESIDENTS & FELLOWS | DONORS & VOLUNTEERS | CAREERS | EMPLOYEES |

# Career Profiles

Home > Careers > Career Profiles > Physician Careers > Anesthesiology > Anesthesiology Team > Team Profile Page

### Marc L. Bertrand, MD

**Program Director, Anesthesiology Residency, Associate Professor of Anesthesiology, Geisel School of Medicine, Dartmouth**



**Dartmouth-Hitchcock Medical Center**
Anesthesiology
One Medical Center Drive
Lebanon, NH 03756

Phone: (603) 650-5748
Fax: (603) 650-5754

**Institution Affiliations:**
Dartmouth-Hitchcock Medical Center, Lebanon
Anesthesiology
Patient Safety Training Center

**Medical School:**
MD, University of Wisconsin Medical School, Madison, WI, 1983

**Internship:**
Scripps Mercy Hospital, San Diego, CA, *Rotating*, 1983-84

**Residency:**
University of Arizona Health Sciences Center, Tucson, AZ, *Anesthesiology*, 1984-86

**Fellowship:**
University of Arizona Health Sciences Center, Tucson, AZ, *Cardiac Anesthesia*, 1986

**Fellowship:**
Barrows Neurological Institute, Phoenix, AZ, *Neuroanesthesia*, 1987

**Board Certification:**
Anesthesiology, 2009, 1987

**Specialties:**
Anesthesiology

**Joined Staff in 1992**

**Languages Spoken:**
English

**Practice Note:**
Anesthesia for neurosurgical procedures.

# Select This Primary Care Provider (PCP)

Call our Find a Primary Care Provider Line to select this provider for you or your family: **1 (800) 653-0776**.

Close

Copyright © 2013 Dartmouth-Hitchcock. All Rights Reserved.

About this Site | Notice of Privacy Practices | Website Privacy Policy | Feedback