**Kathleen Peahl**

| | |
|---|---|
| From: | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| Sent: | Wednesday, August 14, 2013 3:11 AM |
| To: | philip.hanlon@dartmouth.edu; james.weinstein@hitchcock.org; alan.green@hitchcock.org; Edward Kaplan; Kathleen Peahl; wlisaacs@aol.com |
| Subject: | Fair Hearing Demand |

Dear President Hanlon, CEO Weinstein, and Department Chair Green:

Several weeks ago, DHMC's attorney Edward Kaplan emailed me that I am not permitted to have a "Fair Hearing" regarding my residency termination. I am writing you to seek clarification, and your (each of you) official position, as to whether or not I may proceed with a Fair Hearing for my termination from a Dartmouth College GME program and DHMC employment.

For background, there is currently a lawsuit, as you are aware, alleging that I am the only resident ever terminated from DHMC PRIOR to a Fair Hearing, as a result of gross institutional retaliation. I have not filed suit yet that I was never given a post-termination Fair Hearing opportunity. If you, individually, do not grant me a post-termination hearing, please accept this as notice that I will sue you, in individual capacity, for retaliation and intentional emotional distress infliction.

I felt unsafe to attend a Fair Hearing last year with Dr Bertrand (please see attached motion for background on allegations Bertrand defrauded me, intimidated me/ridiculed my emails, and launched an unethical scenario that probably lead to felonious sexual assault of a DHMC patient.) Moreover, highly regarded neuropsychiatrists have determined that I suffer from frontal brain dysfunction, and I do not believe I had capacity to have a hearing with Bertrand last year, nor to have done so on DHMC premises. Bertrand mocked me when I asked for a video-conference fair hearing, or an off-site hearing at a neutral venue. I am seeking your action to launch a Fair Hearing, chaired by an alternative to Bertrand, off-site or via videoconference as I asked for a year ago.

Your institutions made me a (late) offer for a Fair Hearing. Kaplan notified me several weeks ago that, now, that offer is not being honored. I objected, with sound reason, to Bertrand's harassment and fraud, but NEVER signed or otherwise noticed a waiver to a late Fair Hearing. Moreover, I had serious medical conditions requiring evaluation at the time of communication with Bertrand. As such, under basic contract law and ADA requirements, I remain entitled to a late Fair Hearing. I am appointing the three of you as recipients of my demand for contract offer enforcement, as I will not communicate with Bertrand, and should he attempt to communicate with me, I would file a restraining order.

The actions of your institution and its attorneys have been vile and I will not relent until justice is legally upheld. I deserve a prompt Fair Hearing.

Again, I am seeking clarification for a matter that is currently NOT subject of a claim in Federal Court, and any attempt to refer this to civil litigation attorneys for non-related matters will be viewed as your assent to violating my rights, and filing of a lawsuit against you personally. I look forward to your prompt reply.

Regards,
Jeffrey Isaacs

1