UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Isaacs</u>

        v.        Civil No. 12-cv-40-JL

<u>Dartmouth Hitchcock Medical Center et al</u>

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

The Motion for Sanctions and Injunctive Order in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion for Sanctions and Injunctive Order. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion for Sanctions and Injunctive Order, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: August 15, 2013

cc: J. D. Isaacs
    Christopher James Pyles, Esq.
    Edward M. Kaplan, Esq.