UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

J.D. Isaacs, §
    *Plaintiff,* §
        §
    v. § Civil Action No. 1:12-cv-00040-JL
        §
Dartmouth Hitchcock Medical Center, et al. §
    *Defendants.* §

## NOTICE OF DEPOSITION

TO:

    Jeffrey David Isaacs, M.D.
    3553 West Chester Pike Unit 177
    Newtown Square, PA  19073

    Kathleen Peahl, Esq.
    Pierre Chabot, Esq.
    Wadleigh, Starr & Peters
    95 Market Street
    Manchester, NH  03301

Please take notice that on Wednesday, **September 18, 2013**, from 11:00 AM to 4:30 PM and on Tuesday, **September 24, 2013**, from 11:00 AM to 4:30 PM, defendants Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital will take the deposition of plaintiff Jeffrey David Isaacs at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire, Courtroom A.

The deposition will be recorded by stenographer by Bragan Reporting Associates.

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1070962.1 }

-2-

You are invited to attend and cross-examine.

           Respectfully submitted,

           Dartmouth Hitchcock Medical Center
           Mary Hitchcock Memorial Hospital
           By Their Attorneys
           Sulloway & Hollis, PLLC

Dated: August 6, 2013

           Edward M. Kaplan (NH Bar #1306)
           Sulloway & Hollis, PLLC
           9 Capitol St., P.O. Box 1256
           Concord, NH 03302-1256
           603-224-2341

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition was forwarded, this day, via e-correspondence and first-class mail, postage pre-paid to J.D. Isaacs, *pro se*, Kathleen Peahl, Esq. and Pierre Chabot, Esq.

Dated: August 6, 2013

           Edward M. Kaplan