

Jeffrey Isaacs <jeffreydi@gmail.com>

# CV-12-40 Representation
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>  Mon, Jul 15, 2013 at 8:35 PM
To: Edward Kaplan <ekaplan@sulloway.com>, Kathleen Peahl <KPeahl@wadleighlaw.com>
Bcc: wlisaacs@aol.com

Dear Attorneys Peahl and Kaplan,

I understand Attorney Skinner notified you today that representation has changed, going forward, with regards to this case and any associated claims. Effective immediately, I am proceeding pro se, and all correspondence related to this matter should be directed to me by email.

I anticipate serving the next phase of discovery documents upon your office tomorrow.

I did note that you were requesting separate depositions on me (from DHMC/the college) and would like to go ahead and schedule that now. Please let me know what dates work.


Regards,
Dr Isaacs