9/8/13                                      Gmail - Fwd: Depositions



Jeffrey Isaacs <jeffreydi@gmail.com>

---

## Fwd: Depositions

1 message

---

**Jeffrey D. Isaacs** <jdi@alum.dartmouth.org>                    Fri, Aug 2, 2013 at 12:03 PM
To: wlisaacs@aol.com

---------- Forwarded message ----------
From: **Jeffrey D. Isaacs** <jdi@alum.dartmouth.org>
Date: Fri, Aug 2, 2013 at 12:09 AM
Subject: Re: Depositions
To: Jeanne Batchelder <jbatchelder@sulloway.com>
Cc: Chris Pyles <cpyles@sulloway.com>, Edward Kaplan <ekaplan@sulloway.com>, Kathleen Peahl
<KPeahl@wadleighlaw.com>, Pierre Chabot <pchabot@wadleighlaw.com>

Dear Ms Batchelder:

Thank you for your email. I will be traveling around labor day so September 4/5 will not work for me to be in NH.
9/18 or 9/25 would work for me. I will require several stipulations in order to consent to the deposition:

1) The deposition will start at noon and it will be agree that I may terminate the deposition at any time for medical
reasons, but will make best efforts to allow for a 4-5 hour deposition in one sitting, with the remaining 2-3 hours
requiring an additional setting.

2) Because this case alleges that I have been abused and harassed by your client , including during litigation
itself, I will require the depositions (all, including my depositions on representatives of Dartmouth/DHMC) be
video-recorded. This is to allow for proper review of objections in light of any medical symptoms (fatigue, speech
impediments, blocked thoughts, etc)

I still have not received any quality assurance documents, nor the purported waiver I need to sign to receive
them. Please let me know, as soon as possible, on the QA file.

Furthermore, I advised Atty Kaplan of a pending motion to compel today, absent a further response on the loss
of DHMC emails and lack of producing a single non-privileged email containing the term "Isaacs". I also asked
him to clarify the "None" response for Arizona communications with his client. Given that he did not address
these matters in time for today, I do advise a motion to compel will now be filed. I assume there is no mutual
assent - please let me know by 3PM if he wishes to assent to a motion to compel these productions.