Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS ) | |
| ) | |
| Plaintiff, *pro se*, ) | Case No. CV-12-40-JL |
| ) | |
| -V- ) | |
| ) | **MOTION FOR CLERK ISSUANCE** |
| DARTMOUTH HITCHCOCK MEDICAL CENTER; ) | **OF SUBPOENA DUCES TECUM** |
| DOCTOR CHRISTINE FINN; ) | |
| MARY HITCHCOCK MEMORIAL HOSPITAL; ) | |
| TRUSTEES OF DARTMOUTH COLLEGE; ) | |
| ) | |
| and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

JDIsaacs v. Dartmouth
Case No. 12-CV-40-JL

# MOTION FOR CLERK ISSUANCE OF SUBPOENA DUCES TECUM

Plaintiff hereby applies to the Clerk of the Court for the issuance of a subpoena duces tecum, seeking the PACER access records for CV-06-3338-GAF(USDC CACD). Plaintiff declares these documents are relevant and central to claims under litigation in this Court. Plaintiff declares that upon speaking with the PACER service center, the center acknowledged the existence of the audit records sought, and the requirement of a subpoena to release these records.

The proposed Subpoena is attachment #1 to this ECF filing.

Defendants have no privity, custody, or control of these records and no right of objection, and hence, immediate issuance of the subpoena is requested. Pursuant to FRCP 45(a)(3), the clerk shall issue a subpoena, signed but otherwise in blank, to a party who requests it.

Respectfully submitted, this 12th day of September, 2013.

/s/ J. D. Isaacs

J. D. ISAACS

3553 West Chester Pike Unit 177

Newtown Square, PA 19073

Plaintiff, *pro se*

JDIsaacs v. Dartmouth
Case No. 12-CV-40-JL

## CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing **MOTION FOR CLERK ISSUANCE** OF **SUBPOENA DUCES TECUM** was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.     Executed on this 12th day of September, 2013.


               /s/ J.D. Isaacs
                J. D. ISAACS

               Plaintiff, *pro se*

JDIsaacs v. Dartmouth
Case No. 12-CV-40-JL