EXHIBIT 1

---

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs [jdi@alum.dartmouth.org]
**Sent:** Friday, August 02, 2013 12:09 AM
**To:** Jeanne Batchelder
**Cc:** Christopher J. Pyles; Edward Kaplan; Kathleen Peahl; Pierre Chabot
**Subject:** Re: Depositions

Dear Ms Batchelder:

Thank you for your email. I will be traveling around labor day so September 4/5 will not work for me to be in NH. 9/18 or 9/25 would work for me. I will require several stipulations in order to consent to the deposition:

1) The deposition will start at noon and it will be agree that I may terminate the deposition at any time for medical reasons, but will make best efforts to allow for a 4-5 hour deposition in one sitting, with the remaining 2-3 hours requiring an additional setting.

2) Because this case alleges that I have been abused and harassed by your client , including during litigation itself, I will require the depositions (all, including my depositions on representatives of Dartmouth/DHMC) be video-recorded. This is to allow for proper review of objections in light of any medical symptoms (fatigue, speech impediments, blocked thoughts, etc)

I still have not received any quality assurance documents, nor the purported waiver I need to sign to receive them. Please let me know, as soon as possible, on the QA file.

Furthermore, I advised Atty Kaplan of a pending motion to compel today, absent a further response on the loss of DHMC emails and lack of producing a single non-privileged email containing the term "Isaacs". I also asked him to clarify the "None" response for Arizona communications with his client. Given that he did not address these matters in time for today, I do advise a motion to compel will now be filed. I assume there is no mutual assent - please let me know by 3PM if he wishes to assent to a motion to compel these productions.

Finally, I note that you emailed jdi@bakerisaacs.com  -- please send future correspondence to jdi@alum.dartmouth.org, as I no longer communicate with Mr Baker and have requested a stay-away order upon him.


Regards,

Jeffrey Isaacs


9/13/2013

Dr. Isaacs:

Attorney Kaplan has asked me to assist in the scheduling of your deposition. Would you kindly let me know if you are available on any of the following dates:

- September 4
- September 5
- September 18

We plan to schedule the deposition to take place at the United States District Court for the District of New Hampshire. Once we have some dates when all parties and counsel could be available, we will check with the court to see if a conference room is available on those dates. We will then confirm the time, date and location of the deposition, and will make arrangements for a stenographer to record the deposition.

Thank you for your anticipated cooperation in this matter. I look forward to hearing from you.

Jeanne B. Batchelder

Litigation Paralegal

Sulloway & Hollis, P.L.L.C.

9 Capitol St.

PO Box 1256

Concord, NH 03302-1256

603-223-2858

jbatchelder@sulloway.com

9/13/2013