

EXHIBIT 2

REPLY TO: CAPITAL OFFICE
Fax number: (603) 224-2557
ekaplan@sulloway.com

August 6, 2013

FRANK J. SULLOWAY
(1883-1981)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
MARTIN L. GROSS
MICHAEL M. LONERGAN

EDWARD M. KAPLAN
IRVIN D. GORDON
MICHAEL P. LEHMAN
MICHEL A. LAFOND
PETER F. IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O. BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F. WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W. KIRK ABBOTT, JR.
ELISE H. SALEK
MARTIN P. HONIGBERG
SARAH S. MURDOUGH
PATRICK J. SHEEHAN
DEREK D. LICK
MELISSA M. HANLON
CHRISTOPHER J. PYLES
KEVIN M. O'SHEA
JEANNE S. SAFFAN
BETH G. CATENZA
JAY SURDUKOWSKI
NICOLE J. SCHULTZ-PRICE
KELLY L. OVITT-PUC
KATHERINE DEFOREST
MATTHEW J. SNYDER
HEATHER L. DEVINE
ROSEMARY B. GUILTINAN

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA
MASSACHUSETTS, NEW YORK,
AND OTHER STATES

VIA EMAIL & U.S. MAIL

Jeffrey David Isaacs, M.D.
3553 West Chester Pike Unit 177
Newton Square, PA 19073

Re:   Isaacs v. DHMC, et al.

Dear Dr. Isaacs:

This will follow-up on the recent exchange of emails regarding the scheduling of your deposition. We agree to your request to schedule the deposition on two separate dates. Enclosed is a Notice of Deposition, requiring your attendance for your deposition which will begin on Wednesday, September 18, 2013, and will continue on Tuesday, September 24, 2013. We attempted to schedule back-to-back dates, but unfortunately, the courtroom was not available. I understand you have also requested a mid-day start, so we have scheduled the start time for 11:00 AM on both dates, which should allow enough time for reasonable breaks should they be necessary.

You requested that the deposition be video-taped. Please note that we have arranged for a stenographic transcript of the deposition, not a video-taped recording. Should you wish to retain a videographer to also record the testimony, please let us know which videographer you intend to retain.

You also requested a copy of the "purported waiver" which is required before any quality assurance documents are released. A proposed confidentiality order was forwarded to Attorney Skinner on July 2, 2013. A revised proposed confidentiality order is also enclosed with this letter. Once you have executed the confidentiality order, we will produce the privileged documents you have requested.

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

(C1070975.1)

*Celebrating More Than 150 Years of Service to Clients and Community*

August 6, 2013
Page 2


    Enclosed are copies of additional medical records which have been located by the Sleep Disorders Center (JDI/Sleep Medicine 1-54). It is our understanding that these records were maintained in a paper chart, and therefore had not been included with the electronic medical records previously produced to you last July, pursuant to the medical authorization you executed.

    Finally, you have requested that we send future communications to your jdi@alum.dartmouth.org email address, rather than your jdi@bakerissacs.com address. Please note that we have utilized the email address which you have registered with the court, in order to comply with service requirements. If you prefer we use a different email address, please update your contact information with the Court.

                                      Very truly yours,

                                      Edward M. Kaplan


/jbb
Enc

cc:    Kathleen Peahl, Esq. (w/enc.)
        Pierre Chabot, Esq. (w/enc.)
        Christopher J. Pyles, Esq. (w/enc.)

{C1070975.1 }

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| J.D. Isaacs,<br>　　　　*Plaintiff*, | §<br>§<br>§<br>§ | |
| 　　　v. | § | Civil Action No. 1:12-cv-00040-JL |
| Dartmouth Hitchcock Medical Center, et al.<br>　　　　*Defendants*. | §<br>§<br>§ | |

**NOTICE OF DEPOSITION**

TO:

　　Jeffrey David Isaacs, M.D.
　　3553 West Chester Pike Unit 177
　　Newtown Square, PA  19073

　　Kathleen Peahl, Esq.
　　Pierre Chabot, Esq.
　　Wadleigh, Starr & Peters
　　95 Market Street
　　Manchester, NH  03301

　　Please take notice that on Wednesday, **September 18, 2013**, from 11:00 AM to 4:30 PM and on Tuesday, **September 24, 2013**, from 11:00 AM to 4:30 PM, defendants Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital will take the deposition of plaintiff Jeffrey David Isaacs at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire, Courtroom A.

　　The deposition will be recorded by stenographer by Bragan Reporting Associates.

You are invited to attend and cross-examine.

Respectfully submitted,

Dartmouth Hitchcock Medical Center
Mary Hitchcock Memorial Hospital
By Their Attorneys
Sulloway & Hollis, PLLC

Dated: August 6, 2013

Edward M. Kaplan (NH Bar #1306)
Sulloway & Hollis, PLLC
9 Capitol St., P.O. Box 1256
Concord, NH 03302-1256
603-224-2341

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition was forwarded, this day, via e-correspondence and first-class mail, postage pre-paid to J.D. Isaacs, *pro se*, Kathleen Peahl, Esq. and Pierre Chabot, Esq.

Dated: August 6, 2013

Edward M. Kaplan