EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                            Civil No.: 1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

**NOTICE OF DEPOSITION BY ORAL EXAMINATION**

    Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR JIM YONG KIM (PRESIDENT, DEFENDANT TRUSTEES OF DARMOUTH COLLEGE at time of filing) that a deposition of said officer shall occur on September 13, 2013 at 1PM. Further instructions follow:

    1) This shall be a video-deposition administered by qualified personnel and under oath.

    2) Kim is to answer questions related to his:
    a) knowledge of Plaintiff's past history at Arizona and California;
    b) receipt of Plaintiff's request , dated 1/15/12, for Rule 34 evidence preservation
    c) receipt of Plaintiff's requests for ethics / criminal investigations
    d) knowledge of deletion of Plaintiff's email accounts, despite the Rule 34 request
    e) Communications with Dean Bertrand or other individuals regarding Plaintiff
    f) professional knowledge of former NIH Director Baughman
    g) knowledge of his ethics code enactment at Dartmouth; Hazing controversies
    h) knowledge of timing of World Bank nomination, Plaintiff's termination without Fair hearing 1 week prior to nomination; Isaacs' complaint of Kim's inaction, 2 weeks prior.
    i) additional relevant matters.

    3) DR JIM YONG KIM shall report to the USDC NH at 1PM on Friday September 13, 2013. The facility is reserved for his deposition. This notice supercedes a notice for

September 11, due to scheduling changes. In the event Kim already reserved 9-11-13 for this deposition, please contact Plaintiff to work out scheduling possibilities.

Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 8/12/13         By  *Jeffrey D. Isaacs*
JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                                    Civil No.: 1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

## NOTICE OF DEPOSITION BY ORAL EXAMINATION

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR JIM YONG KIM (PRESIDENT, DEFENDANT TRUSTEES OF DARMOUTH COLLEGE at time of filing) that a deposition of said officer shall occur on September 13, 2013 at 1PM. Further instructions follow:

    1) This shall be a video-deposition administered by qualified personnel and under oath.

    2) Kim is to answer questions related to his:
    a) knowledge of Plaintiff's past history at Arizona and California;
    b) receipt of Plaintiff's request , dated 1/15/12, for Rule 34 evidence preservation
    c) receipt of Plaintiff's requests for ethics / criminal investigations
    d) knowledge of deletion of Plaintiff's email accounts, despite the Rule 34 request
    e) Communications with Dean Bertrand or other individuals regarding Plaintiff
    f) professional knowledge of former NIH Director Baughman
    g) knowledge of his ethics code enactment at Dartmouth; Hazing controversies
    h) knowledge of timing of World Bank nomination, Plaintiff's termination without Fair hearing 1 week prior to nomination; Isaacs' complaint of Kim's inaction, 2 weeks prior.
    i) additional relevant matters.

    3) DR JIM YONG KIM shall report to the USDC NH at 1PM on Friday September 13, 2013. The facility is reserved for his deposition. This notice supercedes a notice for

September 11, due to scheduling changes. In the event Kim already reserved 9-11-13 for this deposition, please contact Plaintiff to work out scheduling possibilities.

Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 8/13/13        By *[signature: Jeffrey D. Isaacs]*
JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073

### CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 13th day of August, 2013.

*[signature: Jeffrey D. Isaacs]*
J. D. ISAACS
Plaintiff, *pro se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs,  §
    Plaintiff

v.      Civil No.: 1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

**NOTICE OF DEPOSITION BY ORAL EXAMINATION**

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR JIM YONG KIM (PRESIDENT, DEFENDANT TRUSTEES OF DARMOUTH COLLEGE at time of filing) that a deposition of said officer shall occur on September 19, 2013 at 2:30PM. Further instructions follow:

1) This shall be a video-deposition administered by qualified personnel and under oath.

2) Kim is to answer questions related to his:
a) knowledge of Plaintiff's past history at Arizona and California;
b) receipt of Plaintiff's request, dated 1/15/12, for Rule 34 evidence preservation
c) receipt of Plaintiff's requests for ethics / criminal investigations
d) knowledge of deletion of Plaintiff's email accounts, despite the Rule 34 request
e) Communications with Dean Bertrand or other individuals regarding Plaintiff
f) professional knowledge of former NIH Director Baughman
g) knowledge of his ethics code enactment at Dartmouth; Hazing controversies
h) knowledge of timing of World Bank nomination, Plaintiff's termination without Fair hearing 1 week prior to nomination; Isaacs' complaint of Kim's inaction, 2 weeks prior.
    i) additional relevant matters.

3) DR JIM YONG KIM shall report to the USDC NH at 1:30PM on September 19, 2013. The facility is reserved for his deposition. This notice supercedes a notice for September 13, due to scheduling changes.

Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 8/15/13              By  */s/ Jeffrey D. Isaacs/*
JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073

## CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 15th day of August, 2013.

*/s/ Jeffrey D. Isaacs/*
J. D. ISAACS
Plaintiff, *pro se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                                                     Civil No.: 1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

**NOTICE OF DEPOSITION BY ORAL EXAMINATION**

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR NATALIE V. B. RIBLET (Plaintiff's Supervising & senior resident physician for 4 weekend/overnight training shifts at MHMH/DHMC; Student/Graduate, Trustees of Dartmouth College LPMR/MPH program; Dartmouth Psychiatry GME Supervising resident for Plaintiff) that a deposition shall occur on September 19, 2013 at 1:30PM. Further instructions follow:

   1) This shall be a video-deposition administered by qualified personnel and under oath.

   2) Dr Riblet is to expected to be questioned about the following matters:
    a) Dr Riblet's knowledge of Plaintiff's past history at Arizona and California;
    b) Plaintiff's performance during shifts Dr Riblet supervised/instructed
    c) Dr Riblet's communications with Dr Finn, Dr Frew, Dr Larusso concerning Plaintiff
    d) Dr Riblet's advising/mentoring of Plaintiff regarding the LPMR MPH program
    e) Dr Riblet's call shift on 1/13/12; any HIPAA violations she witnessed
    f) Plaintiff's general reputation amongst Psychiatry residents/staff throughout his six month residency training
    g) other substantive matters to be determined at the deposition

3) DR NATALIE V. B. RIBLET shall report to the USDC NH at 1:30PM on September 19, 2013. The facility is reserved for her deposition.


Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 8/15/13        By _____
JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073


### CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing PRO SE STATUS CHANGE was delivered via USPS & electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 15th day of August, 2013.


_____
J. D. ISAACS
Plaintiff, *pro se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                                 Civil No.:  1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

**NOTICE OF DEPOSITION BY ORAL EXAMINATION**

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR HARLEY P FRIEDMAN (PROGRAM DIRECTOR, INTERNAL MEDICINE, DEFENDANT DHMC/MHMH; ASSISTANT PROFESSOR, DEFENDANT TRUSTEES OF DARMOUTH COLLEGE)  that a deposition of said officer shall occur on September 19, 2013 at 3:30PM. This deposition is noticed upon Defendants MHMH/DHMC. Due to HARLEY P FRIEDMAN's dual officer assignment with the defendants, counsel for TRUSTEES OF DARTMOUTH COLLEGE are invited to attend, as questions pertaining to both roles shall be permitted in this deposition. Further instructions follow:

    1) This shall be a video-deposition administered by qualified personnel and under oath.

    2) Friedman is to answer questions related to his:
 a) knowledge of Plaintiff's past history at Arizona and California, prior to commencement of Plaintiff's residency training and or prior to his M2 rotations;
    b) coordination of an improper termination with Defendant Finn
    c) permitting or creating an environment conducive to hazing the Plaintiff
    d) inappropriate physical examination of two patients on Plaintiff's M2 rotation

e) knowledge of HIPAA violations and access to Patient's DHMC eHR on 1/13/12
f) knowledge of concerns about Plaintiff's mental state, during M2
g) Plaintiffs purported clinical errors during M2
h) Plaintiff's general reputation on M2 and at DHMC
i) The hiring of an alumnus of AUC and discussions with this alumnus about Isaacs
j) the transfer of Dr Frances Shin from Medicine to Psychiatry

3) DR HARLEY P FRIEDMAN shall report to the USDC NH at 1:30PM on September 19, 2013. The facility is reserved for his deposition.


Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 8/15/13           By  */s/ Jeffrey D. Isaacs*
JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073


## CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 15th day of August, 2013.

*/s/ Jeffrey D. Isaacs*
J. D. ISAACS
Plaintiff, *pro se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                      Civil No.:  1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

**NOTICE OF DEPOSITION BY ORAL EXAMINATION**

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR SIMON KHAGI (PLAINTIFF'S SUPERVISING/SENIOR RESIDENT, M2 INTERNAL MEDICINE) that a deposition of said supervisor shall occur on September 30, 2013 at 11:00AM. This deposition is noticed upon Defendants MHMH/DHMC and Dr GUEZ.

    1) This shall be a video-deposition administered by qualified personnel and under oath

    2) DR SIMON KHAGI shall report to the USDC NH at 11:00AM on September 30, 2013.

    Respectfully submitted,
    Doctor J. D. Isaacs, Plaintiff

    DATED: 8/21/13       By _____*Jeffrey D. Isaacs*_____
    JD Isaacs
    3553 W Chester PK #177
    Newtown Square, PA 19073

## CERTIFICATE OF SERVICE

       I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

       Executed on this 21st day of August, 2013.

                                              _____
                                              J. D. ISAACS
                                              Plaintiff, *pro se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                                  Civil No.: 1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

### NOTICE OF DEPOSITION BY ORAL EXAMINATION

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR JEFFREY SIMON (PLAINTIFF'S SUPERVISING FELLOW, DARTMOUTH PSYCHIATRY) that a deposition of said supervisor shall occur on September 30, 2013 at 2:00PM. This deposition is noticed upon Defendants TRUSTEES OF DARTMOUTH and Dr SIMON.

1) This shall be a video-deposition administered by qualified personnel and under oath

2) DR SIMON shall report to the USDC NH at 2:00PM on September 30, 2013.

Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 8/21/13          By _____*Jeffrey D. Isaacs*_____
JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073

## CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 21st day of August, 2013.

_____
J. D. ISAACS
Plaintiff, *pro se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs,                                             §
    Plaintiff

v.                                                                    Civil No.:  1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants


**NOTICE OF DEPOSITION BY ORAL EXAMINATION**


    Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR GHISLAINE GUEZ (PLAINTIFF'S SUPERVISING/SENIOR RESIDENT, M2 INTERNAL MEDICINE) that a deposition of said supervisor shall occur on September 27, 2013 at 11:00AM. This deposition is noticed upon Defendants MHMH/DHMC and Dr GUEZ.

    1) This shall be a video-deposition administered by qualified personnel and under oath

    2) DR GHISLAINE GUEZ shall report to the USDC NH at 11:00AM on September 27, 2013. The facility is reserved for her deposition.


    Respectfully submitted,
    Doctor J. D. Isaacs, Plaintiff

    DATED: 8/21/13            By _____
    JD Isaacs
    3553 W Chester PK #177
    Newtown Square, PA 19073

## CERTIFICATE OF SERVICE

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 21st day of August, 2013.

_____
J. D. ISAACS
Plaintiff, *pro se*