RESPONSE: Objection. This Request exceeds the number allowed by agreement between the parties and as set forth in the Discovery Plan.

54. Based on your knowledge and or belief, Isaacs was terminated with Dr Kim's assent.

RESPONSE: Objection. This Request exceeds the number allowed by agreement between the parties and as set forth in the Discovery Plan.

55. Isaacs was terminated, at least in part, to discredit his claims prior to Kim's political appointment or nomination for appointment to the World Bank.

RESPONSE: Objection. This Request exceeds the number allowed by agreement between the parties and as set forth in the Discovery Plan.

56. As a Dean of Dartmouth Medical School, a resident physician such as Isaacs was one of your students.

RESPONSE: Objection. This Request exceeds the number allowed by agreement between the parties and as set forth in the Discovery Plan. *Signed by counsel*

8/28/13

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2013, Defendants Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital's Answers to Plaintiff's Request for Admissions were forwarded, via e-mail, to Plaintiff and all counsel of record.

Christopher J. Pyles