| | |
|---|---|
| **From:** | ISAACS Jeffrey <jeffrey.isaacs@insead.edu> |
| **Sent:** | Wednesday, August 28, 2013 11:47 PM |
| **To:** | Edward Kaplan; kpeahl@wadleighlaw.com |
| **Cc:** | pchabot@wadleighlaw.com |
| **Subject:** | RE: Service of Request for Admissions |

Dear Counsel:

Please be advised that I will not be filing the previously noticed Motion for Default/Summary Judgement. After researching Attorney Chabot's assertion that the RFA did not need to be notarized, I did confirm that the RFA , unlike an interrogatory, is typically not notarized. It appears certain state jurisdictions view unsworn RFAs as unanswered, and I was inadvertantly reading Illinois authority on the matter I believed to be Federal authority.
 I did instruct that this RFA be notarized and an objection should have been raised. In any event, in light of Atty Chabot's assertion, and possible rule 26(c) application despite our stipulation to serve papers electronically to avoid delays and resource waste is a matter that , I will not be filing the Motion at this time.

Regards,
Jeffrey Isaacs