## VERIFICATION

I hereby verify that this Response to Request for Admissions is true and complete to the best of my knowledge and belief.

Date: 9-10-13

STATE OF NEW HAMPSHIRE
COUNTY OF Grafton

The foregoing instrument was signed and acknowledged before me this 10 day of September, 2013, by Marc L. Bertrand, MD, duly authorized representative of Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital.

Notary Public/Justice of the Peace
My Commission Expires:

KIM L. PERRON, Commissioner of Deeds
My Commission Expires August 8, 2017