# Sulloway & Hollis P.L.L.C.
COUNSELORS AT LAW

EXHIBIT 9

REPLY TO: CAPITAL OFFICE
Direct Dial: (603) 223-2834
Fax number:(603) 223-2934
cpyles@sulloway.com

September 11, 2013

**VIA E-MAIL ONLY**

FRANK J. SULLOWAY
(1883-1981)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
MARTIN L. GROSS
MICHAEL M. LONERGAN

EDWARD M. KAPLAN
IRVIN D. GORDON
MICHAEL P. LEHMAN
MICHEL A. LAFOND
PETER F. IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O. BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F. WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W. KIRK ABBOTT, JR.
ELISE H. SALEK
MARTIN P. HONIGBERG
SARAH S. MURDOUGH
PATRICK J. SHEEHAN
DEREK D. LICK
MELISSA M. HANLON
CHRISTOPHER J. PYLES
KEVIN M. O'SHEA
JEANNE S. SAFFAN
BETH G. CATENZA
JAY SURDUKOWSKI
NICOLE J. SCHULTZ-PRICE
KELLY L. OVITT-PUC
KATHERINE DEFOREST
MATTHEW J. SNYDER
HEATHER L. DEVINE
ROSEMARY B. GUILTINAN

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA
MASSACHUSETTS, NEW YORK,
AND OTHER STATES

Jeffrey David Isaacs, M.D.
3553 West Chester Pike Unit 177
Newton Square, PA 19073
*jdi@alum.dartmouth.org*

Kathleen C. Peahl, Esq. *(kpeahl@wadleighlaw.com)*
Pierre A. Chabot, Esq. *(pchabot@wadleighlaw.com)*
Wadleigh, Starr & Peters, P.L.L.C.
95 Market Street, Manchester, NH 03101

Re:   <u>Isaacs v. DHMC, et al.</u>

Dr. Isaacs, Attorney Peahl and Attorney Chabot:

As you know, there are a number of upcoming depositions, pending discovery motions, and requests for protective orders filed with the Court. I am concerned that the present posture of the case makes it difficult to effectively proceed with the depositions, and therefore propose putting a hold on all pending discovery matters while jointly requesting a discovery status conference with the Court.

If the Court grants that request, I suggest that each party submits a brief summary of outstanding discovery issues it wishes to place before the Court. Once we have some guidance from the Court on written discovery, who may be deposed (and when and where), and other issues, we can request an amended scheduling order, formulate an agreed-upon discovery schedule, and move the case forward.

Please let me know if you agree to this proposal. If so, I will take the lead in drafting an agreed-upon motion for your review. Once approved, I will file it with the Court, and request identification of hearing dates/times so we can schedule the conference in a convenient manner.

Thank you for your attention to this suggestion, and I look forward to hearing back from you.

Sincerely,

Chris Pyles

CJP:spp

cc:  Edward M. Kaplan, Esq.

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

*Celebrating More Than 150 Years of Service to Clients and Community*

{012085-0628 C1082566.1 }

**Via E-Mail Only**
Jeffrey David Isaacs, M.D.
Kathleen C. Peahl, Esq.
Pierre A. Chabot, Esq.
September 11, 2013
Page 2


bcc:  Jeanne Batchelder

{012085-0628 C1082566.1 }