EXHIBIT 10

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs [jdi@alum.dartmouth.org]
**Sent:** Wednesday, September 11, 2013 11:36 AM
**To:** Christopher J. Pyles
**Cc:** kpeahl@wadleighlaw.com; pchabot@wadleighlaw.com; Edward Kaplan
**Subject:** Re: Isaacs v. DHMC, et al.

Attorney Pyles:

I do not assent to your second proposed scheduling conference. Moreover, I am preparing third-party subpoenas and additional document subpoenas , so your proposal would cause undue delays to much needed discovery. I have been clear (I believe) in the various motions underway that, once the Court decides the Motion for sanctions, some issues may need to be resolved in a scheduling conference.

I understand the Court is determining venue for doctors at DHMC, although I believe venue for former employees, and Green (who lives near Concord) are still being adequately worked out between Counsel, so I do not see the need to involve the Court at this time in what would be the sixth motion - some of which object to 45 minute commutes as oppressive.

Regards,
Jeffrey Isaacs


On Wed, Sep 11, 2013 at 9:36 AM, Christopher J. Pyles <cpyles@sulloway.com> wrote:
> Dr. Isaacs, Attorneys Peahl and Chabot:
>
>     Please see the attached proposal from Atty. Pyles regarding pending discovery matters in the above-referenced case.
>
> *Stephanie P. Parkinson*
> Legal Assistant to Christopher J. Pyles
> Sulloway & Hollis, P.L.L.C.
> 9 Capitol Street
> Concord, NH  03301
> 603-223-2818
>
> SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.