UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Dr. J.D. Isaacs | \* |
| Plaintiff, | \* |
| -v- | \* Case No. 1:12-cv-00040-JL |
| Dartmouth-Hitchcock Medical Center, Mary Hitchcock Memorial Hospital, Dr. Christine T. Finn, and the Trustees of Dartmouth College, | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION OF DARTMOUTH COLLEGE

## TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

NOW COMES the defendant, The Trustees of Dartmouth College (The College), by and through its attorneys, Wadleigh, Starr & Peters, P.L.L.C., and respectfully joins in the Objection of Co-Defendants Dartmouth-Hitchcock Medical Center and Mary Hitchcock Memorial Hospital to Plaintiff's Motion for a Protective Order with respect to his deposition,, and in support thereof states as follows:

1. For all of the reasons cited by Co-Defendants in their Objection, Defendants The Trustees of Dartmouth College and Dr. Christine Finn object to Plaintiff's Motion seeking a Protective Order canceling his own deposition.

WHEREFORE, defendants, Trustees of Dartmouth College, respectfully request that this Court:

A. Deny Plaintiff's Motion for Protective Order;

B. Schedule a hearing to resolve all pending discovery disputes; and

C. Grant such other and further relief as is just and proper.

Respectfully submitted,

**TRUSTEES OF DARTMOUTH COLLEGE, AND CHRISTINE T. FINN, M.D.**

**By their attorneys,**

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: September 20, 2013

/s/ Kathleen C. Peahl
Kathleen C. Peahl, Esq., No. 6880
Pierre A. Chabot, Esq., No. 17606
Wadleigh Starr & Peters, P.L.L.C.
95 Market Street, Manchester, NH 03101
(603) 669-4140
kpeahl@wadleighlaw.com
pchabot@wadleighlaw.com

I hereby certify that on September 20, 2013, I electronically transmitted a copy of the foregoing document to the ECF registrants who are currently on the list to receive email notices for this case.

/s/ Kathleen C. Peahl
Kathleen C. Peahl