Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS | )<br>) |
| Plaintiff, *pro se*, | ) Case No. CV-12-40-JL |
| -V- | )<br>) |
| DARTMOUTH HITCHCOCK MEDICAL CENTER;<br>DOCTOR CHRISTINE FINN;<br>MARY HITCHCOCK MEMORIAL HOSPITAL;<br>TRUSTEES OF DARTMOUTH COLLEGE; | ) **NOTICE OF RELATED**<br>) **LAWSUIT**<br>)<br>)<br>) |
| and JOHN DOE, | )<br>) |
| Defendants. | )<br>) |

JDIsaacs v. DHMC
Case No. 12-CV-40-JL

## I. NOTICE OF RELATED LAWSUIT

Plaintiff hereby notifies all parties that a related lawsuit is currently pending in the United States District Court for Eastern Pennsylvania. The case number is CV-13-5708-PBT, and concerns conspiracy between Dartmouth and Arizona and John Doe #1-#2, breach of contract for a late fair hearing, as well as civil obstruction of process carried out by Dartmouth and its attorneys.

Respectfully submitted, this 30th day of September, 2013.

/s/ JD ISAACS

J. D. ISAACS
3553 West Chester Pike Unit 177
Newtown Square, PA 19073

Plaintiff, *pro se*

**CERTIFICATE OF SERVICE**

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing NOTICE OF RELATED LAWSUIT was delivered via USPS & electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 30th day of September, 2013.

/s/ J. D. Isaacs

J. D. ISAACS

Plaintiff, *pro se*

JDIsaacs v. DHMC
Case No. 12-CV-40-JL