

Jeffrey Isaacs <jeffreydi@gmail.com>

---

# Subpoena Information
1 message

---

**Saenz, David Arron** <DSaenz@aucmed.edu>                               Tue, Oct 1, 2013 at 2:36 PM
To: "AUC_Alumni_jdi@alum.dartmouth.org" <jdi@alum.dartmouth.org>
Cc: "AUC_Alumni_jeffreyisaacs@alumni.aucmed.edu" <jeffreyisaacs@alumni.aucmed.edu>

3553 W. Chester Pike #177

Newtown Square, PA 19703-3701

Email

10/01/2013

**Re:  Subpoena for your student records**

Dear Dr. Jeffrey Isaacs MD,

We have received the attached subpoena seeking your student records.  Please contact the sender of this letter (whose contact information is below) within five (5) days of the date of this letter if you intend to contest the subpoena.  If you become aware of any objection or motion filed regarding this subpoena (by you or by any other person or entity), please notify the sender of this letter immediately.

If we do not receive evidence of an order quashing the subpoena or motion filed to oppose this subpoena within 20 days of the date of this letter, we may produce the requested records without further notification to you.

Please note that we cannot provide legal advice regarding your rights, if any, to object to the subpoena.  If you have any questions about the process outlined above, please contact the sender of this letter.

Sincerely,

**David Arron Saenz, M.P.A.**

University Registrar

**American University of the Caribbean School of Medicine**

901 Ponce de Leon Boulevard, Suite 700

Coral Gables, Florida 33134

Phone: 305-446-0600 ext. 4078823

Direct: 305-569-8823

Fax: 305-489-3878

dsaenz@aucmed.edu

---

 **AUC 092713 (C1087847).pdf**
1002K