**Kathleen Peahl**

| | |
|---|---|
| From: | JDI <jeffreydi@gmail.com> |
| Sent: | Tuesday, October 01, 2013 4:49 PM |
| To: | Kathleen Peahl; Pierre Chabot; Edward Kaplan; Chris Pyles |
| Subject: | Re: Deposition dates for Drs. Torrey and Green |

Attorney Peahl:

I am writing to confirm October 17 for the 30b6. Please be advised, I do not believe Dr Torrey has the capability or knowledge (because he was not part of any fraud, to the best of my knowledge) to fully answer all 30b6 subjects. As such, I would anticipate a motion to repeat the 30b6, if Dr Torrey is the only witness provided. Nonetheless, you have a right to appoint who you want, and we can dispute this after the deposition.

I will arrange a stenographer for the 17th of October, and November 5th, in Concord.

Regard Dr Greens request, since he lives closer to Concord, for lack of a better word, I find it ridiculous to engage in discussions about off-duty Hanover police, or local town courthouses. This is now multi-district federal litigation, and Concord is a reasonable venue (if not philadelphia) for Green's deposition. Due to his international travel, consider the prior notice of deposition modified for November 5th at 1PM.

Thank you for your attention to these matters. I look forward to speaking with Dr Torrey on October 17th, and hope your client decides to provide additional witnesses, so as to avoid putting Dr Torrey in any unfair position.

Regards,
Jeffrey Isaacs


On Tue, Oct 1, 2013 at 4:40 PM, Kathleen Peahl <kpeahl@wadleighlaw.com> wrote:

Dr. Isaacs,



Please see the attached.




Kathleen Peahl

Wadleigh, Starr & Peters, PLLC

95 Market Street
Manchester NH 03101
(603)206-7229 (direct dial)

1