# WADLEIGH, STARR & PETERS, P.L.L.C

WILLIAM C. TUCKER
EUGENE M. VAN LOAN III, Of Counsel
JOHN E. FRIBERG, Sr.
JAMES C. WHEAT
RONALD J. LAJOIE
KATHLEEN N. SULLIVAN
JEFFREY H. KARLIN
DONALD J. PERRAULT
MARC R. SCHEER
GREGORY G. PETERS
ROBERT E. MURPHY, Jr.
DEAN B. EGGERT
MICHAEL R. MORTIMER
KATHLEEN C. PEAHL

RICHARD THORNER
CHARLES F. CLEARY
CHRISTINE GORDON
JENNIFER L. ST. HILAIRE
TODD J. HATHAWAY
STEPHEN J. JUDGE
STEPHEN L. BOYD
ALISON M. MINUTELLI
MICHAEL J. TIERNEY
PIERRE A. CHABOT
JOSEPH G. MATTSON
IRIS J. LOWERY
EMILY G. BOLTON

Attorneys At Law
95 Market Street
Manchester, New Hampshire 03101
Telephone (603) 669-4140
Facsimile (603) 669-6018

WWW.WADLEIGHLAW.COM

*Serving New Hampshire since 1899*

Direct Dial: (603) 206-7229
kpeahl@wadleighlaw.com

October 1, 2013

Jeffrey D. Isaacs, M.D.                                                   VIA EMAIL ONLY
3553 West Chester Pike Unit 177
Newton Square, PA  19073

Dear Dr. Isaacs:

   I am writing regarding the 30(b)(6) Notice of Deposition which you have sent. As I indicated by email on September 19, the Trustees of Dartmouth College are designating and will produce Dr. William Torrey for the 30(b)(6) deposition. Dr. Torrey is available on October 17. I have checked with Attorneys Kaplan and Pyles and one of them can be available that day as well. Although Dr. Torrey would much prefer to be deposed in the Hanover/Lebanon area, he has agreed to travel to Concord. I have spoken to the clerk of court at the US District Court and have reserved a conference room for 11:00 a.m. – 4:00 p.m. on October 17, 2013 for this purpose. It will be your responsibility to arrange for the stenographer. I am in the process of reviewing your revised list of 30(b)(6) topics and will formally respond to that by early next week.

   I am also in receipt of your Notice of Deposition for Dr. Alan Green for September 22. Unfortunately, Dr. Green will be out of the country on that date. He has offered to be available for a deposition on November 5, 2013 at 1:00 p.m. The location for this deposition continues to be an issue. Due to Dr. Green's schedule and commitments in the Hanover area, we are agreeing to produce him for a deposition in Hanover. You have indicated that you believe the courthouse in Concord is appropriate because you believe that a judge will be available at the courthouse to resolve any disputes that might arise during the deposition. I can quite certain that a judge would not make any on the spot ruling on disputes during the deposition. I suggest that you speak to the clerk of court to confirm that I am correct on this point. Assuming I am, being in the courthouse does not provide any benefit to the parties. Your second concern relates to your fear of being in the presence of certain representatives of the defendants. I do not believe there is any basis for such a fear as it relates to Dr. Green. However, if it would make you more comfortable, we could inquire about retaining an off-duty Hanover police officer to be present during the deposition. The cost would probably be in the range of $40 - $50 per hour and the College would agree to share the cost with you. We have already offered to use a conference room at the General Counsel's office at 63 South Main Street in Hanover, which is off campus. If an officer

**WADLEIGH, STARR & PETERS, P.L.L.C.**

Page 2

is present, I see no reason for you to object to this location. However, if you do object, we would also agree to conducting the deposition at a hotel in the area or at the state court (2nd Cir District Division, 38 Centerra Parkway, tel #855-212-1234) located in Lebanon.

Please confirm that you wish to proceed with Dr. Torrey's deposition on October 17 and whether you will agree to our proposed date and location for Dr. Green's deposition. If I do not hear from you regarding Dr. Green's deposition before October 10, 2012, I will file a motion for a protective order since he is unavailable on the date you have noticed.

Thank you for your anticipated cooperation with this matter.

Very truly yours,

Kathleen C. Peahl

cc: Edward Kaplan, Esq.
    Christopher Pyles, Esq.