Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS ) | |
| ) | |
| Plaintiff, *pro se*, ) | Case No. CV-12-40-JL |
| ) | |
| -V- ) | |
| ) | **MOTION TO QUASH** |
| DARTMOUTH HITCHCOCK MEDICAL CENTER; ) | **SUBPOENA OBJECTION** |
| DOCTOR CHRISTINE FINN; ) | |
| MARY HITCHCOCK MEMORIAL HOSPITAL; ) | |
| TRUSTEES OF DARTMOUTH COLLEGE; ) | |
| ) | |
| ) | |
| and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

JDIsaacs v. DHMC
Case No. 12-CV-40-JL

## I. MOTION TO QUASH SUBPOENA OBJECTION

Plaintiff hereby objects to Attorney Peahl's motion to quash Dr Alan Green's deposition.

Dr Alan Green lives closer to Concord than he does NH. His wife is a federal litigator near Cambridge. He simply does not wish to be deposed, and once again, his counsel uses the excuse that because he is senior physician, he shouldn't be expected to be deposed at a Federal Court. The persistent problem in this litigation is that Defendants believed they were "above the law" since Plaintiff's arrival at Dartmouth.

Most importantly, Plaintiff's medical condition is severely impacted by Defendants activity. Plaintiff has had EKGs showing potentially fatal arrhythmias. He has frontal brain impairment, and documented sleep abnormalities with daily nightmares about Defendants. To require Plaintiff to go on Defendant's private property to pursue this lawsuit, even with an "off-duty" police officer, is not appropriate. Defendants are engaged in a foul legal defense. Plaintiff alleges they committed various felonies against him, including evidence destruction, fraud, and possible sexual assault. He will not go on their private property, at their General Counsel's office, the same General Counsel who ridiculed him "I'm sure you do wish you knew what happened."

It is time that the Federal Rules are upheld against Dartmouth. They defrauded plaintiff, perjured themselves numerous times, destroyed evidence, and stonewalled litigation with frivolous motions – including this motion, seeking to move an appropriate deposition location actually further away from Dr Green and his wife's residence near Boston. Plaintiff has submitted to the Court good cause for an investigation of felony obstruction of justice, and even Harvard-trained physicians at Dartmouth must be held accountable to the law.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For the reasons state above, in the interest of justice and fairness, the deposition should occur at the United States District Court.

Respectfully submitted, this 8th day of October, 2013.

/s/ JD ISAACS

J. D. ISAACS

3553 West Chester Pike Unit 177

Newtown Square, PA 19073

Plaintiff, *pro se*

1

2

**CERTIFICATE OF SERVICE**

3

    I, J.D. Isaacs, do declare as follows:

4

I certify that a copy of the foregoing MOTION TO QUASH SUBPOENA OBJECTION was
delivered via USPS & electronically to counsel for the Defendants with counsel, and mailed
conventionally to those without known counsel.

5

6

7

    Executed on this 8th day of October, 2013.

8

9

10

11

                    _____/s/ J. D. Isaacs_____

12

                    J. D. ISAACS

13

                    Plaintiff, *pro se*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28