UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Dr. J.D. Isaacs, §
    Plaintiff

v.                                                Civil No.: 1:12-cv-40-JL

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital
Dartmouth Medical School and
Doctor Christine T. Finn,
    Defendants

## NOTICE OF DEPOSITION BY ORAL EXAMINATION

Plaintiff J D Isaacs, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby notices DR ALAN GREEN (CHAIR, DEPARTMENTT OF PSYCHIATRY AT DARTMOUTH COLELGE) that a deposition of said supervisor shall occur on October 22, 2013 at 2:30PM. This deposition is noticed upon Defendants Trustees of Dartmouth College.

1) This shall be a video-deposition administered by qualified personnel and under oath

2) Dr Alan Green shall report to the USDC NH at 2:00PM on October 22, 2013.

Respectfully submitted,
Doctor J. D. Isaacs, Plaintiff

DATED: 9/19/13        By *[signature: Jeffrey D. Isaacs]*

JD Isaacs
3553 W Chester PK #177
Newtown Square, PA 19073

**CERTIFICATE OF SERVICE**

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing DEPOSITION NOTICE was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 19th day of September, 2013.

_____
J. D. ISAACS
Plaintiff, *pro se*