EXHIBIT 6

---

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs [jdi@alum.dartmouth.org]
**Sent:** Monday, September 09, 2013 4:45 PM
**To:** Christopher J. Pyles
**Cc:** Edward Kaplan; kpeahl@wadleighlaw.com; pchabot@wadleighlaw.com
**Subject:** Re: Isaacs v. DHMC, et al.

Attorney Pyles:

Thank you for responding to these matters raised several weeks ago.

I notified Drs Khagi and Guez, earlier today, that they should consider their deposition notices postponed until further notice.

If you indeed represent these doctors, please confirm where you would like their depositions to occur and provide ample 5-hour availability windows for the depositions. Since Khagi lives within 100 miles from the Concord courthouse, this seems like an appropriate venue. For Drs Guez and Simon, I am willing to travel to the nearest USDC by them.

I reserve the right to depose Mueunier at a later date, but will defer this until after the other depositions are complete.

Regarding readnotify, Attorney Mathews asserted privileges on the grounds of irrelevance and burdensome nature. I have no further statements about Mathews invocation of privilege, other than that I believe he was correct. Moreover, I believe your efforts to seek these documents establishes a mens rea of trying to obstruct justice ; quite simply, if you know what evidence I have, you are in a better position to perjure yourself.

Regards,
Jeffrey Isaacs


On Mon, Sep 9, 2013 at 1:42 PM, Christopher J. Pyles <cpyles@sulloway.com> wrote:
> Dr. Isaacs:
>
> Please see the attached letter from Atty. Pyles regarding depositions you noticed in the above-referenced matter.
>
> *Stephanie P. Parkinson*
> Legal Assistant to Christopher J. Pyles
> Sulloway & Hollis, P.L.L.C.
> 9 Capitol Street
> Concord, NH  03301
> 603-223-2818
>
> SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

9/13/2013