Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DOCTOR J. D. ISAACS ) ) Plaintiff, *pro se*, ) ) -V- ) ) DARTMOUTH HITCHCOCK MEDICAL CENTER; ) DOCTOR CHRISTINE FINN; ) MARY HITCHCOCK MEMORIAL HOSPITAL; ) TRUSTEES OF DARTMOUTH COLLEGE; ) ) ) and JOHN DOE, ) ) Defendants. ) ) ) | Case No. CV-12-40-JL **RESPONSE TO MOTION FOR PROTECTIVE ORDER FOR OUT OF STATE WITNESSES** |

## I. RESPONSE TO MOTION FOR PROTECTIVE ORDER

On August 23rd, Plaintiff reached out to Opposing Counsel regarding the deposition of a key witness, Dr Ghislaine Guez. Plaintiff sought Opposing Counsel's cooperation with production and scheduling of the deposition (Exhibit A), in lieu of requesting a subpoena. Two weeks later, on September 3rd, Plaintiff made a third request, having never heard back (Exhibit B). Generally, Opposing Counsel stalls and ignores Plaintiff's requests for six-eight weeks, then issues burdensome objections. This behavior has improved, slightly, upon Plaintiff's filing of a lawsuit against Opposing Counsel for civil obstruction of justice.

Attorneys Kaplan and Pyles made various, vague promises to coordinate mutual scheduling of the witnesses Simon and Guez. However, with discovery slated to be complete on December 1st, as of October 5th they had failed to provide any suggested dates for the deposition.

Plaintiff felt he had no other choice than to issue a notice of deposition on October 5th. In fact, Dr Simon lives in close proximity to the Plaintiff, and Plaintiff of course would have preferred to arrange a deposition near Dr Simon in Philadelphia. Unfortunately, Opposing Counsel's delays forced Plaintiff to issue a deposition notice, required to be noticed at least six weeks before the Fact Discovery completion deadline of December 1st.

As of October 8th, Plaintiff suggested Opposing Counsel "not burden the Court" and instead, provide a mutual time and place for the depositions (Exhibit C).

A protective order was not necessary, as Plaintiff has, all along, told Opposing Counsel he would depose these witnesses in Philadelphia and California. It seems Opposing Counsel needs more time to prepare witnesses for the depositions.

1
2  Respectfully submitted, this 27th day of October, 2013.
3
4
5                                        /s/ JD ISAACS
6
7                                        J. D. ISAACS
8                                        3553 West Chester Pike Unit 177
9                                        Newtown Square, PA 19073
10
11                                       Plaintiff, *pro se*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JDIsaacs v. DHMC
Case No. 12-CV-40-JL

**CERTIFICATE OF SERVICE**

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing REPLY TO MOTION FOR PROTECTIVE ORDER was delivered via USPS & electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 27th day of October, 2013.


        /s/ J. D. Isaacs

J. D. ISAACS

Plaintiff, *pro se*