

Jeffrey Isaacs <jeffreydi@gmail.com>

## Overdue Discovery Items
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>　　　　　　　　Fri, Aug 23, 2013 at 4:04 PM
To: Edward Kaplan <ekaplan@sulloway.com>, Kathleen Peahl <KPeahl@wadleighlaw.com>, Pierre Chabot <pchabot@wadleighlaw.com>
Bcc: "wlisaacs@aol.com" <wlisaacs@aol.com>

Dear Counsel:

Overdue now is the Second Request for Production, due within 30 days from July 23rd. This contains critical documents for upcoming depositions, including M2 patient data (Please redact for HIPAA) and my Universal Background Check.

Also overdue is 30b6 scheduling requests for both parties. These have been outstanding for over a month and counsel, 10 days ago, noticed need for extra time.

Additionally, please coordinate and offer five (5) dates for six-hour depositions.

Finally, my DHMC QA file is now 1 month overdue, as are email search requests for "Isaacs", which are NOT privileged under NH RSA.

To avoid further motions relating to discovery resistance, please promptly reply to the above matters.

Additionally, please let me know if either/both of your firms represent Dr Khagi or Dr Guez. I would have assumed Sulloway already spoke with them, to investigate my complaints of felonious sexual assault, but it appears Dr Khagi does not know Attorney Kaplan.

Regards,
Jeffrey Isaacs