

Jeffrey Isaacs <jeffreydi@gmail.com>

## Khagi/Guez/Simon
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>　　　　　　　　　Tue, Sep 3, 2013 at 5:51 PM
To: Edward Kaplan <ekaplan@sulloway.com>, Kathleen Peahl <KPeahl@wadleighlaw.com>

Counsel:
This is a third request; please advise whether or not you represent Dr Khagi, Guez, and or Simon. If not, please advise if you assent to a subpoana motion for these individuals to be deposed.

Regards
Jeffrey Isaacs