

Jeffrey Isaacs <jeffreydi@gmail.com>

## Simon/Guez depositions
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>        Tue, Oct 8, 2013 at 7:24 PM
To: Edward Kaplan <ekaplan@sulloway.com>, Chris Pyles <cpyles@sulloway.com>, Kathleen Peahl <KPeahl@wadleighlaw.com>

Attorney Kaplan:

I have not heard back from you regarding my offer to amend the deposition notices to a mutually agreed upon time/location. Surely, you don't want to burden the Court with what I believe would be the tenth motion regarding discovery, when I am offering to amend the notice of deposition to suit your out-of-state client's needs?

Please let me know by Friday - which, I believe is about 7 weeks into my efforts to schedule these depositions.

Regards,
Jeffrey Isaacs