# Affidavit of Plaintiff Doctor JD Isaacs

My first week at DHMC I was observed to be on the verge of a nervous breakdown by Dr Nick Bus, Dr Justin Krawitt, and several patients.

I believe my condition resulted from a bizarre form of passively hostile abuse from my supervisors, who knew about my prior litigation with Arizona/USC. Interestingly, when I worked at University of Arizona surgery, I was told I was "too calm." They asked me to resign because, they said, I was so calm it appeared I didn't care about my job. Strangely, at my next job at DHMC, I was on the verge of a nervous breakdown within hours of starting.

Two weeks ago, I conducted a deposition of Dr Simon Khagi, my supervisor that first week at DHMC. To me the deposition confirmed Dr Khagi's condescending and at times aggressive attitude towards me, and his part in a conspiracy to cover up fraud. His memory simply failed too many times to be believable. He "didn't remember" if he, or anyone else, knew about Arizona. It appeared to me he didn't want to perjure himself.

Dr Khagi also did not recall any details of the two prostate exams he ordered me to conduct my first three days at DHMC. When I showed him statistics on the number of prostate exams the average intern conducts, I believe he became defensive. He started to rationalize that even if the prostate exams were unnecessary, I "learned" from them. Hence even by his suggestion, at a minimum these exams were never properly consented as educational practice.

Let me explain why I am concerned about the two prostate exams, and why I believe experts (other than myself) should assess these patient records to determine whether or not a patient was subjected to passive abuse.

First, anecdotally, I believe the other 7 psychiatry interns didn't conduct any (or possibly one) prostate exams during their entire month on M2. I was ordered to conduct 2 in three days on M2, under very questionable circumstances.

Dr Khagi asked me to conduct a Prostate Exam on Patient A, a patient with terminal metastatic cancer. He said the reason was to "source" if the cancer stemmed from the prostate. I immediately thought this was odd, but did as instructed, only later wondering about why Dr Khagi ordered this exam. When I walked into the patient's room and told him I was his resident physician and would be conducting a prostate exam, the patient audibly gasped. I felt bad for him. I tried to explain to the patient it would help identify the correct treatment course. The patient could probably tell I was well-intended albeit unsure, and the exam proceeded without incident.

The next day, Patient B had low blood pressure, and Dr Khagi instructed me to perform a rectal exam for blood loss. I did the exam immediately, and didn't think much about it. Later that day, Dr Khagi asked me "Did you do the rectal on Patient B?

Make sure you did, because this one is actually important. " He smirked as he said *important*, which made me think about the exam the day before.

It was only six months later, when Dr Finn blackmailed me, that I realized I worked under six monhts of false pretenses, starting with Dr Khagi's orders on day one.

I have noticed the FBI and the NH Board of Medicine about the fraud and abuse. It is now my belief that this entire matter is subject to cover up, as my allegations would be particularly damaging to one of New Hampshire's largest, most reputable employers – if not the head of the World Bank – who ultimately, I believe, assented to a cover up. I sent a "whistleblower" email to Jim Yong Kim, and two days later, it appears Dartmouth's emails were scoured. Dr Kim's attorney professed about "what happened" to me, and I believe Dr Kim knows as well. Additionally, his first week assigned to this case, Attorney Kaplan told me "it took them six months to find out everything about you" which I believe was a 'slip' in which Kaplan effectively admitted to his client's fraud.

I will exhaust all appeals at all appropriate venues to uncover the truth of these matters.

The foregoing is true to the best of my knowledge, belief, and recollection.

*Jeffrey D. Isaacs*

Jeffrey D Isaacs
November 12 2013