## Affidavit Dated 11/25/13 of Plaintiff Doctor JD Isaacs

During the six months I worked at DHMC , Christine Finn sent me critical emails frequently. If I were to estimate, I believe she sent approximately forty emails to me, via DHMC Outlook email system.

I have read the DHMC production of emails containing the term "Isaacs". It appears about thirty-five emails from Finn to myself are not included in that production.

This means that not only did Christine Finn delete my DHMC Outlook account, but it appears she also deleted emails within her account that might be incriminating.

I believe if a neutral expert witness , familiar with the roles and responsibilities of a Program Director like Christine Finn, read the forty emails sent to me, the expert witness would be able to testify to a jury that I was an unusual target of mistreatment by Defendant Finn.

Defendant Finn , after learning of the lawsuit, ordered my Outlook to be deleted, and decided to "terminate [me] for cause rather than drag this out."

I believe I was retaliated against, and that Defendants have intentionally deleted evidence of their violations of the law.

Under penalty of perjury, these statements are true to the best of my knowledge.

*Jeffrey D. Isaacs*

Jeffrey Isaacs