| | |
|---|---|
| **From:** | Marc L. Bertrand |
| **Sent:** | Wednesday, January 18, 2012 10:01 AM |
| **To:** | Christine T. Finn |
| **Cc:** | Albert A. Agresti; Regina M. Beaty; Arthur J. Higgins |
| **Subject:** | RE: resident record access |

Chris,
I agree that it makes sense to shut down eD-H access and request that you follow-up with IS to make this happen. The GME Office will notify security that his ID badge should be inactivated to limit afterhours access to restricted areas.

Marc.

**From:** Christine T. Finn
**Sent:** Monday, January 16, 2012 6:55 PM
**To:** Marc L. Bertrand; Albert A. Agresti
**Subject:** resident record access

Marc-I was informed this morning that Jeff Isaacs cancelled his appointment with you. I also heard that he had spoken to risk management, so I went ahead and filled Art Higgins in. It seems as though he was taking an adversarial tone with Risk management and mentioned some things he was "made to do" that he thought were inappropriate. Not really sure what they are, and Art was going to review this with you. In the meantime, while he is on administrative leave, does it make sense to turn off his access to EDH?

Chris

1