| | |
|---|---|
| **From:** | Cynthia A. Swartz |
| **Sent:** | Saturday, December 31, 2011 9:53 AM |
| **To:** | Christine T. Finn |
| **Subject:** | Isaacs competency eval |
| **Attachments:** | Isaacs PGY-1_competency_evaluation_form.docx |

I was on call with him on 12/27/11. He did a good job with late admits. I haven't ever seen him work in the ED, but based on his work on the floor, he doesn't need supervising residents to see the patients he is admitting to the unit.

1

DHMC Emails -000228