| From: | Christine T. Finn |
|---|---|
| Sent: | Tuesday, December 27, 2011 9:35 AM |
| To: | Harley P. Friedman |
| Subject: | RE: Phone call and question |
| Attachments: | image001.png |

The place where most students are getting care these days is in our Hanover Psychiatry Practice. 603-277-9110. Although they don't take insurance, they will provide paperwork necessary for reimbursement for those who want to use out of network benefits (if their plan has them). They have both psychiatrists and therapists there, and are located on Hanover Main Street, above the Dartmouth Coop, so easily accessible for students without needing a car. I believe that they are on limited hours this week, but can generally get people in pretty quickly.

If they want to use their insurance, they could get a list of in-network providers (of which there may be none, given the plan probably covers NY) and I am happy to review and make a suggestion.

You may also pass on my name as a contact if they have any acute concerns, although I am guessing that he is at home right now.

On another topic, Jeff Isaacs is falling apart a bit. After making some gains, we've been pushing him to take it to the next level with regular feedback on improvements in efficiency and documentation. Rather than rising to the occasion, he seems to be getting worse and some of the arguing with feedback is back. Not a good sign. Although I hate to say it, I would not be surprised if he can't handle the pace and acuity of M2. Dave Ravi has been trying to get him up to speed with what will be expected of him on M2, and we'll continue to work on it for the remainder of this block.

Chris

Christine T. Finn, MD
Director, Psychiatry Residency Training Program
Director, Crises and Consultation Service
1 Medical Center Drive
Lebanon, NH 03756
603-650-4529 (office)
603-650-9442 (fax)
603-650-5000 (pager)
christine.t.finn@hitchcock.org

 

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Harley P. Friedman
**Sent:** Tuesday, December 27, 2011 9:00 AM
**To:** Christine T. Finn
**Subject:** FW: Phone call and question

1

DHMC Emails -000054