| | |
|---|---|
| **From:** | Harley P. Friedman |
| **Sent:** | Monday, July 11, 2011 10:12 AM |
| **To:** | Christine T. Finn |
| **Subject:** | RE: intern switch |

Although I am not "glad" that Jeff continues to struggle, I am somewhat relieved that it wasn't a simple "rush to judgment" on our part.

Dave is great so far.

Jeff's biggest problem is not his medical knowledge/clinical skills.

H

**From:** Christine T. Finn
**Sent:** Monday, July 11, 2011 9:58 AM
**To:** Harley P. Friedman
**Subject:** RE: intern switch

No problem. Glad this worked out. I think that Dave Ravi will be ok. Jeff continues to struggle. Really missing some basic skills. Guess these new supervision rules are important for something after all!

Chris

Christine T. Finn, MD
Director, Psychiatry Residency Training Program
Director, Crises and Consultation Service
1 Medical Center Drive
Lebanon, NH 03756
603-650-4529 (office)
603-650-9442 (fax)
603-650-5000 (pager)
christine.t.finn@hitchcock.org

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Harley P. Friedman
**Sent:** Sunday, July 10, 2011 7:21 PM
**To:** Christine T. Finn
**Subject:** RE: intern switch

Thanks for all your hard work and flexibility on this. I was crazy busy on service last week. H

**From:** Christine T. Finn
**Sent:** Tuesday, July 05, 2011 5:57 PM

DHMC Emails -000036