**From:** Mindy F. Pickett
**Sent:** Wednesday, January 11, 2012 6:34 AM
**To:** Harley P. Friedman
**Subject:** RE: Crazy insanity

WOW! I think you should take 15 minutes at a GMEC meeting and teach program directors how to read, and read into, applications!

Mindy Pickett
Program Administrator
Internal Medicine Residency
Dartmouth-Hitchcock Medical Center
(603) 650-9480

---

**From:** Harley P. Friedman
**Sent:** Tuesday, January 10, 2012 10:01 PM
**To:** Mindy F. Pickett
**Subject:** Crazy insanity

So Gilly came up to vent about working with Jeff Isaacs. If you remember, he is a psych intern whom was a complete disaster on medicine at the beginning of the year -- came in late, left his pager sitting on a desk for an hour while he went to get lunch, etc. Psych was nice enough to swap two interns schedules, so he's back now.

He's perhaps a bit better. The 3rd year student is better than he is (although I understand the 3rd year student is quite good). But Gilly came up and said "I can't believe this guy actually went to medical school, and graduated from business school also".

So, I asked Chris Finn to send me his application. His application is full of red flags -- he went to a carib school, did all of his rotations in the UK. His LOR's were from his old economic profs from undergrad (he was a dartmouth undergrad). Although he seems to say he went to "Wharton" (that's the B school at Penn, where Groff went), he really went to an international business school that has an exchange with Wharton (although the school he went to is quite good).

Except that after he graduate from business school, he did nothing. There's a huge hole in his CV. No job, no nothing. Chris seems to think that he says he went to Law School then.

Then, he goes to medical school. Graduates in 2010, doesn't start here in 2011, so looks like he didn't match in 2010.

So I check, and "surprise", he matched at a prelim surgery program in 2010. Didn't mention that in his application at all. Likely was fired from that program.

I have that "rabbit hole" feeling. I expect that if we check, he probably never attended business school at all. And probably not Law School either. I expect he did attend medical school (since it's virtually impossible to take the USMLE's without doing so), although it's very strange since he has straight "honors" on his transcript for his clerkships, but his MSPE basically doesn't mention them.

Very strange. In any case, I expect he will be fired shortly for lying on his application.

H

DHMC Emails -000262