| | |
|---|---|
| **From:** | Harley P. Friedman |
| **Sent:** | Thursday, January 12, 2012 10:53 AM |
| **To:** | Levina, Natalya |
| **Subject:** | RE: Reference |

Thanks! That's just what I needed to know.

---

**From:** Levina, Natalya [mailto:natalya@wharton.upenn.edu]
**Sent:** Thursday, January 12, 2012 10:52 AM
**To:** Harley P. Friedman
**Subject:** RE: Reference

Hi Dr. Freidman,

I can confirm that Jeffrey Isaacs has been at Wharton in Fall 2003 for Quarter 2 (November-December). INSEAD students usually come to Wharton for 6 weeks of exchange.

Please let me know if you need any more information.

Thanks,
Natalya

---

**From:** Harley P. Friedman [mailto:Harley.P.Friedman@hitchcock.org]
**Sent:** Wednesday, January 11, 2012 10:35 AM
**To:** Levina, Natalya
**Subject:** Reference

Mrs. Levina,

My name is Dr. Harley Friedman, and I run a medicine residency training program here at Dartmouth. One of the residents rotating on my service has reported that he participated in the INSEAD / Wharton exchange program (enrolled at INSEAD, did some work at Wharton). His name is Jeffrey Isaacs, DOB 6/9/1977. His period of enrollment was 2002-2004. I was wondering if you could confirm this.

Thank you very much for your help.

Harley Friedman, MD
Program Director, Internal Medicine Residency
Dartmouth

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.