**From:** Jessica M. Fisher
**Sent:** Sunday, July 03, 2011 9:35 PM
**To:** Harley P. Friedman
**Subject:** RE: M2 intern Isaacs

Wow, okay. I think I'm starting to get the picture considering the email from him you just BCC'd us on.
jess

---

From: Harley P. Friedman
Sent: Sunday, July 03, 2011 5:51 PM
To: Jessica M. Fisher; Nicholas I. Buss
Cc: Joel Elzweig
Subject: RE: M2 intern Isaacs

I think, in some ways, the fault for this mess is mine. We should not have decreased his workload. This leads to increased workload for the resident and faculty, less teaching for the student, and badness all around.

That being said, you need to "experience" this guy before you feel bad for him. He is not helping the situation.

H

---

From: Jessica M. Fisher
Sent: Sunday, July 03, 2011 5:05 PM
To: Nicholas I. Buss
Cc: Joel Elzweig; Harley P. Friedman
Subject: RE: M2 intern Isaacs

Although I have been minimally involved (ie, just getting the emails about this situation), I am feeling really bad for Jeff! He must be totally overwhelmed....this is a bad way to start off intern year, as if it wasn't stressful enough as it is. Naturally we have to do what is right for patient care and fair for other housestaff. But is he getting enough support as he goes through this? I can't imagine that working with Krawitt and Simon was the best situation for someone who's already a little fragile.

jess

---

From: Nicholas I. Buss
Sent: Friday, July 01, 2011 6:54 PM
To: Harley P. Friedman
Cc: Jessica M. Fisher; Joel Elzweig
Subject: M2 intern Isaacs

Harley,

Shortly after I got off the phone with you, Dr Solberg came looking for me having just talked to Krawitt. He was certainly disconcerted about the possibility of this intern not functioning at all this weekend and wanted to ensure that there was a plan in place in the event that he can't meet the expectations that we have delineated for him. I told him that you