

**another call from J. Isaacs**

From: C. Susan Lewis
Sent time: Monday, February 06, 2012 2:26 PM
To: Kevin D. O'Leary
CC:

Kevin:

Mr. Isaacs just called to follow up on your voicemail. He wants to clear up some confusion – he is calling to report something to Dartmouth that he hopes the College can help investigate. He's not mad at Dartmouth. He said there is a suit against DHMC with Dartmouth "inadvertently" on it.

His number is 212 257 0737
I told him I would pass the message on to you.

s.