UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Dr. J.D. Isaacs | \* | |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| -v- | \* | Case No. 1:12-cv-00040-JL |
| | \* | |
| Dartmouth-Hitchcock Medical Center, | \* | |
| Mary Hitchcock Memorial Hospital, | \* | |
| Dr. Christine T. Finn, and the | \* | |
| Trustees of Dartmouth College, | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **NOTICE OF INTENT TO FILE SURREPLY MEMORANDUM**

Pursuant to Local Rule 7.1(e)(2), defendants hereby submit this Notice of intention to move for leave to file a Surreply Memorandum in opposition to plaintiff's Motion for Reconsideration, Document 109, in order to address certain factual allegations made for the first time in plaintiff's Reply Memorandum, Document 112.

Respectfully submitted,

**TRUSTEES OF DARTMOUTH COLLEGE
AND CHRISTINE T. FINN, M.D.**

**By their attorneys,**

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: December 2, 2013.    /s/ Pierre A. Chabot
Pierre A. Chabot – No. 17606
95 Market Street
Manchester, NH 03101
(603) 669-4140
pchabot@wadleighlaw.com

Certificate of Service

      I hereby certify that on December 2, 2013, I electronically transmitted a copy of the foregoing document to Dr. J.D. Isaacs, Pro Se, and to all counsel of record via the Court's ECF system.

                                        /s/ Pierre A. Chabot
                                        Pierre A. Chabot

g:\d51000\51019\draft pleadings\notice of intent to file surreply memorandum.docx