UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Dr. J.D. Isaacs | \* | |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| -v- | \* | Case No. 1:12-cv-00040-JL |
| | \* | |
| Dartmouth-Hitchcock Medical Center, | \* | |
| Mary Hitchcock Memorial Hospital, | \* | |
| Dr. Christine T. Finn, and the | \* | |
| Trustees of Dartmouth College, | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM TO
PLAINTIFF'S REPLY (DOC. 112) CONCERNING HIS MOTION FOR
RECONSIDERATION (DOC. 109) OF THIS COURT'S
NOVEMBER 4, 2013, ORDER ON DISCOVERY MATTERS (DOC. 106)**

Pursuant to Local Rule 7.1(e), defendants, Christine T. Finn, M.D., and the Trustees of

Dartmouth College, respectfully move for leave to file a sur-reply to plaintiff's Motion for

Reconsideration of this Court's discovery Order dated November 4, 2013.  In support of this

Motion, defendants state:

1.      Plaintiff filed his Motion for Reconsideration on November 12, 2013.  Defendants

each filed an Opposition (see Doc. 110 and 111) on or before November 21, 2013.

2.      On November 26, 2013, plaintiff filed a Reply, without seeking leave of Court or

providing prior notice of his intent to do so.  See Local Rule 7.1(e).

3.      Despite the Court's previous admonition to plaintiff that he is required to follow the Local Rules in conducting himself in this matter, see Doc. 106 at 8, plaintiff has raised new factual issues in his Reply without following the proper procedure for doing so. Notwithstanding the fact that his Reply should not be entertained by the Court, defendants are compelled to rebut new factual allegations raised for the first time in this Reply.

4.      Defendants' Surreply Memorandum is limited to argument and rebuttal concerning plaintiff's new claims that defendant, Christine T. Finn, M.D., destroyed or ordered the destruction of electronic evidence in this matter. This is the first time such a claim has been made in the proceeding, and defendants maintain that this Surreply should be allowed if the Court is inclined to consider plaintiff's improper Reply.

5.      Counsel for the Trustees of Dartmouth College and Dr. Finn has contacted the plaintiff, Jeffrey Isaacs, Pro Se, to seek his assent to this Motion. As of the time of filing this Motion, plaintiff had not responded to counsel's request.

6.      Attached to this Motion, as Exhibit 1, is the Surreply Memorandum that defendants seek to file. Attached as Exhibit 2 is the Affidavit of Christine T. Finn, M.D., which defendants propose to file in support of that Memorandum.

WHEREFORE, defendants, the Trustees of Dartmouth College and Christine T. Finn, M.D., respectfully request that this Honorable Court:

A.      Grant them leave to file the annexed Surreply Memorandum to plaintiff's Motion for Reconsideration of the Court's November 4, 2013, Order; and

B.      Grant such other and further relief as is just and proper.

Respectfully submitted,

TRUSTEES OF DARTMOUTH COLLEGE
AND CHRISTINE T. FINN, M.D.

By their attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated:  December 9, 2013.                    /s/ Pierre A. Chabot
                                             Kathleen C. Peahl – No. 6880
                                             Pierre A. Chabot – No. 17606
                                             95 Market Street
                                             Manchester, NH 03101
                                             (603) 669-4140
                                             kpeahl@wadleighlaw.com
                                             pchabot@wadleighlaw.com


Certificate of Service

     I hereby certify that on December 9, 2013, I electronically transmitted a copy of the foregoing document to Dr. J.D. Isaacs, Pro Se, and to all counsel of record via the Court's ECF system.


                                             /s/ Pierre A. Chabot
                                             Pierre A. Chabot

3