UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

*******************************************
Dr. J.D. Isaacs                             *
                                            *
   Plaintiff,                           *
                                            *
       -v-                        *     Case No. 1:12-cv-00040-JL
                                            *
Dartmouth-Hitchcock Medical Center,         *
Mary Hitchcock Memorial Hospital,           *
Dr. Christine T. Finn, and the              *
Trustees of Dartmouth College,              *
                                            *
   Defendants.                          *
                                            *
*******************************************

### SURREPLY TO PLAINTIFF'S REPLY (DOC. 112) OF PLAINTIFF'S MOTION TO RECONSIDER (DOC. 109) THE COURT'S NOVEMBER 4, 2013, ORDER (DOC. 106)

      NOW COME the defendants, Christine T. Finn, M.D., and the Trustees of Dartmouth College (collectively "Defendants"), by and through their attorneys, Wadleigh, Starr & Peters, P.L.L.C., and offer the following Surreply and annexed Affidavit in rebuttal of new factual claims made for the first time in plaintiff's Reply:

      1.    Plaintiff, for the first time in his Reply (Doc. 112), has alleged that certain emails in his possession support the contention that Christine T. Finn, M.D., destroyed emails. This is counter-factual, and not supported by any competent evidence.

      2.    As outlined in the annexed Affidavit of Christine T. Finn, M.D., Dr. Finn never had the ability, and never undertook, to destroy or delete any of plaintiff's emails from the Dartmouth-Hitchcock Medical Center email system.

3. Despite plaintiff's allegations in his "Affidavit," there is no evidence to support his contention that there are any missing emails. Indeed, Defendants believe that co-defendant Dartmouth-Hitchcock Medical Center has produced all such emails, either in the so-called "Quality Assurance" file, which plaintiff received recently, or in its Initial Disclosures, which plaintiff received several months ago.

4. In short, plaintiff offers no evidence of email destruction on Dr. Finn's part, and so has failed to demonstrate any mistake of fact sufficient to justify reconsideration of the Court's November 4, 2013 Order.

5. No separate Memorandum of Law is being incorporated herewith, as the matters raised are not novel and require no memorandum of law.

        Respectfully submitted,

        TRUSTEES OF DARTMOUTH COLLEGE
        AND CHRISTINE T. FINN, M.D.

        By their attorneys,

        WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: December 9, 2013.        /s/ Pierre A. Chabot
        Pierre A. Chabot – No. 17606
        95 Market Street
        Manchester, NH 03101
        (603) 669-4140
        pchabot@wadleighlaw.com

Certificate of Service

I hereby certify that on December 9, 2013, I electronically transmitted a copy of the foregoing document to Dr. J.D. Isaacs, Pro Se, and to all counsel of record via the Court's ECF system.

        /s/ Pierre A. Chabot
        Pierre A. Chabot

g:\d51000\51019\draft pleadings\surreply to reply to plaintiff's motion to reconsider 11-4-13 order.docx