UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Dr. J.D. Isaacs | \* |
| Plaintiff, | \* |
| -v- | \*    Case No. 1:12-cv-00040-JL |
| Dartmouth-Hitchcock Medical Center, Mary Hitchcock Memorial Hospital, Dr. Christine T. Finn, and the Trustees of Dartmouth College, | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF CHRISTINE T. FINN, M.D., IN SUPPORT OF THE TRUSTEES OF DARTMOUTH COLLEGE AND CHRISTINE T. FINN, M.D.'S SURREPLY TO PLAINTIFF'S REPLY CONCERNING MOTION FOR RECONSIDERATION (DOC. 109) OF THE COURT'S ORDER DATED 11/4/13 (DOC. 106)**

My name is Christine T. Finn, M.D. I am above the age of majority and have first-hand knowledge of the facts stated in this Affidavit. I offer this Affidavit in support of the "College Defendants'" Surreply concerning plaintiff's Motion to reconsider the Court's Order of November 4, 2013.

1. Upon plaintiff's termination, I personally conducted a search of my email inbox, and culled my emails with the plaintiff, and turned them over to counsel for Dartmouth-Hitchcock Medical Center, the owner of the email account.

2. I do not now have, nor have I ever had, any control over the preservation, or deletion, of plaintiff's Dartmouth-Hitchcock Medical Center email account.

3.  Other than informing the appropriate person in Dartmouth-Hitchcock Medical Center's Information Technology Department that Dr. Isaacs' access to email and electronic medical records was to be restricted on account of his dismissal from the Graduate Medical Education program, I never took any action with respect to plaintiff's email account, nor did I ever ask that any action be taken.

4.  I never knowingly deleted or destroyed any email pertaining to the substance of Dr. Isaacs' lawsuit unless I had previously printed or otherwise saved the email in such a manner as to ensure it would be available as evidence during the lawsuit.

Further, your affiant sayeth not.

Dated: 12/9/13

_____
Christine T. Finn, M.D.

STATE OF NEW HAMPSHIRE
COUNTY OF GRAFTON

Personally appeared before me the above-named Christine T. Finn, M.D., and made oath that the above statements are true to the best of her knowledge and belief.

Dated: 12/9/13

_____
Notary Public/Justice of the Peace

DEBRA J. SMITH, Notary Public
My Commission Expires May 23, 2016

g:\d51000\51019\draft pleadings\finn affidavit - 12-9-13. with dr. finn's suggested edit.docx