PRODUCED SUBJECT TO PROTECTIVE ORDER

Date: 25 Feb 98 12:13:12 EST
From: Fredrick J. Kull
Subject: enclosure
To: Lee Pelton

Dear Dean Pelton:

I just sent the enclosed message to Dean Burke, but she's not around so thought I'd send it to you instead/also.

F. Kull
- - - - - - - - - - - - -
Dear Dean Burke:

I'm concerned about a '99, one Jeff Isaacs, who recently dropped my class (Chemistry 5). He seemed very distraught, almost in tears, about having to drop and told me about having been hit in the head, during break I believe, and its subsequent effect on his studies. I got the impression that this kid really needs help and thought I'd better let you know.

Sincerely,

Fredrick J. Kull
Visiting Prof Chemistry
- - - - - - - - - - -

*D- California*
*Ron Dellums*
*Internship*

ISAACS UNDERGRAD 000003