UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| J.D. Isaacs,<br>    *Plaintiff*,<br><br>   v.<br><br>Dartmouth Hitchcock Medical Center,<br>et al.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:12-cv-00040-JL |
|---|---|---|

**ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINES
AND AMEND TRIAL DATE**

NOW COME the Hitchcock Defendants (Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital), through counsel, and respectfully request the Court to extend dates and deadlines set forth in the "Amended Trial Notice" of December 30, 2013. Granting this motion will allow the parties to substantially complete discovery and pending depositions before the summary judgment deadline, and give the parties an opportunity to file motions that may be dispositive of some or all issues. The other parties assent to this motion.

As the Court is aware, there were numerous discovery disputes at issue in the case, and discovery was stalled until the Court conducted a hearing on October 31, 2013. The Court also issued a comprehensive Order on November 4, 2013, summarizing rulings from the bench. Since the Court's resolution of those discovery issues, the Plaintiff's deposition was taken on December 19, 2013. Other depositions were also taken, and more are scheduled for January

2014.  For example, Dr. Christine Finn is scheduled to be deposed on January 15; the DHMC 30(b)(6) representative is scheduled to be deposed on January 23, 2014.  The Defendants believe that those deposition transcripts will be available by mid-February, and that those transcripts will constitute or substantially complete an evidentiary record sufficient to move for summary judgment on some or all issues.

Pursuant to the Court's recent Amended Trial Notice, summary judgment motions are due by January 7, 2014.  The Defendants respectfully submit that additional time to file dispositive motions, after the pending depositions are completed, is appropriate.

Based on the above, the Defendants request dates set forth in the Amended Trial Notice be extended by approximately 60 days.  Under a revised schedule, Summary Judgment Motions would be due by March 7, 2014, and the Jury Trial could be set for the two-week period encompassing July 7 and July 14, 2014.

The Hitchcock Defendants have conferred with other parties.  The Co-Defendants assent to this Motion.  The Plaintiff has stated that he will "assent to a 75 day extension[.]"

WHEREFORE, in order to allow meaningful discovery to be completed, to provide adequate time for summary judgment motions, to narrow the issues for trial, and to promote judicial economy, the Defendants respectfully request that these deadlines be extended.

DARTMOUTH HITCHCOCK MEDICAL

CENTER and MARY HITCHCOCK MEMORIAL HOSPITAL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

Dated: January 2, 2014     By:    /s/ Christopher J. Pyles
                                                                       Edward M. Kaplan (#1307)
                                                                       Christopher J. Pyles, Esq. (#15165)
                                                                       Sulloway & Hollis, P.L.L.C.
                                                                       9 Capitol Street
                                                                       Concord, NH 03301
                                                                       (603)223-2863

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing pleading was served via ECF on the following persons on this date:

Jeffrey David Isaacs
3553 West Chester Pike Unit 177
Newtown Square, PA 19073

Kathleen Peahl, Esq.
Wadleigh Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

Pierre Chabot, Esq.
Wadleigh Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

Dated: January 2, 2014     By:    /s/ Christopher J. Pyles
                                                                       Christopher J. Pyles