Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS ) | |
| ) | |
| Plaintiff, *pro se*, ) | Case No. CV-12-40-LM |
| ) | |
| -V- ) | |
| ) | **NOTICE OF APPEAL** |
| DARTMOUTH HITCHCOCK MEDICAL CENTER; ) | |
| DOCTOR CHRISTINE FINN; ) | |
| MARY HITCHCOCK MEMORIAL HOSPITAL; ) | |
| TRUSTEES OF DARTMOUTH COLLEGE; ) | |
| ) | |
| and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

# I.  NOTICE OF APPEAL

Notice is hereby given that *pro se* Plaintiff J.D. Isaacs hereby appeals to the United States Court of Appeals for the First Circuit concerning an order denying sanctions, injunctive relief, and discovery.

On November 4th, former Magistrate McCafferty issued an order denying Plaintiff's Motion for Sanctions. The Plaintiff immediately sought reconsideration by Chief Judge LaPlante. The Court subsequently appointed District Judge McCafferty to the case, upon her confirmation as District Judge. District Judge McCafferty denied the Motion for Reconsideration on January 2nd 2014. Review of the matter is sought.

A stay on current litigation has been denied by the District Court, and is hereby requested by the First Circuit pending determination of sanctions and/or forensic investigation of the destroyed emails.

Respectfully submitted, this 9th day of January, 2014.


/s/ JD ISAACS


J. D. ISAACS

3553 West Chester Pike Unit 177

Newtown Square, PA 19073


Plaintiff, *pro se*

**CERTIFICATE OF SERVICE**

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing NOTICE OF APPEAL was delivered via USPS & electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 9th day of January, 2014.

                    /s/ J. D. Isaacs

                    J. D. ISAACS

                    Plaintiff, *pro se*