UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| J.D. Isaacs,<br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>Dartmouth Hitchcock Medical Center, et al.<br>　　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:12-cv-00040-LBM |

**DEFENDANTS' ASSENTED-TO MOTION TO
AMEND TRIAL DATE AND SUMMARY JUDGMENT DEADLINE**

NOW COME the Hitchcock Defendants (Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital), through counsel, and respectfully request the Court amend the trial date set forth in the Trial Notice of January 5, 2014 (scheduling the jury trial for the two-week period beginning July 22, 2014) due to a scheduling conflict. As Immediate Past President and Current Board Chair of Federation of Defense & Corporate Counsel, undersigned counsel is scheduled to attend the FDCC conference from July 26 through August 2, 2014. Even if a jury was selected on July 22nd, and the trial also began on the same date, it is highly unlikely that the trial will be completed before Friday, July 25, 2014.

The parties could be available for jury trial during the two week period beginning June 17, 2014. The parties have also agreed that should the date of the jury trial be changed, the deadline for filing Motions for Summary Judgment would also be amended to February 17, 2014.

{C1114785.1 }　　　　　　　　　　　　　　　1

The Hitchcock Defendants have conferred with plaintiff and co-defendants, and they assent to this motion.

WHEREFORE, the Defendants respectfully request that the deadlines included in the enclosed Attachment to Motion to Extend Deadlines Established in the Court's January 5, 2014 Scheduling Order be amended, specifically that the trial date be amended from the two week period beginning July 22, 2014 to the two week period beginning June 17, 2014; and that the deadline for Motions for Summary Judgment be amended from March 24, 2014 to February 17, 2014.

DARTMOUTH HITCHCOCK MEDICAL CENTER and MARY HITCHCOCK MEMORIAL HOSPITAL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

Dated: January 23, 2014        By:  /s/ Edward M. Kaplan
                                Edward M. Kaplan (#1307)
                                Christopher J. Pyles, Esq. (#15165)
                                Sulloway & Hollis, P.L.L.C.
                                9 Capitol Street
                                Concord, NH 03301
                                (603)223-2863

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was served via ECF on the following persons on this date:

**Jeffrey David Isaacs**
**3553 West Chester Pike Unit 177**
**Newtown Square, PA 19073**

**Kathleen Peahl, Esq.**
**Wadleigh Starr & Peters, PLLC**
**95 Market Street**
**Manchester, NH 03101**

**Pierre Chabot, Esq.**
**Wadleigh Starr & Peters, PLLC**
**95 Market Street**
**Manchester, NH 03101**


Dated:  January 13, 2014      By: /s/ Edward M. Kaplan
                                                   Edward M. Kaplan, Esq.