UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| J.D. Isaacs, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-cv-00040-LBM |
| | § | |
| Dartmouth Hitchcock Medical Center, et al. | § | |
| | § | |
|     *Defendants*. | § | |
| | § | |

**ATTACHMENT TO DEFENDANT'S ASSENTED-TO MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S JANUARY 5, 2014 SCHEDULING ORDER**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions for Summary Judgment | 03/24/2014 | 02/17/2014 |
| Trial | Two week period beginning 07/22/2014 | Two week period beginning 06/17/2014 |

{C1116095.1 }