UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.  D.C.# Case No. 12-cv-40-LM                                    C.C.A.#   J. D. Isaacs

2.  TITLE OF CASE:   J. D. Isaacs v. Dartmouth Hitchcock Medical Center, et al.

3.  NAME OF COUNSEL FOR APPELLANT(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

4.  NAME OF COUNSEL FOR APPELLEE(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

5.  NAME OF JUDGE: Landya B. McCafferty, United States District Judge

6.  COURT REPORTER(S) & DATES:                 Yes
    Diane Churas, 11/1/2013   Motions Hearing

    TRANSCRIPTS ORDERED / ON FILE              NO

7.  HEARING / TRIAL EXHIBITS                   N/A

8.  COURT-APPOINTED COUNSEL                    NO

9.  FEE PAID                                   YES

10. IN FORMA PAUPERIS                          NO

11. MOTIONS PENDING                            NO

12. GUIDELINES CASE                            NO

13. RELATED CASES ON APPEAL                    NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS:

FOR DISTRICT COURT USE ONLY

--ATTACH TO FILE COPY OF CCAINFO–

Prepared by: , Deputy Clerk

cc:     All counsel/pro se parties, with attachment(s):
        date-stamped copy of notice of appeal
        Transcript Report / Transcript Order Form
        Court Reporter(s)