UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>J. D. Isaacs</u>

v.                                              Case No. 12-cv-40-LM

<u>Dartmouth Hitchcock Medical Center</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Judith A. Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

    DOCUMENTS NUMBERED:   106, 109, endorsed order on doc. no. 109, 118 and 120.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 15, 2014.

**DANIEL J. LYNCH, Clerk**

By: /s/ Judith A. Barrett, Deputy Clerk

**Jan 15, 2014**

cc:    J. D. Isaacs, pro se
        Christopher Pyles, Esq.
        Edward Kaplan, Esq.
        Kathleen Peahl, Esq.
        Pierre A. Chabot, Esq.