UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Dr. J.D. Isaacs | \* |
| Plaintiff, | \* |
| -v- | \* Case No. 1:12-cv-00040-LM |
| Dartmouth-Hitchcock Medical Center, Mary Hitchcock Memorial Hospital, Dr. Christine T. Finn, and the Trustees of Dartmouth College, | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR PROTECTIVE ORDER TO PREVENT THE DEPOSITION OF DR. JIM YONG KIM OUTSIDE THE PROCEDURE IMPOSED BY THIS COURT

NOW COME the defendants, the Trustees of Dartmouth College and Christine Finn, and respectfully request that this Court issue a protective order to prevent the deposition of Dartmouth's former president, Dr. Jim Yong Kim. As set forth in detail below, the Court has previously mandated that Dr. Isaacs make a specific showing prior to renewing his request to depose Dr. Kim. Despite this clear order, Dr. Isaacs has obtained a subpoena from the District Court for the District of Columbia directing Dr. Kim to appear for a deposition. Defendants seek a protective order consistent with this Court's prior order and state as follows in support:

1.     At approximately 1:00am today, plaintiff emailed defendants a copy of a subpoena signed by the Clerk of the United States District Court for the District of Columbia, directing Dr. Kim to appear for a deposition on February 13, 2013. A true and correct copy of the email and subpoena are attached as Exhibit A to this Motion.

1

2. Plaintiff has issued numerous deposition notices to Dr. Kim. The first time he did so, defendants sought a protective, see Doc. 76, which was granted by the Court. Doc. 106 at 2.

3. In quashing the first deposition notice, the Court explicitly instructed plaintiff that he could renew his request to take Dr. Kim's deposition "if he can demonstrate that Dr. Kim possesses discoverable information not obtained or obtainable from any other source." Id. Implicit with this order was the direction that Dr. Isaacs make such a showing to this Court.

4. Despite that order, Plaintiff issued another deposition notice for Dr. Kim's deposition on November 29, 2013. Rather than seek a protective order, Defendants responded by letter on December 6, 2013, informing plaintiff that they would not be appearing for the noticed deposition, reminding plaintiff of the requirements of the Court's November 4, 2013 Order, and urging Dr. Isaacs "to consider contacting us prior to issuing a deposition notice, so that we may discuss whether or not there is any basis for you to depose Dr. Kim at that point, prior to burdening the Court with that issue." A true and correct copy of this letter is attached as Exhibit B to this Motion.

5. Despite the clear language of the Court's November 4, 2013 Order and defendants' December 6, 2013 letter reminding plaintiff of same, he has obtained subpoena from the District Court for the District of Washington D.C. for Dr. Kim's deposition, without providing the Defendants or this Court with the showing required by the Court's order referenced in Paragraph 2 above.

6. Plaintiff's attempt to evade or disobey the Court's prior order concerning Dr. Kim's deposition has imposed unnecessary costs on the defendants already; they request a protective order to prevent further unnecessary and unjustified costs from accruing.

7. The undersigned has contacted plaintiff to seek his assent for the relief sought herein. Plaintiff does not assent.

WHEREFORE the Defendants the Trustees of Dartmouth College respectfully request that this Honorable Court:

A—GRANT a protective order directing plaintiff to withdraw the subpoena to Dr. Kim which is currently pending in the District of Columbia; and

B—GRANT them such other relief as is just and proper under these circumstances.

    Respectfully submitted,

    TRUSTEES OF DARTMOUTH COLLEGE
    AND CHRISTINE T. FINN, M.D.

    By their attorneys,

    WADLEIGH, STARR & PETERS, P.L.L.C.

Dated:  January 23. 2014.     /s/ Pierre A. Chabot
    Kathleen C. Peahl – No. 6880
    Pierre A. Chabot – No. 17606
    95 Market Street
    Manchester, NH 03101
    (603) 669-4140
    pchabot@wadleighlaw.com

### Certificate of Service

I hereby certify that on January 23, 2014, I electronically transmitted a copy of the foregoing document to Dr. J.D. Isaacs, Pro Se, and to all counsel of record via the Court's ECF system.

    /s/ Pierre A. Chabot
    Pierre A. Chabot

g:\d51000\51019\draft pleadings\isaacs protective order motion final.docx