**Pierre Chabot**

---

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03 @wharton.upenn.edu> |
| **Sent:** | Thursday, January 23, 2014 1:17 AM |
| **To:** | Kathleen Peahl; Pierre Chabot; philip.hanlon@dartmouth.edu; David Foster; Chris Pyles; kevin.d.o'leary; Edward Kaplan |
| **Subject:** | Re: USDC for District of Columbia Subpoena |
| **Attachments:** | JYKUSDCDC.pdf |

Counsel:

Please take note that the subpoena issued by the United States District Court for the District of Columbia was sent to the Clerk on November 26 2013, in compliance with the scheduling order for lawsuit CV-12-40-LM. My understanding is that the Clerk obtained judicial approval for this document, hence the delay in returning the executed subpoena in compliance with FRCP Rule 30 (i.e. "otherwise blank"). Attached is the corrected and completed subpoena reflecting the Clerk's processing time and the minimum allowable notice duration.

Regards
Dr Isaacs


On Thu, Jan 23, 2014 at 1:09 AM, Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> wrote:
Counsel:

Attached is a subpoena issued by the Clerk of the United States District Court for the District of Columbia. I will attempt service of this subpoena beginning 4PM on Friday January 24th. Please advise, beforehand, if you are authorized to accept service of this subpoena in lieu of my personally serving the court document. Alternatively, please advise if you are able to patch me through to someone at the World Bank that could make arrangements for service, if you are not authorized to accept the subpoena.

Thank you in advance for your attention to this matter.

Dr Jeffrey Isaacs

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Doctor J.D. Isaacs ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 12-cv-40-JL |
| Dartmouth-Hitchcock Medical Center, Trustees of Dartmouth College, Mary Hitchcock Memorial Hospital, Doctor Christine Finn ) ) ) | |
| *Defendant* ) | (If the action is pending in another district, state where: District of New Hampshire ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Jim Yong Kim, 1818 H Street, NW Washington, DC 20433

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Please arrange preferred location with Plaintiff prior to December 29, otherwise, JW Marriott Washington | Date and Time: ~~January 11 2014, 11AM~~ February 13, 2014 11AM |
|---|---|

The deposition will be recorded by this method: videographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all documents referencing Plaintiff with individuals affiliated with Dartmouth-Hitchcock Medical Center. This includes electronic stored information, such as emails, phone logs, etc.
Any and all documents in your custody or control, including ESI, related to Dr Robert Baughman

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/27/13

ANGELA D. CAESAR
CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Doctor J.D. isaacs
Doctor J.D. Isaacs (pro se), 3553 West Chester Pike Unit 177, Newtown Square PA 19073 jeffreydi@gmail.com (212)257-0737 , who issues or requests this subpoena, are:

RECEIVED
Mail Room
NOV 26 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia