

Jeffrey Isaacs <jeffreydi@gmail.com>

---

## Re: Protective Order re Kim Deposition
1 message

---

**JDI** <jeffreydi@gmail.com>  Thu, Jan 23, 2014 at 4:48 PM
To: Pierre Chabot <pchabot@wadleighlaw.com>
Cc: "Edward Kaplan (ekaplan@sulloway.com)" <ekaplan@sulloway.com>, "cpyles@sulloway.com" <cpyles@sulloway.com>, Kathleen Peahl <kpeahl@wadleighlaw.com>

Please clarify whether you have accepted service of the subpoena on behalf of Dr Kim. This is not a notice of a deposition, as your email suggests. As such, it is governed by specific federal rules on inter-district subpoenas.

On Thu, Jan 23, 2014 at 4:45 PM, JDI <jeffreydi@gmail.com> wrote:
> Attorney Chabot:
>
> The subpoena was issued from the DC District, so you must file a motion to quash there first. You may ask that judge to transfer the matter to NHD, but I will oppose that.
>
> So not only to I not assent to a motion in NHD, but having been advised of the rules, I will file for Rule 11 sanctions against you if you attempt to circumvent the DC district.

On Thu, Jan 23, 2014 at 4:43 PM, Pierre Chabot <pchabot@wadleighlaw.com> wrote:
> Dr. Isaacs,
>
> We will be filing a motion for a protective order to prevent the deposition of Dr. Kim for the reasons I provided to you in my letter of 12/6/2013.  Given your prior communications, we assume that you do not assent, and we will so indicate if we have not heard back from you by the close of business to the contrary.
>
> Thanks,
>
> -Pierre
>
> Pierre A. Chabot
> Wadleigh, Starr & Peters, P.L.L.C.
> 95 Market St.
> Manchester, NH  03101

(603) 206-7204

**** CONFIDENTIALITY NOTE ****

The content of this e-mail contains information from the law firm of Wadleigh, Starr & Peters, P.L.L.C., which is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify us immediately. Thank you.