**FROM:** ███████

NEW YORK, NEW YORK 10028

███████

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Jeffrey Isaacs | ███████ |
| **COMPANY:** | **DATE:** 3/5/2002 |
| **FAX NUMBER:** 615 399 ███ | **TOTAL NO. OF PAGES INCLUDING COVER:** 8 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** 8101 |
| **RE:** Revised Separation Agreement | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Jeffrey,

Please read the agreement. If everything looks alright:

Fill in a mailing address in paragraph 4.1.

Sign and date the last page and please fax a copy to Scott Grubin at (212)670-4527. Also please overnight a copy with your original signature to:

   Scott Grubin
   222 Broadway, 16th Floor       — Fedex arrived 10:30AM today.  3/6/02
   New York, NY 10038

Finally, please fax a copy back to us, for our records: ███████

Doug

*Jeff*