

Jeffrey Isaacs <jeffreydi@gmail.com>

---

## compliance with today's order
1 message

---

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>  Tue, Nov 5, 2013 at 8:36 PM
To: Edward Kaplan <ekaplan@sulloway.com>, Kathleen Peahl <KPeahl@wadleighlaw.com>, Pierre Chabot <pchabot@wadleighlaw.com>, Chris Pyles <cpyles@sulloway.com>

Counsel:

Pending any stay, reconsideration, or successful appeal, I am moving forward with the magistrate's orders.
Please be noticed that as of yesterday, the website blog "Dartmouthcrimes.com" has been taken offline.
Please also be noticed that most of my medical providers will not accept the proposed waiver forms produced by sulloway. Specifically, the UCLA NPI requires its own form - I assume these are the medical records you are most interested in, as my dentist/dermatologist/etc records would seem not worth your time or expense to process.
Furthermore, the waiver produced by sulloway is in violation of the protective order, as it enters the plaintiff into privity with the defendants and subsequently grants them permission to ignore his HIPAA rights.
In light of this, I suggest you simply issue a subpoena to UCLA NPI and any other institutions you would like records from. Please let me know how you wish to proceed. I can also draft a records request form, which I will sign, in lieu of a subpoena, but given UCLA's policy, and Penn's policy, etc, this seems inefficient.