## AUTHORIZATION TO RELEASE MEDICAL INFORMATION AND RECORDS

TO:

I hereby request and authorize you and your employees and agents to release any and all of the information contained in the medical record of:

Jeffrey David Isaacs                                    ███████████

Patient                                                                  Date of Birth

I understand that the medical record contains information relating to the diagnosis and treatment and authorize the release of a "complete copy" of the chart which includes every piece of paper within the patient/client chart or file including but not limited to: Complete medical history, physical, psychological or psychiatric condition; records regarding alcoholism or alcohol abuse, drug abuse, physical or mental abuse, STD, HIV and Sickle Cell Anemia, genetic testing, health questionnaires, forms completed by the patient/client, correspondence, insurance forms, telephone messages, billing records, radiographic studies, pathology slides, and all records produced by your office and received from any and all other persons/providers for this patient/client. It is understood that some of these records are protected under the federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and cannot be disclosed without a written consent unless provided for in the regulations. It is understood this authorization confirms the presence of the above individual as a patient in your treatment facility and that this authorization is voluntarily and willingly signed.

Information to be released to any representative or agent of: *VOID*

**SULLOWAY & HOLLIS, PLLC**
**9 Capitol Street**
**PO Box 1256**
**Concord, NH 03302**

*REVOKED*
*1/14/14*

Dates of treatment: All 1995 -> PRESENT

The protected health information to be disclosed pursuant to this release will be used in connection with the patient's lawsuit against Dartmouth Hitchcock Medical Center, et al. and may be subject to re-disclosure to courts, experts, co-defense counsel and insurance companies.

Any protected health information may be subject to re-disclosure by the recipient and no longer be protected by HIPAA.

This authorization is valid for a period of one (1) year from the date of signing. This authorization may be revoked by written notice by the undersigned at any time during the period except when it has already been acted upon.

*REVOKED — BREACH OF PROTECTIVE ORDER*
*Jeffry D. Isaacs  1/14/14*

I am entitled to a copy of this authorization form.
I understand that health care and the payment of health care will not be affected if I do not sign this form.

Signed: _Jeffry D. Isaacs_____  Date: _12/11/2013_
             Jeffrey David Isaacs

(C1045216.1)