| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Tuesday, January 21, 2014 8:27 PM |
| **To:** | alan.i.green@dartmouth.edu; harley.friedman@hitchcock.org; Khagi, Simon; ghislaineg@yahoo.com; Christine T. Finn; kevin.d.o'leary |
| **Cc:** | Edward Kaplan; Kathleen Peahl; Christopher J. Pyles; Pierre Chabot |
| **Subject:** | Witness perjury |

Dear Witnesses:

You are being named in a federal lawsuit for perjury, obstruction of justice, conspiracy to inflict emotional distress, and conspiracy to commit fraud.

Please respond to this letter with the contact details of any attorneys that may represent you.

Dr Jeffrey Isaacs