| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Monday, December 23, 2013 8:23 PM |
| **To:** | Kathleen Peahl; Edward Kaplan; Pierre Chabot; Christopher J. Pyles |
| **Subject:** | Friedman/Dartmouth Witnesses |
| **Attachments:** | Remediation Workshop.pdf |

Counsel:

1) Attached, please find a supplemental document production (December 23 Supplement #2) written by Dr Friedman, dated 2008.

2) Please advise if any of you will represent Dr Friedman personally with regards to the pending process in the Boston Federal Court.

3) Please advise all future witnesses you advise of my general position regarding false testimony: I will take action, including civil claims and or criminal complaints , against any witness who intentionally delays redress by obfuscating, perjuring, or otherwise falsely describing facts surrounding the controversies. Likewise, any witness who testifies contrary to his/her employer, to the extent permitted by law, I will waive any claims/complaints against that individual.

4) Please not I will be unreachable for much of the next 4-5 days.