**From:** JDI <jeffreydi@gmail.com>
**Sent:** Thursday, January 23, 2014 2:48 PM
**To:** Christopher J. Pyles
**Cc:** Kathleen Peahl (KPeahl@wadleighlaw.com); Pierre Chabot (pchabot@wadleighlaw.com)
**Subject:** Re: FW: Witness perjury

Attorney Pyles:
Pursuant to the local rules, please provide me a copy of any such motion and ample time to review it.

Furthermore , please be advised I am reporting you to the FBI for your role in what you know is a conspiracy to obstruct due process.

On Thu, Jan 23, 2014 at 2:34 PM, JDI <jeffreydi@gmail.com> wrote:
Atty Pyles:

A lawsuit is a proper channel to state a claim against an individual who has committed a tort against you.

In any event, these individuals defrauded me at DHMC but were never named, so I will be naming them for various reasons in addition to the depositions.

If you are intimidating me not to sue an individual who wronged me, I will report this activity to the appropriate authority in Pennsylvania and file a lawsuit against you. Please retract your prior email or clarify.

On Thu, Jan 23, 2014 at 2:20 PM, Christopher J. Pyles <cpyles@sulloway.com> wrote:

Dr. Isaacs and counsel –

I believe threatening deposition witnesses with lawsuits and civil actions is inappropriate, and will ask the Court to prohibit such conduct.  Per local rule, please let me know if you assent to such a motion.

Chris Pyles
Sulloway & Hollis
9 Capitol Street
Concord, NH 03301
(603) 223-2834
www.Sulloway.com