**From:** JDI <jeffreydi@gmail.com>
**Sent:** Thursday, January 23, 2014 5:04 PM
**To:** Christopher J. Pyles
**Cc:** Kathleen Peahl (KPeahl@wadleighlaw.com); Pierre Chabot (pchabot@wadleighlaw.com); Edward Kaplan
**Subject:** Re: FW: Witness perjury

See you in jail with the others Attorney Pyles. I have every right under the Constitution to make valid claims against individuals who wronged me. Furthermore, as stated, my primary claims against Guez, Green, Friedman and Khagi stem from their actions at DHMC/Dartmouth. The perjury in the deposition was just further wrongdoing.

On Thu, Jan 23, 2014 at 5:02 PM, Christopher J. Pyles <cpyles@sulloway.com> wrote:

Dr. Isaacs:

I do not believe threatening deponents with lawsuits is appropriate, so I will file a motion with the court asking the judge to prohibit such conduct. Given your e-mails, I will notify the court that you do not assent to the relief requested.

Chris Pyles
Sulloway & Hollis
9 Capitol Street
Concord, NH 03301
(603) 223-2834
www.Sulloway.com

**From:** JDI [mailto:jeffreydi@gmail.com]
**Sent:** Thursday, January 23, 2014 2:48 PM
**To:** Christopher J. Pyles
**Cc:** Kathleen Peahl (KPeahl@wadleighlaw.com); Pierre Chabot (pchabot@wadleighlaw.com)
**Subject:** Re: FW: Witness perjury