**From:** JDI <jeffreydi@gmail.com>
**Sent:** Thursday, January 23, 2014 5:17 PM
**To:** Christopher J. Pyles
**Cc:** Kathleen Peahl (KPeahl@wadleighlaw.com); Pierre Chabot (pchabot@wadleighlaw.com); Edward Kaplan
**Subject:** Re: FW: Witness perjury

Atty Pyles:

To clarify my statement "You are being named in a federal lawsuit for perjury, obstruction of justice, conspiracy to inflict emotional distress, and conspiracy to commit fraud."

I am in the process of reporting the perjury to the FBI. I erroneously stated that I would be suing these actions in civil court for perjury. As for the fraud , conspiracy, and IIED, I am proceeding with a civil action against the named individuals. So far as local law permits, I may sue them for defamation and or civil obstruction of process, but this would be a secondary claim to fraud/conspiracy.


On Thu, Jan 23, 2014 at 5:04 PM, JDI <jeffreydi@gmail.com> wrote:
See you in jail with the others Attorney Pyles. I have every right under the Constitution to make valid claims against individuals who wronged me. Furthermore, as stated, my primary claims against Guez, Green, Friedman and Khagi stem from their actions at DHMC/Dartmouth. The perjury in the deposition was just further wrongdoing.


On Thu, Jan 23, 2014 at 5:02 PM, Christopher J. Pyles <cpyles@sulloway.com> wrote:

Dr. Isaacs:


I do not believe threatening deponents with lawsuits is appropriate, so I will file a motion with the court asking the judge to prohibit such conduct.  Given your e-mails, I will notify the court that you do not assent to the relief requested.



Chris Pyles
Sulloway & Hollis
9 Capitol Street
Concord, NH 03301
(603) 223-2834
www.Sulloway.com

**From:** JDI [mailto:jeffreydi@gmail.com]
**Sent:** Thursday, January 23, 2014 2:48 PM
**To:** Christopher J. Pyles
**Cc:** Kathleen Peahl (KPeahl@wadleighlaw.com); Pierre Chabot (pchabot@wadleighlaw.com)
**Subject:** Re: FW: Witness perjury


Attorney Pyles:
Pursuant to the local rules, please provide me a copy of any such motion and ample time to review it.


Furthermore , please be advised I am reporting you to the FBI for your role in what you know is a conspiracy to obstruct due process.




On Thu, Jan 23, 2014 at 2:34 PM, JDI <jeffreydi@gmail.com> wrote:

Atty Pyles:


A lawsuit is a proper channel to state a claim against an individual who has committed a tort against you.


In any event, these individuals defrauded me at DHMC but were never named, so I will be naming them for various reasons in addition to the depositions.


If you are intimidating me not to sue an individual who wronged me, I will report this activity to the appropriate authority in Pennsylvania and file a lawsuit against you. Please retract your prior email or clarify.




On Thu, Jan 23, 2014 at 2:20 PM, Christopher J. Pyles <cpyles@sulloway.com> wrote:

Dr. Isaacs and counsel –

I believe threatening deposition witnesses with lawsuits and civil actions is inappropriate, and will ask the Court to prohibit such conduct.  Per local rule, please let me know if you assent to such a motion.

Chris Pyles
Sulloway & Hollis
9 Capitol Street
Concord, NH 03301
(603) 223-2834
www.Sulloway.com

**From:** jeffreydi@gmail.com [mailto:jeffreydi@gmail.com] **On Behalf Of** Jeffrey D. Isaacs
**Sent:** Tuesday, January 21, 2014 8:27 PM
**To:** alan.i.green@dartmouth.edu; harley.friedman@hitchcock.org; Khagi, Simon; ghislaineg@yahoo.com; Christine T. Finn; kevin.d.o'leary
**Cc:** Edward Kaplan; Kathleen Peahl; Christopher J. Pyles; Pierre Chabot
**Subject:** Witness perjury

Dear Witnesses:

You are being named in a federal lawsuit for perjury, obstruction of justice, conspiracy to inflict emotional distress, and conspiracy to commit fraud.

Please respond to this letter with the contact details of any attorneys that may represent you.

Dr Jeffrey Isaacs

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.