UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

J.D. Isaacs

           v.

                             Case No. 12-cv-40-LM

Dartmouth Hitchcock Medical
Center, et al.


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER: #127, Reply to Objection to [122] Joint Motion to Compel Discovery, filed by Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital

DATE FILED:       January 24, 2014

The document above fails to comply with:

LR 7.1(e)(2)  Nondispositive motion: reply memorandum is not permitted without prior leave of court.


It is herewith ordered that the document is stricken, and must be refiled.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: January 28, 2014

cc:  Christopher Pyles, Esq.
     Edward Kaplan, Esq.
     J.D. Isaacs, pro se