# Exhibit A

**Pierre Chabot**

---

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Wednesday, January 22, 2014 1:54 AM |
| **To:** | alan.i.green@dartmouth.edu; Kathleen Peahl; Pierre Chabot |
| **Subject:** | Perjured testimony |

Dr Green:

You are alleged to have perjured yourself in yesterday's testimony.

1) You did not recall staring at the Plaintiff for 30 minutes on his first day of work, when it is clear you learned about the Arizona omission and 'embarked' upon a 3 year fraud.
2) You testified that your wife is a trial attorney, which materially misrepresented the fact that she is Assistant Attorney General in Massachusetts.
3) You failed to disclose knowledge of how Dartmouth and Finn learned about the USC and AZ.
4) Your attorney's use of the term "patch in" represents further efforts to harass the plaintiff during this litigation
5) You feigned ignorance to the funding of health care research/training, generally in the United States, and specifically with regards to your department
6) You exemplified a demeanor disinterested in the justice process, and generally spoke at a level far below your actual knowledge and education.
7) You offered misleading testimony regarding your residence with your family in Massachusetts.

Please be advised your testimony is being forwarded to the MA Attorney General's office and the FBI