Exhibit B

**Pierre Chabot**
___

| | |
|---|---|
| **From:** | JDI <jeffreydi@gmail.com> |
| **Sent:** | Monday, January 20, 2014 11:51 PM |
| **To:** | philip.hanlon@dartmouth.edu; David Foster |
| **Cc:** | Pierre Chabot; Edward Kaplan; Kathleen Peahl; alan.i.green@dartmouth.edu; Chris Pyles; kevin.d.o'leary |
| **Subject:** | Re: Fwd: Isaacs v. DHMC, et al. - confirmation |

Exhibit B for Attorney Kevin OLeary's deposition is attached.

Please advise all DEPONENTS that subsequent to tomorrow's deposition, the collective video/audio/transcipts of the 7 depositions conducted, to date, will be assessed by an expert witness and promptly forwarded to the FBI and the Dartmouth Trustees for immediate investigation/ As noted during the depositions, Mr George Baker's request for investigation was never moved on by either the trustees or the President's Office.

EXHIBIT B -- STATEMENT OF DR JEFFREY ISAACS

At Dartmouth I joined a fraternity. Wednesday nights were always reserved for "meetings" for all Greek (fraternity/sorority) members. Meetings typically lasted from 10PM to 11:30PM, and would typically follow by a party at a hosting fraternity/sorority.

Each member of the fraternity was given a nick-name, or "Pledge" name. Along with a pledge name came a "song", usually a well-known song, with lyrics modified to be derogatory towards some idiosyncracy of the Pledge. For example, my name was "Isaacs the Slack-Jawed Yokel." Another name given to me later – after my concussion – was "George's b*tch." This referenced, as far as I undertand, that I stopped all my serious pre-med studies and spent countless hours watching my friend fly remote control airplanes and/or his private aircraft at Lebanon Airport.  When a member heard his song, he was required to drink 1 or 2 beers. Songs could be repeated, or a member could have multiple songs, in some cases even requiring the member to drink a large ceremonial drink pitcher until passing out.

I witnessed a culture of reckless, thoroughly embedded, ubiquitous binge drinking and anti-social behavior at Dartmouth. I recall the son of a prominent Microsoft founder, and a Dartmouth trustee, performing naked "table dives" at an event in his fraternity basement. During a table dive, the "diver" would remove all clothing, pour beers over a "pong" table, stand on the bar, and "dive" into the lubricated pong table.  In another fraternity, one tall Dartmouth football player would fill his mouth with beer and 'spray' the entire crowd at a party. "Booting" was sometimes forced of members, where they would have to drink and subsequently induce vomiting while others watched. Sometimes Pledges would have to hang upside down from fire springlers and drink entire cases of beer, often choking in the process. In another fraternity, members stood at the bottom of a stairwell and would have to 'receive' "booting" vomit from members who stood at the top of the stairwell. Other actions were hazing of tying a naked "pledge" to a tree in the forest in the winter and leaving him there for an

unspecified time. Frequently students would suffer alcohol poisoning and be sent to Dick's house. Often physical injuries and broken property went along with a 'trip to Dick's house.'

Meetings were a pervasive part of the culture. When I was in Tampa with Chris Chang, Pete Gilmore, Dave Sanders, and Caroline Kaufman, Mr Chang suggested hosting "meetings" at his audobon-village apartment.  Given the culture of Dartmouth's Greek system, I have a difficult time believing that Defendant Finn did not have a "pledge name" and could not recall any nick-names during her testimony.

While I was a student at Dartmouth, President Friedman set a mandate to reduce the rampant Hazing at Dartmouth. My year was also a year that Friedman instructed the admissions committee to accept more "creative loners." As an individual diagnosed with Asperger's, I feel 'creative lone' might apply to me. As best as I can tell, Dartmouth took a turn towards the worse under Jim Yong Kim's presidency. Four lawsuits exist from 'creative loner' types who were ostracized by the Dartmouth community. Hazing scandals , according to the D newspaper, were ignored by a negligent Jim Yong Kim. I was tortured, my wife was ridiculed and insulted by a Dartmouth psychiatrist for being a poor citizen of Moldova (the poorest country in Europe), and when I telephoned and wrote to Jim Yong Kim for an ethics investigation, he (and his lawyers) mocked me and retaliated. To me, it is scary that the head of the World Bank is Jim Yong Kim. If I country like Moldova is in need of assistance, who is to believe he will treat the country any more seriously than he does it's citizens , including my wife?

I certify this statement is true to the best of my knowledge and recollection.

Jeffrey Isaacs

On Mon, Jan 20, 2014 at 7:24 PM, JDI <jeffreydi@gmail.com> wrote:
Attached is Exhibit A (Bates numbered) for tomorrow's depositions, which are scheduled to begin at 10AM tomorrow.

On Mon, Jan 20, 2014 at 4:13 PM, Duffy & McKenna Court Reporters <dmreporting@stenosearch.com> wrote:
Good afternoon,

I am just reconfirming the depositions tomorrow starting at 10:00.   The videographer will need to arrive at least a half-hour early to set up.   Also, I understand there may be some snow on the way.  If, for some reason, things are delayed or cancelled, can you please call our office as soon as possible so I can alert both the videographer and court reporter?

Thanks so much!

Sincerely,

Camille Duffy

**Duffy & McKenna Court Reporters, LLC | PO Box 1658, Dover, NH  03821 | 1-800-600-1000 | 603-743-4949 | 603-743-4949 (Fax)**
**www.dmreporting.com   |   dmreporting@stenosearch.com**

The information contained in this transmission is privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Please contact the sender via telephone at 603-743-4949 immediately upon receipt.


**From:** JDI
**Sent:** Saturday, January 18, 2014 1:57 PM
**To:** Duffy & McKenna Court Reporting
**Subject:** Fwd: Isaacs v. DHMC, et al.

below is the info for tuesday
Jeffrey

---------- Forwarded message ----------
From: **Kathleen Peahl** <   >
Date: Fri, Jan 17, 2014 at 4:39 PM
Subject: RE: Isaacs v. DHMC, et al.
To: JDI <jeffreydi@gmail.com>
Cc: Pierre Chabot <pchabot@wadleighlaw.com>, Edward Kaplan <ekaplan@sulloway.com>, "Christopher J. Pyles" <cpyles@sulloway.com>


Dr. Isaacs,


It has taken some juggling but we have reserved the conference room at the General Counsel's office for the depositions of Dr. Green and Attorney O'Leary beginning at 10:00 am on Tues. 1/21.   The address is 63 South Main Street, Hanover, third floor, Suite 301 (the entrance is on the right side of the building if you are facing the building ...there is a North Face store on the street level).  You will need to notify the steno and videographer of this location change.   We have arranged for a speaker phone.  You can dial in to (603)646-0101 at 10:00.  Once we have you on the line, we will patch in Atty Pyles.


Attorney O'Leary will be available by 11:30 for his deposition.

3

I have one copy of the blue exhibit book.  If there are any other exhibits that you intend to use, you will need to email those to me (and copy Atty Pyles) by Monday.


Thank you.


Kathleen

---

**From:** JDI <jeffreydi@gmail.com>
**Sent:** Friday, January 17, 2014 12:53 PM
**To:** Kathleen Peahl
**Cc:** Pierre Chabot; Edward Kaplan; Christopher J. Pyles
**Subject:** Re: Isaacs v. DHMC, et al.

Attorney O'Leary's deposition proceed by telephone as well


On Fri, Jan 17, 2014 at 12:30 PM, Kathleen Peahl <kpeahl@wadleighlaw.com> wrote:

Dr. Isaacs,


I had already informed Dr. Green, based on your email last night, that his deposition was cancelled.  I have just sent him an email informing him that you have changed your mind and still wish to depose him.  Assuming he has not booked that time with another appointment already, we will go forward.   Since you do not intend to be present, we will move the location to a conference room at DHMC or at the College.  I will let you know the exact location shortly.  You will have to notify your stenographer and videographer of the location change.


You still have not confirmed your intentions with respect to Attorney O'Leary.  Do you intend to depose him on the 21st immediately following Dr. Green's deposition?


Kathleen

---

**From:** JDI <jeffreydi@gmail.com>
**Sent:** Friday, January 17, 2014 11:58 AM
**To:** Pierre Chabot
**Cc:** Edward Kaplan; Christopher J. Pyles; Kathleen Peahl; Wendy Dailey
**Subject:** Re: Isaacs v. DHMC, et al.

Since I will be calling in for Dr Green's deposition, you may cancel the police attendance

4

On Fri, Jan 17, 2014 at 11:50 AM, JDI <jeffreydi@gmail.com> wrote:
Attorney Chabot:

Unfortunately I was referring to Atty Kaplan's message in responding about Dr Green:
**Scheduling the depositions of the numerous physician witnesses you have requested has been very difficult, so as not to interfere with the treatment and care of patients.  Therefore, I need to know by the close of business Friday, January 17, 2014**
**, whether you intend to proceed with Dr. Bertrand's deposition on the 23rd.  Please be advised that if you cancel the deposition after the expiration of that time period, we will object to the rescheduling of the 30(b)(6) deposition.**


**As such, I thought you agreed to Dr Green's postponement. Since it appears you do not, Dr Green's deposition will proceed. I will be calling in by telephone for the questions, which will be limited to about an hour or so.**

**Thank you**


On Fri, Jan 17, 2014 at 9:15 AM, Pierre Chabot <pchabot@wadleighlaw.com> wrote:

Dr. Isaacs:


As we have noted, we will not agree to produce Dr. Green again.  Thank you for letting us know your intentions.


As Ed notes, you have not confirmed the cancellation of Attorney O'Leary's deposition.  Because we have had to rent the room and reserve a police detail for that deposition, we need to know your intentions with respect to that deposition no later than close of business today.  If we do not hear back from you by then, we will cancel the room and police detail and consider the deposition cancelled.


Thanks in advance,


-Pierre


Pierre A. Chabot

5

Wadleigh, Starr & Peters, P.L.L.C.

95 Market St.

Manchester, NH  03101

(603) 206-7204

**** CONFIDENTIALITY NOTE ****

The content of this e-mail contains information from the law firm of Wadleigh, Starr & Peters, P.L.L.C., which is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify us immediately. Thank you.

---

**From:** Edward Kaplan [mailto:ekaplan@sulloway.com]
**Sent:** Friday, January 17, 2014 7:52 AM
**To:** JDI
**Cc:** Christopher J. Pyles; Kathleen Peahl; Pierre Chabot
**Subject:** RE: Isaacs v. DHMC, et al.


Dr. Isaacs, This will confirm you have cancelled the 30(b)(6) deposition of Marc Bertrand currently scheduled for January 23, 2014, and the deposition of Dr. Alan Green currently scheduled on January 21, 2014.  You are also scheduled to depose Attorney Kevin O'Leary on January 21.  Is that cancelled as well?


Edward M. Kaplan, Esquire
Sulloway & Hollis, PLLC
9 Capitol St., PO Box 1256, Concord, NH 03302-1256
Phone: 603-223-2863 Fax: 603-224-2557
E-Mail: ekaplan@sulloway.com
*Immediate Past President, Federation of Defense & Corporate Counsel—www.thefederation.org*

**From:** JDI [mailto:jeffreydi@gmail.com]
**Sent:** Thursday, January 16, 2014 7:37 PM
**To:** Jeanne Batchelder
**Cc:** Edward Kaplan; Christopher J. Pyles; Kathleen Peahl; Pierre Chabot
**Subject:** Re: Isaacs v. DHMC, et al.

6

Attorney Kaplan:

The 30b6 and Dr Green's depositions are postponed until further notice. I anticipate that a motion will be filed regarding this postponement within the next 10 days.

Dr Waer and Dr Simon's depositions are still proceeding at this point in time.

Regards

Jeffrey Isaacs

On Thu, Jan 16, 2014 at 9:14 AM, Jeanne Batchelder <jbatchelder@sulloway.com> wrote:

Please see below from Attorney Edward M. Kaplan:

**Dr. Isaacs:**

**During the January 15, 2014 deposition of Dr. Finn, you raised a question as to whether you intend to proceed with the 30(b)(6) deposition of Dr. Marc Bertrand, which is scheduled for January 23, 2014. Scheduling the depositions of the numerous physician witnesses you have requested has been very difficult, so as not to interfere with the treatment and care of patients. Therefore, I need to know by the close of business Friday, January 17, 2014, whether you intend to proceed with Dr. Bertrand's deposition on the 23rd. Please be advised that if you cancel the deposition after the expiration of that time period, we will object to the rescheduling of the 30(b)(6) deposition.**

**Edward M. Kaplan**

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used and cannot be used by any taxpayer for the purpose of avoiding U.S. tax penalties.