# Exhibit C

**Kathleen Peahl**

---

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Tuesday, January 21, 2014 8:34 PM |
| **To:** | philip.hanlon@dartmouth.edu; Kathleen Peahl; David Foster; Edward Kaplan; George Baker |
| **Subject:** | Lawsuit |

President Hanlon:

In August 2013, I wrote your office seeking investigation of numerous crimes that I believe occurred at Dartmouth College. Recent testimony has revealed that nobody ever investigated most of my claims, including claims of felonious sexual assault by Drs Friedman/Khagi.

Please take this as notice that you are being named in a lawsuit for your negligence in failing to properly oversee your general counsel and other subordinates, who have conspired to subvert justice for the past three years.

Dr Jeffrey Isaacs