Exhibit D

**Pierre Chabot**

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03 @wharton.upenn.edu> |
| **Sent:** | Monday, January 27, 2014 11:22 PM |
| **To:** | Philip J. Hanlon; David F. Foster; Kevin D. O'Leary; Chris Pyles; Edward Kaplan |
| **Subject:** | Title IX Violation and Notice of Lawsuit |

President Hanlon:

On today's news, I have learned that there are current Title IX news stories about universities failing to investigate alleged sexual misconduct complaints filed by male students. I am attaching one of these news articles below. As you may know "The Obama administration published a letter in April 2011 emphasizing that colleges and universities would be in violation of Title IX by failing to address sexual assaults because the law requires campuses to be safe places for men and women."

I noticed complaints in the DHMC ED 2 years ago. I noticed YOUR OFFICE with a complaint in August. Federal court depositions have revealed NO INVESTIGATION TOOK PLACE.

Please take this letter as a DEMAND FOR TITLE IX COMPLIANCE AND INVESTIGATION.

Moreover, Please be noticed that any lawsuit against you for negligence will also include claims for Title IX willful violation.

I am also copying this letter to the Dartmouth newspaper and the Valley newspaper.

I trust you will now open an investigation. I will also be reporting this matter to the US Attorney's office, related to the 'cover-up' I have previously reported.

Regards

Jeffrey Isaacs

>>Accused rapists have begun **using the same anti-discrimination law** as alleged victims to challenge campus sexual assault investigations.

Men are claiming the investigations are biased in a favor of their accusers, who are usually women, in violation of Title IX, which prohibits gender-based discrimination and has been used since the 1970s to promote equality in university sports programs and education.

Most universities conduct investigations of sexual assault claims apart from the criminal justice system, and attorneys for both accused rapists and their alleged victims say these probes are often conducted by school officials who lack proper legal training.

Attorneys for some men accused of sexual assault complain that these investigations can use flimsy proof to impose harsh punishments, including expulsion, because college sexual assault investigations use the "preponderance of evidence" as the standard of proof, as civil cases do, instead of proof "beyond a reasonable doubt," as criminal convictions require.

"Those accused of sexual violence seem to want campus investigations to be more like 'mini versions' of the mainstream criminal system,"**wrote Maya Dusenbury**, executive director of Feministing. "Considering how often that system also fails rape victims, that's probably not surprising."
Men have filed discrimination cases in the last two years against Xavier University, Vassar College, Williams College, Bucknell University, Saint Joseph's University and College of the Holy Cross.

College students face a growing risk of standing accused of sexual assault, said the attorney who sued Holy Cross after her client was accused of raping another student.

"One sexual encounter that involves alcohol, and the next thing you know you're accused and expelled and branded for life," said attorney Nicole Colby Longton. "Schools are going to push kids to have signed waivers before they have intercourse."

Another attorney, who represents a Vassar student accused of sexually assaulting a woman last year, said her client is a non-native English speaker from China who was unable to tell his side of the story because he wasn't permitted legal representation while the college investigated the claim.

"If you were a senior in college and had paid $200,000 for your education and were hoping to go to medical school, would you want to put all that on the line without a lawyer?" said attorney Andrew Miltenberg.

The Obama administration published a letter in April 2011 emphasizing that colleges and universities would be in violation of Title IX by failing to address sexual assaults because the law requires campuses to be safe places for men and women.

The Education Department established guidelines for the probes, which are typically conducted by a small panel of school officials and must take less than 60 days.