# Exhibit E

**Pierre Chabot**

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Tuesday, January 28, 2014 1:05 AM |
| **To:** | Philip J. Hanlon; Kevin D. O'Leary; David F. Foster |
| **Subject:** | Witness Preservation |

Dear President Hanlon:

Based on my knowledge and belief, a DHMC resident named Dr Jeremy Whyman and an attending named Dr Donald West possess evidence, and or witnessed events, that support my allegations of fraud and/or assault. Under Title IX's duty to investigate, I hereby submit to you that I believe these witnesses have been, or could be in the near future, intimidated by Dr Harley Friedman, Dr Bertrand, and /or Attorney Edward Kaplan. Your prompt action to contain the 'cover-up' carried out by Finn, Friedman and Kaplan is urgent to conducting a proper cover up. I am astonished that none of the Defendants in my actions have been placed on administrative leave yet or investigated.

Regards
Dr Jeffrey Isaacs