UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

J.D. Isaacs
Plaintiff(s)/United States

v.  Case No. 1:12-cv-00040-LM

Dartmouth Hitchcock Medical Center, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendants, DHMC and MHMH has conventionally filed the following attachment or exhibit: Mtn to File Sealed Documents, Memo of Law in Support of Mtn for SJ, TOC of Exhibits, Exhibits 1-34.

This attachment or exhibit has not been filed electronically because:

Documents are being filed under seal and subject to Protective Order.

Date: February 18, 2014

/s/ Christopher J. Pyles
Christopher J. Pyles
#15165
Sulloway & Hollis, P.L.L.C.
9 Capitol St., P.O. Box 1256
Concord, NH 03302-1256
Phone (603)224-2341
cpyles@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Plaintiff, J.D. Isaacs, Pro Se and Counsel for Co-Defendants Pierre Chabot, Esq. & Kathleen Peahl. Esq. via e-mail.

Date: February 18, 2014

/s/ Christopher J. Pyles
Christopher J. Pyles
#15165
Sulloway & Hollis, P.L.L.C.
9 Capitol St., P.O. Box 1256
Concord, NH 03302-1256
Phone (603)224-2341
cpyles@sulloway.com