# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: J.D. Isaacs v Trustees of Dartmouth College et al
District Court Case No.: cv-12-40-LM    District of: New Hampshire
Date Notice of Appeal filed: January 9, 2014    Court of Appeals Case No.: 14-1085
Form filed on behalf of: Plaintiff (Jeffrey David Isaacs)

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ☐
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter: Diane Churas
Phone Number of Reporter: (603) 225-1442

A. ✔ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ✔ Other (specify) Motion hearing | October 31, 2013 @10:15am |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✔ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

✔ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Jeffrey David Isaacs    Filer's Signature: s/ Jeffrey David Isaacs
Firm/Address: 3553 W Chester Pk #177, PA 19073    Filer's Email address: jeffreydi@gmail.com
Telephone number: 212-257-0737    Date mailed to court reporter: February 11, 2014

(Court Reporter Use ONLY) Date received: _____

Form CA1-10 (6/09/09)    **SEE INSTRUCTIONS ON REVERSE**