UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

******************************************

| | |
|---|---|
| Dr. J.D. Isaacs, | * |
| | * |
| Plaintiff | * |
| | * |
| -v- | *  Case No. 1:12-cv-00040-JL |
| | * |
| Dartmouth-Hitchcock Medical Center, | * |
| Mary Hitchcock Memorial Hospital, | * |
| Dr. Christine T. Finn, | * |
| Trustees of Dartmouth College, | * |
| and "John Doe," | * |
| | * |
| Defendants | * |
| | * |

******************************************

### DECLARATION OF PIERRE A. CHABOT, ESQUIRE, IN SUPPORT OF DEFENDANTS CHRISTINE T. FINN, M.D., AND TRUSTEES OF DARTMOUTH COLLEGE'S MOTION FOR SUMMARY JUDGMENT

I, Pierre A. Chabot, declare as follows:

1. I am admitted to the Bar of this Court and have been since 2008. I am an associate attorney with the law firm of Wadleigh, Starr & Peters, P.L.L.C., and represent defendants, Trustees of Dartmouth College and Christine T. Finn, M.D., in this litigation.

2. I have personal knowledge of the facts presented in this Declaration. I respectfully submit this Declaration in support of Defendants' Motion for Summary Judgment.

3. Attached as Exhibit A is a true and correct copy of Plaintiff's Electronic Residency Application Service application, Exh. 10 to Plaintiff's Deposition at Isaacs GME/Training 020.

4. Attached as Exhibit B is a true and correct copy of the plaintiff's Responses to the First Set of Interrogatories propounded by the Trustees of Dartmouth College and Christine T. Finn, M.D.

5. Attached as Exhibit C is a true and correct copy of plaintiff's Application for New Hampshire Trainee Medical License, Exh. 12 to Plaintiff's Deposition at Isaacs GME/Training 002-003.

6. Attached as Exhibit D is a true and correct copy of a September 26, 2011, email exchange between Dr. Finn and Dr. Isaacs, Plaintiff's Deposition Exh. 30.

7. Attached as Exhibit E is a true and correct copy of a letter dated March 29, 2012, "Termination Letter," one portion of Ex. A to Finn's Deposition.

8. Attached as Exhibit F is a true and correct copy of plaintiff's Response and Document Production to Defendants' Request for Production No. 9.

9. Attached as Exhibit G is a true and correct copy of portions of the deposition of Jeffrey D. Isaacs, M.D., cited in support of defendants' Motion for Summary Judgment.

10. Attached as Exhibit H is a true and correct copy of portions of the deposition of Christine T. Finn, M.D., cited in support of defendants' Motion for Summary Judgment.

11. Attached as Exhibit I is a true and correct copy of portions of the deposition of Chislaine Y. Guez, M.D., cited in support of defendants' Motion for Summary Judgment.

12. Attached as Exhibit J is a true and correct copy of portions of the deposition of Harley Friedman, M.D., cited in support of defendants' Motion for Summary Judgment.

13. Attached as Exhibit K is a true and correct copy of portions of the deposition of Simon Khagi, M.D., cited in support of defendants' Motion for Summary Judgment.

2

14. Attached as Exhibit L is a true and correct copy of portions of the deposition of William Torrey, M.D., cited in support of defendants' Motion for Summary Judgment.

Executed in Manchester, New Hampshire, this 18th day of February, 2014.

/s/ Pierre A. Chabot