Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOCTOR J. D. ISAACS ) </br> ) </br> Plaintiff, *pro se*, ) </br> ) </br> -V- ) </br> ) </br> DARTMOUTH HITCHCOCK MEDICAL CENTER; ) </br> DOCTOR CHRISTINE FINN; ) </br> MARY HITCHCOCK MEMORIAL HOSPITAL; ) </br> TRUSTEES OF DARTMOUTH COLLEGE; ) </br> ) </br> ) </br> and JOHN DOE, ) </br> ) </br> Defendants. ) </br> ) </br> ) | Case No. CV-12-40-LM </br></br> **EMERGENCY MOTION FOR RECONSIDERATION** |

## MOTION FOR RECONSIDERATION

The Court today issued an order stating that Plaintiff "did not object" to Defendant's motion for summary judgment. In fact, Plaintiff has notified this Court that he has been unable to even fully process the forty hours of dishonest depositions that concluded in January, let alone respond to the summary judgment motion (which Plaintiff intends to object to with "damning" evidence , see below). Due to Plaintiff's disability, for much of the past four months he has simply been unable to focus any attention on this litigation. If Plaintiff was not clear, his motion for emergency scheduling conference inherently requested a stay on the motion for summary judgment, in light of Plaintiff's unintentional delays and inability to focus on the litigation. Plaintiff can (with ample time) and will object to the motion for summary judgment, citing new evidence from PACER and the not yet complete analysis of forty hours of depositions completed only in late January.

Furthermore, there is still outstanding discovery material and related processes. A related motion (which Plaintiff was intending to discuss at the scheduling conference) is underway in the Western District of Texas regarding PACER meta-data. This motion is TXWD-14-mc-012-XR. Plaintiff's understanding from PACER is that there is RESPONSIVE evidence that will prove a) Plaintiff's fraud claims, and b) that Dartmouth has intentionally obstructed justice via evidence falsification, destruction, and perjury in eight depositions. Out of fairness to Plaintiff, this Court should defer to the Western Districts anticipated release of "damning" evidence from PACER implicating the Defendants on both federal civil and criminal charges.

The US Attorney's Office in Western Texas is, likewise, still in the process of responding to Plaintiff's motion (Exhibit A).

For the aforementioned reasons, Plaintiff pleas to Your Honor to postpone ruling on the Summary Judgment pending resolution of the above matters.

JDIsaacs v. Dartmouth
Case No. 12-CV-40-LM

Respectfully submitted, this 18th day of April, 2014.


                                       /s/ J. D. Isaacs

                                       J. D. ISAACS

                                       3553 West Chester Pike Unit 177

                                       Newtown Square, PA 19073

                                       Plaintiff, *pro se*


## **CERTIFICATE OF SERVICE**

     I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing **MOTION FOR RECONSIDERATION** was delivered electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.     Executed on this 18th day of April, 2014.


                                     /s/ J.D. Isaacs

                                     J. D. ISAACS

                               Plaintiff, *pro se*