UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

J.D. Isaacs

v.

Dartmouth-Hitchcock Medical Center,  Case No. 12-cv-40-LM
Mary Hitchcock Memorial Hospital,
Christine T. Finn, and the
Trustees of Dartmouth College

# JUDGMENT

Judgment is hereby entered in accordance with the following Orders:

1. Order by Chief Judge Joseph N. Laplante entered on March 5, 2013, dismissing claims, without prejudice, against Defendants Dr. Jim Yong Km and Dr. Douglas Noordsy, and;

2. Order by Judge Landya B. McCafferty entered on April 18, 2014, granting Defendants' Motions for Summary Judgment, and that the defendants shall recover their costs of the action from plaintiff, if appropriate.

By the Court,

/s/ Daniel J. Lynch

Daniel J. Lynch, Clerk

Date: April 23, 2014

cc: J.D. Isaacs, pro se
Pierre A. Chabot, Esq.
Edward M. Kaplan, Esq.
Kathleen C. Peahl, Esq.
Christopher James Pyles, Esq.