# EXHIBIT A

# Pierre Chabot

| | |
|---|---|
| **From:** | Pierre Chabot |
| **Sent:** | Tuesday, February 18, 2014 4:13 PM |
| **To:** | jeffreydi@gmail.com |
| **Cc:** | Edward Kaplan (ekaplan@sulloway.com); Kathleen Peahl; 'cpyles@sulloway.com' |
| **Subject:** | Summary Judgment Motion |
| **Attachments:** | EXHIBIT A.pdf; EXHIBIT B .pdf; EXHIBIT C.pdf; EXHIBIT D.pdf; EXHIBIT E.pdf; EXHIBIT F.pdf; EXHIBIT G .pdf; EXHIBIT H.pdf; EXHIBIT I.pdf; EXHIBIT J.pdf; EXHIBIT K.pdf; EXHIBIT L.pdf; MX-M753N_20140218_161604.pdf; MX-M753N_20140218_161536.pdf |

Dr. Isaacs,

We have forwarded to your Pennsylvania address a CD containing all exhibits to our Summary Judgment Motion, as said exhibits needed to be filed under seal pursuant to Court order (Doc. 107). A copy of our motion to seal is included with that mailing, and attached to this email.

I am attaching copies of all exhibits to our Summary Judgment Motion to this email as well, as a courtesy to you.

If you can assent to the motion to seal in the next couple of days, please let me know and I will inform the Court Clerk.

Thank you,

Pierre A. Chabot
Wadleigh, Starr & Peters, P.L.L.C.
95 Market St.
Manchester, NH  03101
(603) 206-7204


**** CONFIDENTIALITY NOTE ****

The content of this e-mail contains information from the law firm of Wadleigh, Starr & Peters, P.L.L.C., which is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify us immediately. Thank you.