# EXHIBIT B

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:51 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Defs' Mtn to File SJ Docs Under Seal (C1126592).pdf; Defs' Memo of Law is Support of Mtn for SJ (C1126591).pdf; TOC - SJ Exhibits (C1126407).pdf |

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:52 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 3 (C1126239).pdf; Ex. 2 (C1126238).pdf; Ex. 1 (C1126237).pdf |

Attached are Exhibits 1-3

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

**Pierre Chabot**

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:53 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 4 (C1126287).pdf |

Attached is Exhibit 4.

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today. A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today. Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

## Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:54 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 9 (C1126247).pdf; Ex. 10 (C1126249).pdf; Ex. 7 (C1126245).pdf; Ex. 8 (C1126246).pdf; Ex. 5 (C1126241).pdf; Ex. 6 (C1126244).pdf |

Attached are Exhibits 5-10

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:55 PM |
| **To:** | Christopher J. Pyles; 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 18 (C1126259).pdf; Ex. 19 (C1126260).pdf; Ex. 16 (C1126256).pdf; Ex. 17 (C1126257).pdf; Ex. 14 (C1126253).pdf; Ex. 15 (C1126255).pdf; Ex. 11 (C1126250).pdf; Ex. 12 (C1126251).pdf; Ex. 13 (C1126252).pdf |

Attached are Exhibits 11-19

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:56 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 20 (C1126262).pdf |

Attached is Exhibit 20.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:57 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 24 (C1126268).pdf; Ex. 25 (C1126270).pdf; Ex. 22 (C1126266).pdf; Ex. 23 (C1126267).pdf; Ex. 21 (C1126263).pdf |

Attached are Exhibits 21-25

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 3:59 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 30 (C1126275).pdf; Ex. 27 (C1126272).pdf; Ex. 28 (C1126273).pdf; Ex. 29 (C1126274).pdf; Ex. 26 (C1126271).pdf |

Attached are Exhibits 26-30

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

# Pierre Chabot

| | |
|---|---|
| **From:** | Stephanie Parkinson <sparkinson@sulloway.com> on behalf of Christopher J. Pyles <cpyles@sulloway.com> |
| **Sent:** | Tuesday, February 18, 2014 4:00 PM |
| **To:** | 'jdi@alum.dartmouth.org'; Pierre Chabot; Kathleen Peahl |
| **Subject:** | RE: Isaacs v. DHMC, et al - SJ Mtn |
| **Attachments:** | Ex. 34- Declaration of CJP (C1126543).pdf; Ex. 33 Declaration of Jeanine Arden-Ornt PDF (C1126371).pdf; Ex. 32 - Bertrand Affidavit (C1126420).pdf; Ex. 31 (C1126276).pdf |

Attached are Exhibits 31-34

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

**From:** Stephanie Parkinson **On Behalf Of** Christopher J. Pyles
**Sent:** Tuesday, February 18, 2014 3:51 PM
**To:** 'jdi@alum.dartmouth.org'; 'Pierre Chabot'; 'kpeahl@wadleighlaw.com'
**Subject:** Isaacs v. DHMC, et al - SJ Mtn

DHMC/MHMH Motion for SJ was filed electronically today.  A Motion to File SJ documents under Seal, Memo of Law in Support of SJ, and Exhibits 1-34 were hand-delivered to the court today.   Attached to this e-mail are the following:

- Motion to File SJ Documents Under Seal
- Memo in Support of Motion for Summary Judgment
- Table of Contents to Exhibits 1-34

The exhibits will follow in several e-mails.

*Stephanie P. Parkinson*
Legal Assistant to Christopher J. Pyles
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH  03301
603-223-2818

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.