# EXHIBIT C

**Pierre Chabot**

| | |
|---|---|
| **From:** | JDI <jeffreydi@gmail.com> |
| **Sent:** | Thursday, January 09, 2014 7:21 PM |
| **To:** | Jeanne Batchelder |
| **Cc:** | Kathleen Peahl; Pierre Chabot; Edward Kaplan; Christopher J. Pyles |
| **Subject:** | Re: Isaacs v. DHMC, et al. |

yes, so long as the date for end of discovery does not change

On Thu, Jan 9, 2014 at 1:42 PM, Jeanne Batchelder <jbatchelder@sulloway.com> wrote:

Dr. Isaacs:

Would you assent to the motion to amend if we requested the date of the trial be changed to the two week period beginning June 17th (instead of the October dates)?

Please advise.

Jeanne B. Batchelder

Litigation Paralegal

Sulloway & Hollis, P.L.L.C.

9 Capitol St.

PO Box 1256

Concord, NH 03302-1256

603-223-2858

jbatchelder@sulloway.com

1

**From:** JDI [mailto:jeffreydi@gmail.com]
**Sent:** Wednesday, January 08, 2014 5:59 PM
**To:** Jeanne Batchelder
**Cc:** Kathleen Peahl; Pierre Chabot; Edward Kaplan; Christopher J. Pyles
**Subject:** Re: Isaacs v. DHMC, et al.


I do not assent to delaying the trial by 5 months because of a 1 week conference Atty Kaplan would like to attend.


On Wed, Jan 8, 2014 at 3:16 PM, Jeanne Batchelder <jbatchelder@sulloway.com> wrote:

Dr. Isaacs, Attorneys Peahl and Chabot:

Attorney Kaplan has a scheduling conflict with the new trial date set by the Court, as he will be attending the FDCC convention from July 26th through August 2nd.  Enclosed is a DRAFT Motion to Amend the Trial Date which we intend to file.  We checked the court's calendars, and propose the following dates which are available on Judge McCaffrety's calendar:  two week period beginning October 21st (first choice), or on November 12th.

Please let us know at your earliest convenience if you assent/object to the Motion to Amend.


Thanks.


Jeanne B. Batchelder

Litigation Paralegal

Sulloway & Hollis, P.L.L.C.

9 Capitol St.

PO Box 1256

Concord, NH 03302-1256

603-223-2858

jbatchelder@sulloway.com

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.