

Jeffrey Isaacs <jeffreydi@gmail.com>

---

## Re: Isaacs v. DHMC, et al.
1 message

---

**JDI** <jeffreydi@gmail.com>  
To: Jeanne Batchelder <jbatchelder@sulloway.com>

Wed, Apr 23, 2014 at 4:54 PM

Jeanne:

I am not sure why the signatures don't match. I do agree that outstanding discovery should be completed, for the appeal record and/or any case reopening. I will get back to you about the matter.

Jeffrey Isaacs

On Wed, Apr 23, 2014 at 4:38 PM, Jeanne Batchelder <jbatchelder@sulloway.com> wrote:

> Dr. Isaacs:
>
> I received a call from Eric Lozano from the UCLA medical records office in response to our request for copies of the medical records. The records office indicated that the copy of your signature they have on file does not seem to match the signature on the release we sent (I have attached a copy of the release to this email).
>
> They would like you to call them to confirm that it is okay to release the records to our office. The phone number is 310-794-4920. (I am copying Mr. Lozano on this email so he knows that I have made the request that you call them, but he asked me to let you know that he needs to hear from you in person.)
>
> As with all records we have gathered to date using the authorizations, we will provide you with complete copies of any records gathered.
>
> Jeanne B. Batchelder
>
> Litigation Paralegal
>
> Sulloway & Hollis, P.L.L.C.
>
> 9 Capitol St.
>
> PO Box 1256
>
> Concord, NH 03302-1256
>
> 603-223-2858
>
> jbatchelder@sulloway.com

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.