

Jeffrey Isaacs <jeffreydi@gmail.com>

## Re: Isaacs v. Dartmouth Hitchcock Medical Center et al/Trial Notice
1 message

**Jeffrey D. Isaacs** <jdi@alum.dartmouth.org>　　　　　　　　　　　　　　　Thu, Jan 2, 2014 at 3:20 PM
To: "Christopher J. Pyles" <cpyles@sulloway.com>
Cc: Kathleen Peahl <kpeahl@wadleighlaw.com>, Pierre Chabot <pchabot@wadleighlaw.com>, Edward Kaplan <ekaplan@sulloway.com>

> In this case, I assent to a 75 day extension, in light of the fact depositions are being conducted through this month and subpoenas are outstanding which may require follow-up.
>
> On Thu, Jan 2, 2014 at 7:56 AM, Christopher J. Pyles <cpyles@sulloway.com> wrote:
>
>> Dr. Isaacs –
>>
>> I am only addressing the deadlines in the Court's Amended Trial Notice of 12/30. Please let me know if you assent to a 60 day extension of those dates and an early July trial. Thanks.
>>
>> Chris Pyles
>>
>> **From:** jeffreydi@gmail.com [mailto:jeffreydi@gmail.com] **On Behalf Of** Jeffrey D. Isaacs
>> **Sent:** Tuesday, December 31, 2013 1:11 PM
>> **To:** Kathleen Peahl
>> **Cc:** Christopher J. Pyles; Pierre Chabot; Edward Kaplan
>> **Subject:** Re: Isaacs v. Dartmouth Hitchcock Medical Center et al/Trial Notice
>>
>> I will assent to that motion -- assuming outbound discovery requests are extended through 2.20.14
>>
>> On Tue, Dec 31, 2013 at 10:47 AM, Kathleen Peahl <kpeahl@wadleighlaw.com> wrote:
>>
>>> we would assent to that motion
>>>
>>> _____
>>> From: Christopher J. Pyles [cpyles@sulloway.com]
>>> Sent: Tuesday, December 31, 2013 9:15 AM
>>> To: 'jdi@alum.dartmouth.org'; Kathleen Peahl; Pierre Chabot; Edward Kaplan
>>> Subject: Isaacs v. Dartmouth Hitchcock Medical Center et al/Trial Notice
>>>
>>> Dr. Isaacs & counsel –
>>>
>>> Yesterday I received the Amended Trial Notice, requiring among other things that motions for summary

judgment be filed by 1/7/14.  Since there are a number of depositions still pending (i.e., the Finn and 30(b)(6) depos later this month) and we are waiting for additional discovery, I would like to extend all deadlines by 60 days in order for discovery to be substantially completed before the MSJ deadline.  That extension would move the MSJ deadline to early March (3/7), and put the trial in early July, probably sometime during the weeks of the 7th or 14th.

I would like to file a motion to extend discovery deadlines and the trial date by the end of the week.  Please let me know if you assent to this proposal.  Thanks.


Chris Pyles
Sulloway & Hollis
9 Capitol Street
Concord, NH 03301
(603) 223-2834
www.Sulloway.com


_____
SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.