

Jeffrey Isaacs <jeffreydi@gmail.com>

## Re: Documents to be Filed Publically Pursuant to Court's Order of March 12, 2014

1 message

---

**JDI** <jeffreydi@gmail.com>  Wed, Mar 26, 2014 at 12:33 PM
To: Pierre Chabot <pchabot@wadleighlaw.com>
Cc: "cpyles@sulloway.com" <cpyles@sulloway.com>, "Edward Kaplan (ekaplan@sulloway.com)" <ekaplan@sulloway.com>, Kathleen Peahl <kpeahl@wadleighlaw.com>

I am not aware of any order dated 3/12/14

On Wed, Mar 26, 2014 at 10:34 AM, Pierre Chabot <pchabot@wadleighlaw.com> wrote:

> Dr. Isaacs and Attorneys Pyles and Kaplan:
>
> I have attached the documents I intend to file on the publically-available ECF docket on April 2, 2014, pursuant to Judge McAfferty's 3/12/2014 Order. If you object to the public filing of any of these documents as redacted, please let me know no later than 5:00pm on April 1.
>
> If you object to the public filing of any of the attached, please consider identifying what additional redactions you would request so that we may all comply with the Court's order to file a "redacted version" of all MSJ exhibits.
>
> Absent some response in the time-frame described above, we will treat any objections to the court-ordered public filing under the Court's Protective Order (Doc. 107) as waived. We trust that this process will provide everyone with sufficient protection for any truly confidential discovery information, without further burdening the court with litigation over the redaction of exhibits. If anyone feels that this process is insufficient, please respond and let the whole group know no later than close of business Friday so that we may get any necessary motions on file before the April 2 deadline.
>
> Thanks in advance for your responses.
>
> -Pierre
>
> Pierre A. Chabot
>
> Wadleigh, Starr & Peters, P.L.L.C.
>
> 95 Market St.
>
> Manchester, NH  03101
>
> (603) 206-7204

**** CONFIDENTIALITY NOTE ****

The content of this e-mail contains information from the law firm of Wadleigh, Starr & Peters, P.L.L.C., which is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify us immediately. Thank you.