# United States Court of Appeals
## For the First Circuit

No. 14-1544

J.D. ISAACS,

Plaintiff, Appellant,

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER;
MARY HITCHCOCK MEMORIAL HOSPITAL;
DR. CHRISTINE T. FINN;
TRUSTEES OF DARTMOUTH COLLEGE, d/b/a Dartmouth Medical School,

Defendants, Appellees,

DARTMOUTH COLLEGE TRUSTEES; JIM YONG KIM; DR. DOUGLAS NOORDSY;
JOHN DOE,

Defendants.

Before

Howard, Thompson and Barron
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 5, 2015

    We have carefully reviewed the record in this case, including the briefs of the parties. We find no abuse of discovery in the district court's handling of discovery nor in its grant of summary judgment to the defendants.

    Therefore, essentially for the reasons given by the district court in its order, dated April 18, 2014, the judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Jeffrey David Isaacs
Edward M. Kaplan
Christopher James Pyles
Kathleen C. Peahl
Pierre A. Chabot